UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF KUWAIT PORTS AUTHORITY FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782 | Case No. _____ |

### *EX PARTE* APPLICATION OF THE KUWAIT PORTS AUTHORITY FOR AN ORDER TO CONDUCT DISCVOERY FOR USE IN FOREIGN PROCEEDINGS PUSUANT TO 28 U.S.C. § 1782

The Kuwait Ports Authority ("**KPA**"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34, and 45, respectfully requests that this court grant an *ex parte* order in the form attached as Exhibit 3 to the Declaration of Jonathan C. Cross ("**Cross Declaration**") authorizing KPA to obtain certain limited discovery for use in a contemplated litigation in the Cayman Islands.[1]  In support of this Application, KPA submits a Memorandum of Law, and attaches the sworn declarations with accompanying exhibits of (1) Jonathan C. Cross; (2) Jennifer Fox; and (3) Yousef Al Sabah.

*-remainder of page intentionally blank, signature page follows-*

---

[1] *See* Cross Declaration, Exhibits 1-2.

1

Dated:  January 27, 2020

                                        Respectfully submitted,

                                    */s/ Joseph G. Falcone*
                                   Joseph G. Falcone
                                   Jonathan C. Cross
                                   Steven B. Jacobs
                                   HERBERT SMITH FREEHILLS
                                   NEW YORK LLP
                                   450 Lexington Avenue, 14th Floor
                                   New York, NY 10017
                                   T: 917-542-7600
                                   joseph.falcone@hsf.com

                                   *Attorneys for Applicant*
                                   *The Kuwait Ports Authority*