USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re Application of                                             :
                                                                 :
Kuwait Ports Authority.,                                         :
                                                                 :     1:20-mc-00046 (ALC)
Petitioner for an Order Pursuant to 28 U.S.C. §                  :
1782 to Conduct Discovery for Use in a Foreign                   :     ORDER
Proceeding                                                       :
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Interested Party's letter dated February 4, 2020. ECF No. 8. Accordingly, Petitioner is hereby **ORDERED** to respond to said letter by **February 12, 2020.**

**SO ORDERED.**

Dated:   February 10, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge