UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re Application of                                :     1:20-mc-00046 (ALC)

KUWAIT PORTS AUTHORITY,              :

Petitioner, for an Order Pursuant to 28 U.S.C.    :
§1782 to Conduct Discovery for Use in a Foreign
Proceeding                                         :

------------------------------------------------------------x

      PLEASE TAKE NOTICE that, further to the Court's direction to brief a motion to intervene and this ex parte application (ECF 11) and in accordance with the amended briefing schedule subsequently approved by the Court (ECF 18), the undersigned attorneys for The Port Fund L.P. ("Port Fund") will move this Court, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time designated by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 24, allowing Port Fund to intervene, as of right or alternatively at the Court's discretion, in the above-referenced proceeding. In accordance with the Court's direction, Port Fund submits its Memorandum of Law in Support of Port Fund's Motion To Intervene and in Opposition To KPA Application Pursuant to 28 USC § 1782, the Declaration of Barnaby Gowrie, and the Declaration of Kathy Hirata Chin, all of which are being filed contemporaneously herewith.  One courtesy copy of these papers will be delivered to Chambers.  Port Fund respectfully requests oral argument.

Dated: May 29, 2020                                Respectfully submitted,

                                                      CROWELL & MORING LLP

                                                      By: /s/ Kathy Hirata Chin
                                                          Kathy Hirata Chin
                                                          Sarah M. Gilbert
                                                          590 Madison Avenue
                                                          New York, New York 10022
                                                          (212) 223-4000
                                                          kchin@crowell.com
                                                          sgilbert@crowell.com

                                                          *Counsel for the Port Fund L.P.*

TO:    Baker & McKenzie LLP
          Jacob M. Kaplan
          Jacob.Kaplan@BakerMcKenzie.com