# EXHIBIT 14
# Part 8

١



نموذج: ٣/١٦٩

باسم صاحب السمو أمير دولة الكويت
الشيخ صباح الأحمد الصباح
المحكمة الكلية
الدائرة : جنايات/٣

في الجلسة المنعقدة علنًا بالمحكمة الكلية في يوم الاثنين الموافق ٢٠١٩/١١/١١

| برئاسة الأستاذ/ | نايف رجعان الداهوم | المستشــــار |
| وعضوية الأستاذ/ | وائل جمال عبدالمتعال | القاضـــــي |
| وعضوية الأستاذ/ | نواف سعد المطيرى | القاضـــــي |
| وحضور الأَستاذ/ | محمد أحمد الدريع | ممثل النيابة العامة |
| وحضور السيد/ | إبر اهيم محمد الفارسى | أمين سر الجلسة |

صدر الحكم الآتـــــي

في الدعوى رقم ٢٠١٢/١٤٩٦ حصر أموال عامة
المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث
والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ حصر أموال عامة
المرفوعة من :-

النيابة العامة

ضـد /

١- لازاريفا ماريا

٢- سعيد اسماعيل حاجية دشتي

٣- محمد عبدالمحسن عبداللطيف العصفور

الأسبــــاب





الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنائيتين رقمى ٥٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة ١١/ ١١ /٢٠١٩ جنايات /٣

## بعد الإطلاع على الأوراق وسماع المرافعة والمداولة قانوناً :-

حيـث إن النيابـة العامـة أسـندت إلـى المتهمـين أنهـم فـى غضـون الفتـرة مـن عام ٢٠٠٧ وإلى عام ٢٠١٥ بدائرة المباحث الجنائية – بدولة الكويت.

## أولاً :- المتهمة الأولى :-

١ - بصـفتها فـى حكـم الموظـف العـام (مـدير الاسـتثمار فـى صـندوق المـوانئ الاسـتثمارى الـذى تسـاهم المؤسسـة العامـة للتأمينـات الاجتماعيـة ومؤسسـة المـوانئ الكويتيـة فـى رأس مالـه بشـكل مباشـر بنسـبة تزيـد علـى ٢٥% ) اسـتولت بغيـر حـق علـى مبلـغ ١٢٩٤٤٢ دينـار كـويتى "مائـة وتسـعة وعشـرين ألـف وإثنـان وأربعـون دينـار كـويتى " وعلـى مبلـغ ٦٠٦٠ دولار أمريكـى "سـتة آلاف وسـتون دولار أمريكـى " المملوكـين لصـندوق المـوانئ الاسـتثمارى بـأن اسـتغلت صـفتها كمفـوض وحيـد علـى حسـابات الصـندوق داخـل دولـة الكويـت وحولـت المبـالغ إلـى حسـاباتها وأصـدرت الشـيكات موضـوعها والمبينـة تفصيلاً بـالأوراق إلـى نفسـها بقصـد الاسـتيلاء علـى تلـك المبـالغ وفـى غيـر أغـراض إدارة أمـوال الصـندوق أو استثمارها على النحو المبين بالتحقيقات .

٢ - بصـفتها سـالفة البيـان سـهلت بغيـر حـق لشـركة كـى جـى إل للاسـتثمار الاسـتيلاء علـى مبلـغ ٧١٩١٠٠ دينـار كـويتى " سـبعمائة وتسـعة عشـر ألـف ومائـة دينـار كـويتى " المملـوك لصـندوق المـوانئ الاسـتثمارى ، بـأن اسـتغلت صـفتها كمفـوض وحيـد علـى جميـع حسـابات الصـندوق داخـل دولـة الكويـت وحولـت المبلـغ مـن حسـاب صـندوق المـوانئ الاسـتثمارى إلـى حسـاب شـركة كـى جـى إل للاسـتثمار لـدى البنـك الأهلـى الكـويتى رقـم (٠٦٠٣٧٢٣٥٤٩٢٠١) واسـتخدمت صـفتها كـرئيس تنفيـذى بشـركة كـى جـى إل للاسـتثمار فـى تحويـل هـذا المبلـغ علـى دفعتـين الأولـى بمبلـغ ٣٠٩٠٠٠ دينـار كـويتى " ثلاثمائـة وتسـعة آلاف دينـار كـويتى " والثانيـة بمبلـغ ٤١٠٠٠٠ دينـار كـويتى " أربعمائـة وعشـرة آلاف دينـار كـويتى " إلـى شـركة الرابيطـون الدوليـة المملوكـة للمتـهم الثـانى / سـعيد إسـماعيل دشـتى وآخـرين لـدى بنـك برقـان حسـاب رقـم ٣١٦٠٠٠١٣١٩ بقصـد تسـهيل

٢

الاستيلاء على هذا المبلغ وفى غير أغراض إدارة أموال الصندوق أو استثمارها ، وقد ارتبطت هذه الجريمة بجناية أخرى ارتباطاً لا يقبل التجزئة وهى جناية غسل الأموال الواردة بالتهمة العاشرة من تقرير الاتهام وذلك على النحو المبين بالتحقيقات .

٣- بصفتها سالفة البيان سهلت بغير حق لشركات (كى جى إل للاستثمار ، رابطة الكويت والخليج للنقل ، كى جى إل الدولية للموانئ والتخزين والنقل ، كى جى إل أم أن القابضة ، بترولينك القابضة ، كى جى إل آسيا ROHQ ، كابيتال لينك القابضة ، كى جى إل البتروليلة ، كلارك جيت واى انفستمنت جروب ) الإستيلاء على مبلغ إجمالى مقداره ١٠٥٩٠٠٠ دينار كويتى " مليون وتسعة وخمسون ألف دينار كويتى " ، ومبلغ ٦٨و٨٩٧٦٤٥٣٣ دولار أمريكى " تسعة وثمانون مليون وسبعمائة وأربعة وستون ألف وخمسمائة وثلاثة وثلاثون دولار وثمانية وستون سنتاً أمريكياً " والمملوكين لصندوق الموانئ الاستثمارى ، بأن استغلت صفتها كمفوض وحيد على جميع حسابات الصندوق داخل دولة الكويت المبينة تفصيلاً بالأوراق ، وحولت إجمالى المبلغين إلى حسابات الشركات سالفة البيان بداخل وخارج الكويت والمبينة تفصيلاً بالأوراق ، بقصد تسهيل الاستيلاء على تلك المبالغ ، وفى غير أغراض استثمار أموال الصندوق أو إدراتها ، على النحو المبين بالتحقيقات .

٤- بصفتها سالفة البيان سهلت بغير حق لشركة MPC-GMO الإستيلاء على مبلغ إجمالى مقداره ٦٨٠و٣٠٧٠٩٤ دينار كويتى " ثلاثمائة وسبعة آلاف وأربعة وتسعون دينار وستمائة وثمانون فلساً كويتياً " ، ومبلغ ١٤و٤٠١١٣٧ دولار أمريكى " أربعمائة وواحد ألف ومائة وسبعة وثلاثون دولار وأربع عشر سنتاً أمريكياً " المملوكين لصندوق الموانئ الاستثمارى بأن استغلت صفتها كمفوض وحيد على جميع حسابات الصندوق داخل دولة الكويت المبينة تفصيلاً بالأوراق ، وحولت إجمالى المبلغين إلى الشركة سالفة البيان بعد انتهاء استثمار الصندوق مع شركة MPC-GMO فى السنة المالية ٢٠١٣ ، ويعد

انتهـــاء عمــر الصنـدوق بتـاريخ ٢٠١٤/١٢/١٣ ، فـى غيـر أغـراض استثمار أمـوال الصندوق أو إدراتهـا بقصد تسهيل الاستيلاء علـى تلـك المبالغ ، على النحو المبين بالتحقيقات .

٥ – بصـفتها سـالفة البيان سـهلت بغيـر حـق لشـركة كـى جى إل الدوليـة للمـوانئ والتخـزين والنقل التـى يملكهـا المتهم الثـانى / سـعيد إسماعيل دشـتى وأخـرين الاسـتيلاء علـى مبلـغ ٢٠٦٠٠٠٠٠ دولار أمريكـى" عشـرون مليـون وسـتمائة ألـف دولار أمريكـى" المملـوك لصندوق المـوانئ الاسـتثمارى بـأن اسـتغلت صـفتها كمفـوض وحيـد علـى جميـع حسابات الصـندوق داخل دولـة الكويـت المبينـة تفصيـلاً بـالأوراق ، وحولـت المبلـغ إلـى الشـركة سـالفة البيـان علـى صـورة قـرض ائتمـان فـى غيـر أغـراض اسـتثمار أمـوال الصندوق أو إدراتهـا ثـم أسـقطته وفوائـده مـن البيانـات الماليـة للصـندوق بقصـد تسـهيل الاسـتيلاء علـى هـذا المبلـغ علـى النحـو المبين بالتحقيقات .

٦ – بصـفتها سـالفة البيان سـهلت بغيـر حـق لشـركة الموحـدة للنقـل البـرى الأردنيـــة المملوكـــة للمــتهم الثـانى / سـعيد اسـماعيل دشـتى وأخـرين الاسـتيلاء علـى مبلـغ ٩٠٠٠٠٠ دولار أمريكـى " تسـعمائة ألـف دولار أمريكـى "، ومبلـغ ٢٠٠٠٠٠ دينـار كـويتى " مئتـا ألـف دينـار كـويتى "، المملـوكين لصندوق المـوانئ الاسـتثمارى ، بـأن اسـتغلت صـفتها كمفـوض وحيـد علـى جميـع حسابات الصـندوق داخـل دولـة الكويـت المبينـة تفصيـلاً بـالأوراق ، وحولـت المبلـغ إلـى الشـركة سـالفة البيـان علـى صـورة تسـهيلات ماليـة " كفالـة بتنكيـة علـى البنـك الكـويتى الأردنـى لصـالح الشـركة الموحـدة سـالفة البيـان " فـى غيـر أغـراض اسـتثمار أمـوال الصـندوق أو إدراتهـا بقصـد تسـهيل الاسـتيلاء علـى هـذين المبلغـين علـى النحـو المبـين بالتحقيقات .

 ... فتهـا سـالفة البيـان سـهلت بغيـر حـق للمـتهم الثـانى / سـعيد إسماعيل دشتي الاستيلاء علـى مبلـغ إجمالى مقـداره ٠/٣٥٠٠٠٠ دينـار كـويتى ثلاثمائـة وخمسـون ألـف دينـار كـويتى " المملـوك لصـندوق

٤

المــوانئ الاســتثمارى بـــأن اســتغلت صـــفتها كمفــوض وحيـد علـى جميـع حسـابات الصـندوق داخـل دولـة الكويـت المبينـة تفصـيلاً بـالأوراق ، وحولـت المبلـغ إلـى حسـاب المـتهم الثـانى لـدى بنـك برقـان المبـين بـالأوراق ، فـى غيـر أغـراض اسـتثمار أمـوال الصـندوق أو إدراتهـا بقصـد تسـهيل الاسـتيلاء على هذا المبلغ على النحو المبين بالتحقيقات .

٨- بصـفتها سـالفة البيـان سـهلت بغيـر حـق لشـركة CLARK INVESTMENT  GROUP GATEWAY المملوكـة للمـتهم الثـانى / ســعيد إسـماعيل دشـبتى الإسـتيلاء علـى مبلـغ إجمـالى مقـداره/ ٧٩١٦٩٦٦٢ دولار أمريكـى " تسـعة وسـبعون مليـون ومائـة وتسـعة وسـتون ألـف وسـتمائة واثنـان وسـتون دولار أمريكـى " المملوكـة لشـركة GATEWAY  Development  Corrporation  Global ، المملوكـة بالكامـل لصـندوق المـوانئ الاسـتثمارى ، بـأن اسـتغلت صـفتها كمـدير اسـتثمار ونقلـت ملكيـة الشـركة الأخيـرة إلـى الشـركة الأولـى التـى يملكهـا المـتهم الثـانى سـالف الـذكر ، سـيما مشـروعى مدينـة صـباح الأحمـد اللوجسـتية ، والمدينـة الطبيـة فـى الفلبـين المملـوكين لشـركة GATEWAY  Corporation  Development  Global  دون مقابـل حقيقـى أو عائـد علـى صـندوق المـوانئ الاسـتثمارى ، وفـى غيـر أغـراض إدارة أمـوال الصـندوق أو اسـتثمارها بقصـد تسـهيل الاسـتيلاء علـى تلك المبالغ والمشروعين المذكورين على النحو المبين بالتحقيقات.

٩- بصـفتها سـالفة البيـان ومكلفـة بالمحافظـة علـى مصـالح " صـندوق المـوانئ الاسـتثمارى " فـى اسـتثمار أمـوال المؤسسـة العامـة للتأمينـات ومؤسسـة المـوانئ الكويتيـة وجهـات أخـرى ، أضـرت عمـداً بالمـال العـام ، فتعمـدت إجـراء العمليـات الماليـة لصـندوق المـوانئ الاسـتثمارى علـى نحـو يضـر بمصـلحة وأمـوال صـندوق المـوانئ الاسـتثمارى ، بـأن سـهلت لنفسـها والجهـات والأشـخاص" المبينـين فـى أوصـاف الاتهـام بـالبنود مـن ٢حتى ٨ أعـلاه الاسـتيلاء علـى أمـوال الصـندوق ، ليحصـلوا علـى ربـح ممـا ترتـب عليـه مـن إضـرار بـأموال الصـندوق بإجمـالى مبلـغ ٢٦٠٠٩٧٥٦ دولار

٥

الحكم رقم ١٤٩٦/٢٠١٦ حصر أموال عامة  المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمنظم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة  ١١/ ١١/ ٢٠١٩ جنايات ٣/

أمريكــى " مائــة وستــة وستــون مليــون وتســعة آلاف وسبعمائة وستــون وخمسون دولار أمريكى " وذلك على النحو المبين بالتحقيقات .

١٠ - ارتكبـت جريمــة غسـل أمـوال لمبلـغ إجمالـى مقـداره ٢٠٨٩٠٠٠دينـار كـويتـى " مليـونين وتسـعة آلاف وثمانون ألـف دينـار كـويتى " بـأن استغلت صـفتها كمفوض وحيـد علـى جميـع حسابات صنـدوق المـوانئ الاستثمارى بـداخل دولـة الكويـت وحولـت المبلـغ المـار بيانـه علـى أكثـر مـن عمليـة ماليـة ، خصمـاً مـن حسـابات صنـدوق المـوانئ الاستثمارى المبينـة تفصيلاً بـالأوراق لصـالح حسـاب شـركة كـى جـى إل للاستثمار رقـم ٠٦٠٣٧٢٣٥٤٩٢٠١ لـدى البنـك الأهلـى الكـويتى ، وأخفـت وموهـت حقيقـة هـذه العمليـات ومصـدرها بـأن حولـت حصيلـة تلـك المبـالغ مـن حسـاب شـركة كـى جـى إل للاستثمار سـالف البيـان إلـى حسـابات ( شـركة المرابطــون الدوليــة بمبلــغ إجمالـى ٧١٩٠٠٠ دينــار كـويتى " سبعمائة وتسـعة عشـر ألـف دينـار كـويتى " ومـن ثـم إلـى حسـاب المتهمـة الشخصـى لـدى بيـت التمويـل الكـويتى، وشـركة كابيتـال لينـك بمبلـغ ١٠٠٠٠٠٠دينـار كـويتى " مليـون دينـار كـويتى " ، وشـركة رابطـة الكويـت والخليـج للنقـل بمبلـغ ٢٠٠٠٠دينـار كـويتى " عشـرون ألـف دينـار كـويتى " وإلـى حسـاب المتهـم الثانـى / سـعيد إسـماعيل دشـتى بمبلـغ ٣٥٠٠٠٠دينـار كـويتى " ثلاثمائـة وخمسـون ألـف دينـار كـويتى " لـدى بنـوك برقـان والأهلـى الكـويتى و HSBC ، وبيـت التمويـل الكـويتى المبينـة تفصيلاً بـالأوراق منـع علمهـا بـأن تلـك الأمـوال متحصلـة مـن جريمتـى الاستيلاء وتسـهيل الاستيلاء علـى أمـوال صنـدوق المـوانئ الاستثمارى بقصـد إخفـاء وتمويـه حركـة تلـك الأموال وحقيقتها ومصدرها على النحو المبين بالتحقيقات .

ثانياً: - المتهم الثانى : -

١- بصـفته فـى حكـم الموظـف العـام ( عضـو فـى المجلـس الاستشارى وتـ.... تـر تنفيـذى فـى صنـدوق المـوانئ الاستثمارى الـذى تسـاهم المؤسسـة العامـة للتأمينـات الاجتماعيـة ومؤسسـة المـوانئ الكويتيـة فـى رأس مـ.... بشـكل مباشـر بنسـبة تزيـد علـى ٢٥% ) اشـترك بطريقـى

٦

الاتفــاق والمســاعدة مـع المتهمــة الأولــى فــى ارتكــاب جــرائم تســهيل الاســتيلاء علــى المــال العــام المســندة إليهــا بــالبنود مــن ( ٢ إلــى ٩ ) قبــل وقوعهـا بــأن اتفـق معهـا علــى تحويـل الأمــوال محـل تلـك الاتهامــات إلــى الشـركات المسـتفيدة التــى يملكهـا وأخــرين ، وإلــى حســاباته الشخصـية المبينـة تفصـيلاً بــالأوراق ، وســاعدها بــأن زودهـا ببيانـات تلـك الحسـابات لــدى البنــوك بــداخل وخــارج الكويـت المبينـة بالتحقيقــات ، فقامـت المتهمـة الأولــى بتحويــل المبــالغ المســتولى عليهـا فــى الحســابات المــذكورة بقصـد تســهيل الاســتيلاء علــى تلـك الأمــوال ، فوقعـت الجريمـة بنــاء علــى هـذا الاتفاق وتلك المساعدة ، على النحو المبين بالتحقيقات .

٢ - اشـترك مـع المتهمـة الأولـى فـى جريمـة غسـل الأمـوال المسـندة إليهـا موضـوع التهمـة بالبنـد ١٠ قبـل وقـوع الجريمـة بطريقـى الاتفـاق والمسـاعدة بــأن اتفـق معهــا علــى تحويـل الأمــوال إلــى حســاباته وحســابات الشــركات المبينـة بالتهمـة سـالفة البيـان ، وسـاعدها بـأن زودهـا ببيانـات تلـك الحسـابات بقصـد تمويـه وإخفــاء حركـة الأمــوال وحقيقتهـا ومصـدرها مـع علمـه بــأن تلـك الأمــوال متحصـلة مـن جريمتــى الاسـتيلاء وتسـهيل الاســتيلاء علــى أمــوال صــندوق المــوانئ الاســتثمارى علــى النحــو المبــين بالتحقيقات .

ثالثاً:- المتهم الثالث:-

بصـفته فـى حكـم الموظـف العـام ( نائـب رئـيس مجلـس إدارة مؤسسـة المـوانئ الكويتيـة )ومكلـف بالمحافظـة علــى مصـلحة المؤسسـة التــى يعمـل بهــا فــى التعاقـد مـع شـركة كــى جـى إل للاسـتثمار للاكتتـاب فـى صـندوق المـوانئ الاسـتثمارى ، تعمـد إجرائهـا علــى نحـو يضـر بمصـلحة المؤسسـة وليحصـل لغيـره علــى ربـح بـأن اعتمـد احتسـاب مسـاهمة مؤسسـة المـوانئ الكويتيـة فــى الصـندوق سـالف البيـان بـأثر رجعـى مـن تـاريخ إنشـاء الصـندوق لا مـن تــاريخ مسـاهمة المؤسسـة الفعليـة فـى ٢٠١٠، وكـان مـن شــأن ذلـك ترتيـب التزامــات علــى المؤسسـة تمثلـت فــى قيمـة أتعـاب إدارة بقـاصـد مـدير الاسـتثمار ( شـركة كــى جـى إل للاسـتثمار كـايمن ) عـن

٧

السـنوات ٢٠٠٧، ٢٠٠٨، ٢٠٠٩ بلغـت قيمتهـا الإجماليـة ٣٨٩٨٢٦٠

دولار أمريكــى " ثلاثـة ملاييـن وثمانمائـة وثمانيـة وتسـعون ألـف ومئتـان

وسـتون دولار أمريكـى " وقـد بلـغ المـتهم مقصـده بـأن خصمـت تلـك الأمـوال

مـن رصـيد مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى صـندوق المـوانئ

الاستثمارى وذلك على النحو المبين بالتحقيقات .

وأحـالتهم إلـى هـذه المحكمـة ، وطلبـت معـاقبتهم طبقـاً للمـواد ٤٨/

ثانياً،وثالثـاً، ٥٢/ ١ مـن قـانون الجـزاء الصـادر بالقـانون رقـم

١٦لسـنة ١٩٦٠، والمـادة ٤٣/أ ، هــ مـن القـانون رقـم

٣١لسـنة ١٩٧٠بتعـديل بعـض أحكـام قـانون الجـزاء رقـم ١٦السـنة ١٩٦٠،

والمـواد( ٢/ج، ٣ ،١٠، ١١، ١٦) مـن القـانون رقـم ١٩٩٣السـنة فـى

شـأن حمايـة الأمـوال العامـة ، والمـواد ١، ٢/١ ، ٢ ، ٦ ، ٧ ) مـن القـانون

رقـم ٣٥لسـنة ٢٠٠٢ فى شأن مكافحة غسل الأموال  .

<u>وحيـث إن واقعـة الـدعوى رقـم ٢٠١٢/١٤٩٦ حصـر أمـوال عامـة تتحصـل</u>

فيمـا أُبلغـت بـه / منـى عبدالمنعم محمـود – موظفـة سـابقة فـى شـركة كـى

جـى إل للاستثمـار – ومـا شـهدت بـه بتحقيقـات النيابـة العامـة مـن إنهـا

بمناسـبة عملهـا فـى شـركة كـى جـى إل للاسـتثمار خـلال الفـترة مـن

٢٠٠٧/١/١حتـى ٢٠١٠/٣/٣٠ تكتشـف لهـا قيـام شـركة كـى جـى إل

للاسـتثمار   KGL   INVESTMENT – شـركة مسـاهمة كويتيـة مقفلـة –

بصـفتها كوكيـل اكتتـاب ومـدير اسـتثمار بإنشـاء صـندوق المـوانئ

الاسـتثمارى فـى جـزر كـايمن ، وذلـك بعـد اسـتصدارها التـرخيص رقـم

٢٤/٧ الصـادر فـى ٢٠٠٧/٥/١٢ مـن وزارة التجـارة والصـناعة ،

وجـاء فـى نشـرة الاكتتـاب أن الصـندوق يهـدف إلـى تحقيـق معـدل عائـد

داخلـى بنسـبة ٣٠% علـى إجمالـى اسـتثمارات الصـندوق ، عـن طريـق

تقـديم الفرصـة للمسـتثمرين للاكتتـاب فـى نمـو وتطـوير الأعمـال ذات

العلاقـة بالمينـاء والاسـتثمارات الأخـرى ، وقـد تـولى مـدير الصـندوق شـركة "

كـى جـى إل كايمـان للاسـتثمار المحـدودة " ، وتـولى بنـك "أتـش إس بـى

سـى الشـرق الأوسـط المحـدود " أمينـاً للاسـتثمار ، وأن للصـندوق فـى

٨

البنـك سـالف البيـان حسـابين الأول بعملـة الـدينار الكـويتى يحمـل رقـم ٠٠١٠٠٤٠٠١٠٠١ ، والحسـاب الثـانى بعملـة الـدولار الأمريكـى يحمـل رقـم ٠٠١٠٠٤٠٠١١٦٠ ، وأنـه بنـاء علـى هـذا التـرخيص سـالف البيـان أعلنـت شـركة كـى جـى إل للاسـتثمار عـن نشـرة الاكتتـاب فـى الصـندوق مبينـاً بهـا أن صـندوق المـوانئ المؤسـس فـى جـزر كايمـان ومكاتبـه الرئيسـية بالكويـت وروتـردوم بهولنـدا يعـرض علـى المسـتثمرين المتخصصـين فرصـة المشـاركة فـى تطـوير وتعزيـز صـناعة إدارة المـوانئ والقطاعـات المتصـلة بهـا مـن خـلال اسـتثمارات خاصـة فـى شـركات واعـدة فـى مختلـف أنحـاء العـالم  وأن متوسـط العائـد الـداخلى السـنوى المسـتهدف للمسـتثمرين ٣٠% طـوال مـدة الصـندوق ، وأن الصـندوق مقفـل ومدتـه خمـس سـنوات قابلـة للتجديـد لفتـرتين متتـاليتين كـل فتـرة سـنة واحـدة ، وبنـاء علـى نشـرة الاكتتـاب سـالفة الـذكر فقـد سـاهمت المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة فـى رأس مـال صـندوق المـوانئ الاسـتثمارى سـالف الـذكر بمبلـغ أربعـين مليـون دولار أمريكـى بالإضافـة إلـى تحمـل المؤسسـة المـذكورة مبلـغ أربعمائـة ألـف دولار أمريكـى رسـوم إداريـة لازمـة للاكتتـاب وهـو مـا يمثـل ٨و٤٣% مـن رأس مـال الصـندوق وذلـك بموجـب العقـد رقـم ٥١ لعـام ٢٠٠٧ المـؤرخ ٢٠٠٧/٧/٣١ والمحـرر بـين مـدير عـام المؤسسـة وبـين العضـو المنتـدب لشـركة كـى جـى إل للاسـتثمار المتهمـة الأولـى/ ماريـا لازاريفـا ، ونفـاذاً لهـذا العقـد فقـد أودعـت المؤسسـة العامـة للتأمينـات المبلـغ أنـف البيـان فـى حسـابات الصـندوق لـدى البنـك أمـين الاسـتثمار ، كمـا سـاهمت مؤسسـة المـوانئ الكويتيـة بتـاريخ ٢٠١٠/٧/١٤ فـى رأس مـال صـندوق المـوانئ الاسـتثمارى سـالف الـذكر بمبلـغ ٥٠ مليـون دولار أمريكـى " خمسـون مليـون دولار أمريكـى" وذلـك بموجـب العقـد المـؤرخ فـى ٢٠١٠/٧/١٤ والمحـرر بـين مؤسسـة المـوانئ الكويتيـة ويمثلهـا نائـب رئيـس مجلـس إدارة المؤسسـة المـتهم الثالـث / محمـد عبدالمحسـن عبداللطيـف العصـفور وبـين شـركة كـى جـى إل للاسـتثمار ويمثلهـا / يعقـوب عبدالله السـوزان رئيـس مجلـس إدراتهـا ، وتنفيـذاً

٩

لهـذا العقـد فقـد أودعـت مؤسسـة المـوانئ المبلـغ أنـف البيـان فـى حسـابات الصـندوق ، وقـد تبيـن لهـا مـن متابعـة كيفيـة إنشـاء الصـندوق ووسـيلة اكتتـاب المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة ، ومؤسسـة المـوانئ الكويتيـة فيـه وأصـول إدارة أموالـه والتصـرف فيهـا مخالفـات إداريـة وماليـة حـول اخـتلاس أمـوال الصـندوق والإضـرار بمسـاهمة مؤسسـتى التأمينـات الاجتماعيـة والمـوانئ الكويتيـة للحصـول علـى ربـح والاسـتيلاء علـى تلـك الأمـوال دون وجـه حـق ، وقـد تمثلـت تلـك المخالفـات فـى الأتـى :- المخالفـة الأولـى :- إلتجـاء شـركة كـى جـى إل للاسـتثمار " مـدير الاسـتثمار " إلـى وسـائل احتياليـة فـى إقنـاع المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة ، ومؤسسـة المـوانئ الكويتيـة للمسـاهمة فـى رأس مـال صـندوق المـوانئ بـأن أظهـرت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى ويصـفتها مـدير الاسـتثمار فـى الصـندوق علـى خـلاف الحقيقـة قيـام بعـض المسـتثمرين بالمسـاهمة فـى هـذا الصـندوق وأن للصـندوق أفـرع فـى هولنـدا ، وأظهـرت حجـم مـالى كبيـر للصـندوق وسـداد شـركة كـى جـى إل للاسـتثمار ويعـض المسـتثمرين لمسـاهماتهم فـى وحـدات تلـك الصـندوق ، وأن للصـندوق أنشـطة متنوعـة ومتميـزة ويحقـق أربـاح وكـل هـذا بالمخالفـة للحقيقـة وذلـك علـى النحـو الأتـى :- ١- أن مسـاهمة شـركة كابيتـال لينـك فـى الصـندوق وهميـة حيـث أن العقـد المحـرر مـع شـركة كابيتـال لينـك بمشـاركتها فـى الصـندوق بمبلـغ عشـرين مليـون وسـتمائة ألـف دولار أمريكـى عقـد صـورى إذ أن شـركة كابيتـال لينـك إحـدى الشـركات التابعـة لشـركة كـى جـى ال للاسـتثمار وتمتلـك رأس مالهـا بنسـبة ١٠٠% حيـث لـم يـتم إيـداع المبلـغ محـل العقـد فـى حسـابات الصـندوق لـدى البنـك أمـين الاسـتثمار ، ٢- أنـه لـم يكـن للصـندوق وقـت نشـر نشـرة الاكتتـاب أيـة أفـرع فـى هولنـدا بخـلاف مـا ورد بتلـك النشـرة إذ تـم تعيـين السـيد / هنريـك المسـئول عـن الفـرع فـى هولنـدا فـى نـوفمبر عـام ٢٠٠٧ فـى حـين

١٠

الحكم رقم ٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/ ٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ٧١٩/١٧/٢٠١٤ جلسة ١١ / ١١ /٢٠١٩ جنايات ٣/

أن النشـرة كانـت بتـاريخ أبريـل لعـام ٢٠٠٧ ، وأبرمـت عقـود الخـدمات بـين كـى إل للاستثمـار فـرع هولنـدا وصنـدوق المـوانئ فـى عـام ٢٠٠٨ بعـد صـدور نشـرة الاكتتـاب بعـام كامـل ، ٣- تضـمنت نشـرة الاكتتـاب الخـاصة بالصنـدوق أنـه يحقـق متوسـط عائـد داخلـى سـنوى للمسـتثمرين بواقـع ٣٠% سـنوياً طـوال مـدة عمـل الصنـدوق وهـى خمـس سـنوات بيـد أن هـذا الصنـدوق لـم يحقـق فعليـاً أيـة أربـاح فعليـة للمسـتثمرين وكانـت الأربـاح وهميـة لإيهـام المسـتثمرين بالأربـاح علـى خـلاف الحقيقـة ، ٤- زعمـت شـركة كـى جـى إل للاسـتثمار فـى نشـرة الاكتتـاب المشـار إليهـا بـأن صنـدوق المـوانئ يعمـل فـى مجـال البنيـة التحتيـة وأسسـت هـذا الـزعم علـى أن هـذا الصنـدوق يسـاهم بمبلـغ عشـرين مليـون وسـتمائة الـف دولار أمريكـى فـى مشـروع مينـاء دميـاط بجمهوريـة مصـر العربيـة وأن مـا زعمتـه مخالفـاً للحقيقـة حيـث أنهـا لـم تسـاهم بهـذا المبلـغ ولـم تودعـه فـى الصنـدوق ، وتحصـلت علـى أمـوال المسـتثمرين المودعـة فـى الصنـدوق ومنحـت بهـا قرضـاً بمبلـغ عشـرين مليـون وسـتمائة الـف دولار أمريكـى لشـركة كـى جـى إل الدوليـة للمـوانئ لاسـتثمار هـذا المبلـغ باسـمها ولـيس بإسـم الصنـدوق فـى مشـروع المينـاء المشـار إليـه ، ٥- أرسـلت شـركة كـى جـى إل للاسـتثمار بتـاريخ ٢٠٠٩/٩/٣٠ كتابـاً لمؤسسـة المـوانئ الكويتيـة بشـأن الإفـادة عـن استفسـارات اللجنـة التنفيذيـة بالمؤسسـة حـول صنـدوق المـوانئ تضـمن وقـائع غيـر صحيحة بشـأن المركـز المالـى لصنـدوق المـوانئ مـن شـأنها تحفيـز مؤسسـة المـوانئ الكويتيـة علـى المسـاهمة فـى هـذا الصنـدوق بنـاء علـى الإيهـام بأربـاح وهميـة حيـث أثبتـت بهـذا الكتـاب أن الصنـدوق حقـق أربـاح فـى السـنة الماليـة المنتهيـة فـى ٢٠٠٨/١٢/٣١ وصـلت مبلـغ ٤٦١و٣٠٥و٢٨ مليـون دولار أمريكـى وأن إدارة الصنـدوق تتوقـع أن تسـتمر السـنة الماليـة ٢٠٠٩ والسـنوات اللاحقـة فـى تحقيـق نمـو إيجـابى فـى الأربـاح ، وأن مـا ورد فـى هـذا الكتـاب مخالـف للحقيقـة حيـث أن الثابـت ممـا ورد بتقريـر مجلـس إدارتهـا السـنوى عـن السـنة الماليـة المنتهيـة فـى ٢٠٠٨/١٢/٣١ والميزانيـة السـنوية عـن

١١

نفـس العـام أن الأربـاح الصـافية لشـركة كـى جى إل للاسـتثمار مائـة واثنى
عشـر ألـف وثمانمائـة وثلاثـة وثمـانون دينـار كـويتى ، وأن اسـتثماراتها فـى
مشـروعى سـيركل أويـل وصـندوق المـوانئ حققـا أربـاح تتـراوح مـا بـين
١٥% إلـى ٣٠% مـن السـنة الماليـة المنتهيـة فـى ٢٠٠٨/١٢/٣١ ولـم
تـذكر أن أربـاح صـندوق المـوانئ مبلـغ ٤٦١و٣٠٥و٢٨ مليـون دولار
أمريكـى ، ورغـم أن الثابـت فـى الاجتماع رقـم ٢٠٠٩/١ للجنـة اسـتثمار
صـندوق المـوانئ المنبثقـة عـن مجلـس إدارة شـركة كـى جى إل للاستثمار
بتـاريخ ٢٠٠٩/٩/٣ والتـى تدارسـت فيـه تـأثيرات الأزمـة الماليـة العالميـة
علـى هـذا الصـندوق أنهـا قـررت تخفيـض العمالـة فـى الفريـق الإدارى
للصـندوق ، ويؤكـد عـدم صـحة هـذه البيانـات أن هـذه الأربـاح المزعومـة
تحققـت عـن فتـرة سـابقة علـى إنشـاء صـندوق المـوانئ إذ أن نشـرة اكتتـاب
الصـندوق فـى أبريـل عـام ٢٠٠٧ وإيـداعات المسـتثمرين فـى
٢٠٠٧/٧/٣١ بينمـا البيانـات الماليـة وتقريـر مراقـب الحسـابات لصـندوق
المـوانئ كـان عـن الفتـرة مـن ٢٠٠٧/٣/٢١ حتـى ٢٠٠٧/١٢/٣١ ، كمـا
يؤكـد ذلـك أن المتهمـة الأولـى / ماريـا لازاريفـا قـد أرسـلت إيميـل مـؤرخ فـى
٢٠٠٩/٩/٢٧ للسـيد / مـارك وليـام – مـدير اسـتثمارات صـندوق المـوانئ
– تخبـره فيـه أن مؤسسـة المـوانئ سـتطلب منـه استفسـارات عـن المركـز
المـالى للصـندوق وطلبـت منـه الإفـادة بشـكل مـوجز ومختصـر دون
إيضـاحات لمشـاكل التـى يواجهها الصـندوق عـن حقيقـة اسـتثماراته
الخارجيـة ، المخالفـة الثانيـة :– عـدم إلتـزام شـركة كـى جى إل للاسـتثمار
بإيـداع حصـتها فـى رأس مـال صـندوق المـوانئ الاسـتثمارى بمقـدار ٢٠
مليـون دولار أمريكـى " عشـرون مليـون دولار أمريكـى " بمـا يعـادل
٤و٥و٢١% مـن رأس المـال متضـمناً سـتمائة ألـف دولار أمريكـى رسـوم
إصـدار إداريـة بواقـع ٣% مـن حصـة كـل مسـاهم وفقـاً لمـا هـو ثابـت مـن
كشـف الحسـاب الصـادر مـن أمـين الاسـتثمار " بنـك إتـش إس بجـى سـى "
بتـاريخ ٢٠٠٧/٨/٣ بمـا يعكـس تعمـد الشـركة المـذكورة التـدليس علـى
المسـاهمين فـى الصـندوق المشـار إليـه بغـرض اسـتدراج مسـاهماتهم

١٢

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٩ جنايات ٣/

والاستيلاء عليهــا وتبديدهــا ، المخالفــة الثالثــة :- تعمــد شــركة كــى جــى إل للإســتثمار التدليس علــى المســاهمين فــى صــندوق المــوانئ ومنهم مؤسستى التأمينــات الاجتماعيــة والمــوانئ الكويتيــة بــأن أوهمــتهم المتهمة الأولــى / ماريــا لازاريفــا نائــب رئيــس مجلــس إدارة شــركة كــى جــى إل للاستثمار والعضــو المنتدب للشركة والمفوضــة بــالتوقيع عــن الشــركة وعن صــندوق المــوانئ الاستثمارى ويصــفتها مــدير الاستثمار فــى الصندوق على خــلاف الحقيقــة بــأن شــركة كــى جــى إل للاستثمار ســاهمت فــى أموال الصــندوق بنســبة ٥٤و٢١% وقامــت المتهمــة الأولــى بإســتخدام هــذه النســبة فــى إقــراض شــركة أخــرى تابعــة لهــا وهــى شــركة كــى جــى أل الدوليــة للمــوانئ والتخــزين والنقــل والمملوكــة للمــتهم الثــانى / ســعيد إســماعيل دشــتى مبلــغ عشــرون مليــون وســتمائة ألــف دولار أمريكــى حولتهــا مــن أمــوال المســاهمين – ومنهــا أمــوال المؤسســة العامــة للتأمينــات الاجتماعيــة– فــى صــندوق المــوانئ للاستثمار وفــى غيــر أغــراض الصــندوق بإســمها ولــيس بإســم الصــندوق فــى مشــروع مينــاء دميــاط بجمهوريــة مصــر الغربيــة ، وذلــك وفقــاً لمــا هــو ثابــت فــى البيانــات الماليــة للصــندوق عــن الفتــرة مــن ٢٠٠٧/٣/٢١ حتــى ٢٠٠٨/١٢/٣١ فــى البنــد ٥ منــه ( القــروض والــذمم المدينــة )ورغــم أن شــركة كــى جــى إل للاستثمار لــم تــودع حصتها بصــندوق المــوانئ الاستثمارى مــن الأســاس وذلــك لتحقيــق منفعــة ومصــلحة للمــتهم الثــانى ، المخالفــة الرابعــة :- قامــت المتهمــة الأولــى / ماريــا لازاريفــا نائــب رئيــس مجلــس إدارة شــركة كــى جــى إل للاستثمار والعضــو المنتدب للشــركة والمفوضــة بــالتوقيع عــن الشــركة وعــن صــندوق المــوانئ الاستثمارى ويصــفتها مــدير الاستثمار فــى الصندوق بإهــدار أمــوال صــندوق المــوانئ بمــا فيــه مــن أمــوال مؤسســة التأمينــات الاجتماعيــة ، ومؤسسة المــوانئ وذلــك بإســتغلال هــذه الأمــوال فــى غيــر الغــرض المخصــص لــه وبالمخالفــة للقــانون وبالمخالفــة لعقــد الاكتتــاب الأصــلى المتضمــن النظــام الأساســى للصــندوق وذلــك علــى النحــو الأتــى – ١– قامــت المتهمــة الأولــى بتحويــل مبلــغ ٨٠٩و١١٧و٧١٩

١٣

دينــار كــويتى بتــاريخ ٢٠١٠/٨/١٥ مــن حســاب صنــدوق المــوانئ إلــى حساب شــركة كــى جــى إل للاســتثمار ثــم قامــت شــركة كــى جــى إل للاســتثمار بتحويــل هــذا المبلــغ علــى تحويليـن الأول بتــاريخ ٢٠١٠/٨/٢٦ بمبلــغ ٣٠٩ و١٠٠ دينــار كــويتى إلــى شــركة المرابطــون الدوليــة للتجارة العامــة والمقــاولات والمملوكــة لأحــد اعضــاء مجلــس الإدارة المــتهم الثــانى /ســعيد إســماعيل دشــتى والمعــين ممــثلا عنهــا فــى عضــوية كــى جــى إل للاســتثمار ، والثــانى بــذات التــاريخ لــذات شــركة المرابطــون بمبلــغ ٤١٠ ألــف دينــار كــويتى ثــم قامــت شــركة المرابطــون بتــاريخ ٢٠١٠/٩/١٥ بتحويــل هــذين المبلغيــن إلــى حســاب المتهمـة الأولــى / ماريــا لازاريفــا – نائــب رئــيس مجلــس إدارة شــركة كــى جــى إل للاســتثمار – والعضــو المنتــدب بهــا ببيــت التمويــل الكــويتى والــذى يحمــل رقــم ٢٢٠١٢٠٠٢٥٢٣٢ ، ٢- منحــت شــبركة كــى جــى إل للاســتثمار بصــفتها مــدير صنــدوق المــوانئ الشــركة الموحــدة للنقــل والخــدمات اللوجســتية ( شــركة مســاهمة عامــة محــدودة أردنيــة ) مبلــغ تســعمائة ألــف دولار أمريكــى مــن أمــوال صنــدوق المــوانئ الاستثمارى بتــاريخ ٢٠٠٩/١/١ كضــمان بنكــى لهــذه الشــركة رغــم أن الشــركة الممنــوح لهــا هــذا المبلــغ ليســت مــن المشــاريع التابعــة لصنــدوق المــوانئ والتــى يســتثمر فيهــا أموالــه ، ولكــون الشــركة متعثــرة وتعرضــت للحجــز علــى أموالهــا مــن قبــل الــدائنين، وكــون مصــلحة شــركة كــى جــى إل للاســتثمار مــنح هــذه الشــركة هــذا الضــمان لكونهــا مســاهم والمــتهم الثــانى فــى الشــركة الممنــوح لهــا الضــمان بنســبة ٦٠% ولــم يكــن المنــح بهــدف اســتثمار أمــوال الصنــدوق ، وحــال كــون المــتهم الثــانى عضــو فــى المجلــس الاستشــارى ومــدير غيــر تنفيــذى فــى صنــدوق المــوانئ الاستثمارى وعضــو مجلــس إدارة شــركة كــى جــى إل للاســتثمار ، وقامــت شــركة كــى جــى إل للاســتثمار بتــدوين مبلــغ الضــمان فــى البيانــات الماليــة الخاصــة بصنــدوق المــوانئ عــن الفتــرة مــن ٢٠٠٧ حتــى ٢٠٠٨/١٢/٣١ بالمخالفــة لتــاريخ مــنح هــذا الضــمان الحاصــل فــى ٢٠٠٩/٩/٢٧ اعتبــاراً مــن ٢٠٠٩/١/١ ، ويؤكــد

١٤

ذلــك مـا جـاء بميزانيـة الصـندوق للسـنة المنتهيـة فـى ٢٠٠٨/١٢/٣١ مـن أن هـذا المبلـغ دفـع كضـمان نيابـة عـن الشـركة الممنـوح لهـا هـذا الضـمان ٣، – قامـت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى بتـاريخ ٢٠١٠/٩/٢٨ بتحويـل مبلـغ ٢٥ ألـف دينـار كـويتى لحسـاب شـركة رابطـة الكويـت والخلـيج للنقـل لـدى بنـك إتـش أس بـى سـى رقـم ٠٠١٠٠١٥٠٢٠٠١ والمفوض بـالتوقيع للسـحب والإيـداع فـى هـذا الحسـاب المـتهم الثـانى / سـعيد إسـماعيل دشـتي وسـجل علـى أنـه مقابـل استشـارات وذلـك بالمخالفـة للقـانون حيـث أن المـتهم الثـانى يشـغل منصـب رئـيس مجلـس الإدارة والعضـو المنتـدب لشـركة رابطـة الكويـت والخلـيج وعضـو مجلـس إدارة شـركة كـى جـى إل للاسـتثمار، ٤ – قامـت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى بتـاريخ ٢٠١٠/١٠/٤ بصـرف مبلـغ ٣٥٠ ألـف دينـار كـويتى للمـتهم الثـانى / سـعيد دشـتي تحـت بنـد استشـارات بـذات الشـركة وذلـك بتحويـل هـذا المبلـغ إلـى حسـابه الشخصـى ببنـك برقـان تحـت رقـم ٢٠٦٠١٢١٧٣١ وتحويـل أخـر لـه بمبلـغ ٤٥٠ ٤دينـار كـويتى علـى ذات الحسـاب مقابـل " استشـارات " ، ٥– قامـت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى بتـاريخ ٢٠١٠/١٠/٢٥ بتحويـل مبلـغ ٢٠٠٠٠دينـار كـويتى تحـت بنـد استشـارات لحسـاب شـبركة كـى جـى إل ( شـركة رابطـة الكويـت والخلـيج للنقـل ) لـدى بنـك اتـش اس بـى سـى والمفـوض بالسـحب والإيـداع المـتهم / سـعيد إسـماعيل دشـتي علمـاً بـأن شـركة الكويـت والخلـيج للنقـل تعمـل فـى مجـال النقـل وأعمـال النظافـة ولـيس مـن أغراضـها تقـديم استشـارات ، المخالفـة الخامسـة :- نـص فـى البنـد التمهيـدى مـن عقـد

اكتتـاب مؤسسـة المـوانئ الكويتيـة فـى صـندوق المـوانئ الاسـتثمارى المـؤرخ
فـى ٢٠١٠/٧/١٤ والمحـرر بـين مؤسسـة المـوانئ الكويتيـة ويمثلهـا نائـب
رئـيس مجلـس إدارة المؤسسـة المـتهم الثالـث / محمـد عبدالمحسـن
عبداللطيف العصـفور ويـين شـركة كـى جـى إل للاسـتثمار ويمثلهـا /
يعقـوب عيـدالله الـوزان رئـيس مجلـس إدراتهـا علـى تحقيـق الصـندوق لعائـد
بنسـبة ٢٠% علـى إجمالـى اسـتثماراته بالمخالفـة لمـا ورد بـالترخيص
الممنـوح لمـدير الصـندوق ومـا صـدر عنـه مـن نشـرة الاكتتـاب المسـتخدمة
فـى تسـويق وحداتـه لـدى مؤسسـة المـوانئ الكويتيـة مـن أن متوسـط العائـد
الـداخلى السـنوى المسـتهدف للمسـتثمرين ٣٠% طـوال مـدة الصـندوق ممـا
يضيع علـى مؤسسـة المـوانئ ١٠% مـن الأربـاح ، ومرتكـب تلـك المخالفـة
المتهمـة الأولـى نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار
والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق
المـوانئ الاسـتثمارى ، والمـتهم الثـانى الـرئيس غيـر التنفيـذى لصـندوق
المـوانئ الاسـتثمارى وعضـو مجلـس إدارة شـركة كـى جـى إل للاسـتثمار ،
والمـتهم الثالـث محمـد عبدالمحسـن العصـفور نائـب رئـيس مجلـس إدارة
مؤسسـة المـوانئ الكويتيـة والموقـع علـى عقـد الاكتتـاب ، المخالفـة
السادسـة :- قامـت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس
إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة
بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى والمـتهم الثـانى
الـرئيس التنفيـذى لصـندوق المـوانئ الاسـتثمارى والمفـوض بـالتوقيع عـن
الصـندوق وعضـو مجلـس إدارة شـركة كـى جـى إل للاسـتثمار بـالتزوير فـى
البيانـات الماليـة لإظهـار الموقـف المالـى لصـندوق المـوانئ فـى حالـة رواج
وانتعـاش وتحقيـق أربـاح علـى خـلاف الحقيقـة ، فلـم يحقـق صـندوق
المـوانئ أيـة أربـاح بـل تعـرض لتنـاقص أمـوالـه وتأكلهـا حيـث أن رأس مـال
أصـبح مبلـغ مائـة واثنـين وأربعـين ألـف دولار و٢٢ سـنت حسـبما هـو ثابـت
مـن كشـف بنـك اتـش اس بـى سـى المـؤرخ ٢٠١٠/٧/١٨ بكـلاً مـن اثنـين
وتسـعين مليـون وثمانمائـة واثنـين وخمسـين دولار ، ثـم أصـدر البنـك كشفاً

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٦ جنايات/٣

أخــــيـــراً يوضـــح أن رأس مــال الصـنـدوق أصـبـح ٢٢و١٤٢و٥٠ مليــــون دولار أمريكــى بعــد أن قامت مؤسـسـة المـوانـئ الكويتيـة بالمسـاهمة فـى الصـنـدوق بمبلـغ خمسـيـن مليــون دولار أمريكـى بنــاء علـى البيانـات الماليـة الكاذبـة الصـادرة مــن شـركـة كـى جـى إل للإسـتـثـمـار عـن تحسـن الأحــوال الماليـة للصـنـدوق علـى خـلاف الحقيقـة ، وقـد صـدر عـن الشـركـة سـالفـة البيــان بيانـات ماليـة عـن الصـنـدوق حتـى ٢٠١٠/١٢/٣١ متضـمنـة أن الصـنـدوق خـلال عـامى ٢٠٠٩ ، ٢٠١٠ قـد حقـق أربـاح بملايـيـن الـدولارات ، وأن الشـركـة أرسـلت بتـاريخ ٢٠١١/٣/٣٠ لمؤسـسـة المـوانـئ الكويتيـة كتابـاً تضمـن أن الصـنـدوق حقـق لهـا أربـاح منـذ ٢٠١٠/٧/١٥ حتـــى ٢٠١٠/١٢/٣١ مبلـــغ ٢٨٦و٩٩٢و١١ مليــــون دولار ليصـبـح رأس مـال مؤسـسـة المـوانـئ الكويتيـة بعـد إضـافـة الأربـاح مبلـغ ٢٨٦و٩٩٢و٦١ مليــون دولار أمريكـى ، وأن الشـركـة تعمـدت ذكـر بيانـات ماليـة مبـالغ فيهـا عـن الموقـف المـالى للصـنـدوق لإيهـام المؤسـسـة العامـة للتأمينـات ومؤسـسـة المـوانـئ الكويتيـة بـأن حصـتـهـما الأسـاسـيـة فـى الصـنـدوق قائمـة وتحقـق أربـاح علـى خـلاف الحقيقـة معتـمـدة علـى أن مؤسـسـة التأمينـات الاجتماعيـة ليـس لهـا الحـق فـى الانسـحاب مـن الصـنـدوق إلا بعـد انتهـاء مدتـه بالنسـبة لهـا فـى أغسـطس عـام ٢٠١٢ ، وأن مؤسـسـة المـوانـئ ليـس لهـا الحـق فـى الانسـحاب مـن الصـنـدوق إلا بعـد انتهـاء مدتـه بالنسـبة لهـا فـى يوليوعـام ٢٠١٥ ، وعنـد حلـول الأجـل يكـون المسـئولون عـن الشـركـة خـارج الـبـلاد وأنهـوا أعمـالهم بالكويـت ويصـعب ملاحقـتـهم بشـأن مـا ارتكبـوه ، وأنـه يؤكـد عـدم صـحة هـذه البيانـات الماليـة ووهميـة مـا تضـمنتـه مـن أربـاح للأسـباب الأتيـة:- ١- أن شـركـة كـى جـى إل للاسـتـثـمار لـم تـودع حصـتـها فـى رأس مـال صـنـدوق المـوانـئ ، ٢-أن مسـاهمة مؤسـسـة المـوانـئ الكويتيـة فـى الصـنـدوق وإيـداع حصـتـها تـم فـى ٢٠١٠/٧/١٨ وممـا ثـم فـإن مـا ورد بالبيانـات الماليـة عـن عـام ٢٠٠٩ وفـى الصـفحة الأولـى منهـا متضـمنـاً إضـافة حصـة المؤسـسـة المـذكـورة يـدل بشـكـل مؤكـد علـى عـدم صـحة هـذه البيانـات حيـث لـم تكـن المؤسـسـة قـد أودعـت حصـتـها

١٧

فى عام ٢٠٠٩ ، ٣- أن كافة البيانات المالية التى تم إصدارها على أساس أن كى جى إل للاستثمار أودعت حصتها مخالفة للحقيقة ، ٤- أن الأرباح المزعومة فى هذه البيانات المالية ليس لها أساس من الصحة لاستنادها لرأس مال غير صحيح ، ٥- ان كافة المشروعات التى تستثمر فيها أموال صندوق الموانئ قد تعرضت لخسائر فادحة وهذه المشروعات حسبما هو وارد بالبيان الصادر فى التقرير المؤرخ ٢٠١٠/١/١١ هى أربعة مشاريع رئيسية الأول المساهمة فى مشروع ميناء دمياط عن طريق إقراض شركة كى جى إل الدولية للموانى مبلغ ٠٠٠،٠٠٦،٢٠ مليون دولار أمريكى حينث تم إيقاف المشروع ومطلوب فسخه بناء على طلب الحكومة المصرية وعليه التزامات بسداد غرامات تأخير بواقع مليون دولار شهرياً ، والثانى المساهمة فى شركة أم بى سى بشراء أسهم قيمتها ٢٥٠٠٠٠٠دولار أمريكى دفع منها مبلغ ١٥ مليون دولار أمريكى ، والثالث المساهمة فى شركة NEGROS بالفلبين عن طريق شراء أسهم قيمتها ١٣٧٥٢١٧٧٥٠ بالعملة الفلبينية ( بيسو ) ، والرابع :- المساهمة فى شركة جلويال جيتواى بالفلبين عن طريق أرض فضاء بمبلغ ٣ مليون دولار أمريكى لعمل مدينة لوجستية طبية بمبلغ ٥٠ مليون دولار أمريكى ، وهذين المشروعين الثالث والرابع الاستثمار بهما لمدة عشر سنوات أطول من المدة المقررة للاستثمار من جانب مؤسستى التأمينات الاجتماعية والموانئ ومن ثم يصعب حساب الأرباح فيما يتعلق بحصة المؤسستين ، وأضافت بأن مرتكبى جميع هذه المخالفات هما المتهمة الأولى / ماريا لازاريفا نائب رئيس مجلس إدارة شركة كى جى إل للاستثمار والعضو المنتدب للشركة والمفوضة بالتوقيع عن الشركة وعن صندوق الموانئ الاستثمارى ،والمتهم الثانى / سعيد إسماعيل دشتي الرئيس التنفيذى فى صندوق الموانئ الاستثمارى والمفوض بالتوقيع عن الصندوق وعضو مجلس إدارة شركة كى جى إل للاستثمار .

١٨

ويسـؤال / شـعلان عبيـد حـواس الشـمرى – مـدير الإدارة القانونيـة بمؤسسـة المـوانئ الكويتيـة بتحقيقـات النيابـة العامـة – شـهد بـأن مؤسسـة المـوانئ الكويتيـة سـاهمت بتـاريخ ٢٠١٠/٧/١٤ فـى رأس مـال صنـدوق المـوانئ الاسـتثمار الـذى أنشـاته شـركة كـى جـى إل للاسـتثمار بمبلـغ ٥٠ مليـون دولار أمريكـى " خمسـون مليـون دولار أمريكـى" وهـو مـا يمثـل ٣٥% مـن أمـوال الصنـدوق بعـد أن حصلـت المؤسسـة علـى الموافقـات اللازمـة مـن الجهـات المختصـة وإسـتوفت الإجـراءات والأوضـاع التـى رسـمها القـانون فـى هـذا الشـأن حيـث عـرض أمـر مسـاهمة مؤسسـة المـوانئ فـى الصنـدوق علـى مجلـس إدارة المؤسسـة والـذى أحالـه للجنـة التنفيذيـة المنبثقـة والمفوضـة مـن مجلـس الإدارة والمشـكلة مـن المـتهم الثالـث / محمـد عبدالمحسن العصـفور نائـب رئيـس مؤسسـة المـوانئ الكويتيـة رئيسـاً للجنـة ، وعضـوية كـلاً مـن عصـام محمـد البحـر ، وعصـام أحمـد البـدر،ومنصـور محمـود حيـاة ،وقامـت هـذه اللجنـة التنفيذيـة بالاجتمـاع بتـاريخ ٢٠٠٩/١٢/١٧ فـى اجتماعهـا رقـم ٢٠٠٩/٦ وقـررت تشـكيل فريـق لدراسـة عمليـة المشـاركة فـى صنـدوق المـوانئ الاسـتثمارى ورفـع تقريـر للجنـة التنفيذيـة وقـد تـم تشـكيل فريـق العمـل مـن/ منصـور محمـود حيـاة ، وعصـام أحمـد البـدر ، وعبدالله بـدر الشـمالى وقـام فريـق العمـل بمباشـرة مهمتـه بـأن قـام بإسـتدعاء ممثـل شـركة الشـال للاستشـارات الاقتصـادية وممثـل عـن شـركة كـى جـى إل للاسـتثمار لتوضيـح بعـض النقـاط المتعلقـة بالصنـدوق حيـث أفـاد ممثـل شـركة الشـال فـى الاجتمـاع الـذى عقـد لهـذا الغـرض بتـاريخ ٢٠٠٩/١٢/٢١ بأنـه تـم الإطـلاع علـى المسـتندات وتقـارير مـدقق الحسـابات وتبيـن أن رأس مـال الصنـدوق مـدفوع بالكامـل وأن هنـاك فـرص جيـدة للاسـتثمار بمراعـاة أهميـة التنويـع للاسـتثمارات المحليـة وأن الصنـدوق لديـه دعـم مـن المؤسسـات الكبيـرة مثـل مؤسسـة التأمينـات الاجتماعيـة وهيئـة الخليـج للاسـتثمار وأن مـدير الصنـدوق يسـتثمر بنسـبة ٢٠% مـن رأس المـال وبـأن الصنـدوق ذو مخـاطر محـدودة وبالنسـبة للصنـاديق الاسـتثمارية الأخـرى ، وأن الاسـتثمارات فـى

١٩

الصندوق جيدة وإرتفاع العائد على الأموال المستثمرة فى الصندوق وأن إيجابيات الاستثمار فى الصندوق عديدة وأهمها أن الصندوق ليس لديه أية التزامات مالية خارجية ، كما استمع فريق العمل إلى ممثل الصندوق من شركة كى جى إل للاستثمار عن الفرص الاستثمارية المستهدفة فى الصندوق ويبين أنه سوف يتم الاستثمار فى مشروع مينـاء دميــاط بجمهورية مصر العربيـة ، وشركة أم بـى سـى ، و شركة NEGROS بالفلبين و شركة جلويال جيتـواى بالفلبين ، كما استمع فريق العمل إلـى ممثل مكتب التدقيق بـى كـى أف وشـركاه وشـرح تفصيلى منـه حـول الصندوق ومميزاتـه وبنـاء علـى مـا سبق فقد رفـع فريـق العمل توصية بالموافقة علـى مشاركة مؤسسة الموانئ فى استثمار الصندوق بمبلـغ خمسين مليون دولار أمريكى ، وقـد عرضت هـذه التوصيـة علـى اللجنـة التنفيذيـة سالفة الـذكر فـى اجتماعهـا ووافقت علـى هـذه التوصية بـدورها ثم قامت برفـع الأمـر لمجلس إدارة مؤسسة الموانئ والـذى قـرر مشـاركة المؤسسـة بهـذا المبلـغ فـى الصندوق ثـم رفـع الأمـر لمجلـس الـوزراء بوصفه الجهة المختصـة وأطلـع مجلس الـوزراء فـى اجتماعـه رقـم ٢٢/٢٠١٠ بتـاريخ ٢٠١٠/٦/١٣ علـى توصيـة مجلـس إدارة المؤسسـة وأصدر قـراره رقـم ٩٠٣ التـالى نصـه " أحيط المجلس علمـاً بالإجراءات التـى اتخـذتها مؤسسة الموانئ فى شـأن توجـه المؤسسـة نحـو الاستثمار فى صندوق الموانئ الاستثمارى فى إدارة عمـل الموانئ والأعمـال المرتبطـة بهـا علـى أن يـتم الالتـزام بإتبـاع كافـة الإجراءات القانونيـة اللازمـة فـى هـذا الشـأن واستيفاء كافـة الموافقات المطلوبـة لـدى الجهـات الرقابيـة وذلـك حسبما جـاء بكتـاب الأمانـة العامـة لمجلس الـوزراء رقـم ٣٨١/٢٠/١٠ – ٥١٥٥ بتـاريخ ٢٠١٠/٦/٢٩ ، ثـم عقـب ذلـك تـم مخاطبـة الفتـوى والتشـريع عـدة مـرات للحصـول علـى موافقتهـا وتـم إرسـال مسـودة العقـد لإدارة الفتـوى للتشـريع وقامـت بمراجعتهـا وإبـداء ملاحظاتهـا عليهـا والتـى تـم أخـذها بعـين الاعتبـار مـن قبـل المؤسسـة وبعـد استيفاء جمیـع الشـروط والملاحظـات أصـدرت إدارة الفتـوى والتشـريع كتابهـا

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمتضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٩ جنايات /٣

بالموافقة على تعاقد مؤسسة الموانئ الكويتية مع شركة كى جى إل للاستثمار بشرط الحصول على موافقة ديوان المحاسبة على التعاقد قبل إبرام العقد ، ويمخاطبة ديوان المحاسبة مرتين أفاد بكتابين صادرين منه بعدم اختصاصه فى ذلك الشأن وأنه سيقوم بدوره الرقابى اللاحق على ما تم إتخاذه من إجراء فى هذا الشأن من قبل المؤسسة ومراجعة العقد بعد إبرامه ،وعلى أثر ذلك تم إبرام العقد المؤرخ فى ١٤/٧/٢٠١٠ والمحرر بين مؤسسة الموانئ الكويتية ويمثلها نائب رئيس مجلس إدارة المؤسسة المتهم الثالث / محمد عبدالمحسن عبداللطيف العصفور ويبين شركة كى جى إل للاستثمار ويمثلها / يعقوب عبدالله الوزان رئيس مجلس إدراتها ، ونفاذاً لهذا العقد فقد أودعت مؤسسة الموانئ المبلغ أنف البيان فى حسابات الصندوق ، ثم بعد ذلك وافقت اللجنة التنفيذية المنبثقة من مجلس الإدارة فى اجتماعها رقم ٢٠١٢/٣ بتاريخ ١٤/٢٠١٢/٣ على زيادة رأس مال المؤسسة بهذا الصندوق بمبلغ ٣٥ مليون دولار أمريكى على أن يعرض الأمر على مجلس الوزراء للنظر فيه والأمر بما يلزم وقد مصدق مجلس إدارة المؤسسة فى اجتماعه رقم ٢٠١٢/٣ بتاريخ ١٧/٥/٢٠١٢ على محضر اللجنة التنفيذية سالف البيان ويعرض الأمر على مجلس الوزراء صدر قراره رقم ٢٦٥فى الاجتماع رقم ٢٠١٣/٩ بتاريخ ١٨/٢/٢٠١٣ بالموافقة على زيادة رأس مال المؤسسة بمبلغ خمسة وثلاثين مليون دولار أمريكى فى صندوق الموانئ الاستثمارى ، فأصبحت مساهمة مؤسسة الموانئ الكويتية فى الصندوق بما يمثل ٨١و٤٢% من أموال الصندوق ، ويأن ديوان المحاسبة وحال فحصه للبيانات المالية للحساب الختامى للسنتين الماليتين ٢٠١٠/٢٠١١ ، ٢٠١٢/٢٠١١ أورد بعض الملاحظات على مشاركة المؤسسة فى الصندوق وتمثلت هذه الملاحظات فى عدم توفر الموارد المالية لدى المؤسسة لتمويل وتنفيذ مشروعات الخطة ضمن عمل الحكومة وأنه لم يكن لدى شركة كى جى إل للإستثمار خبرة سابقة ، ووجود بعض نقاط الضعف والأخطار فى الفرص

٢١

الاستثمارية ، وأن العقد الذى تم إبرامه لم يتضمن حصة المؤسسة التى تحفظ حقوقها المالية والقانونية التى تمكن المؤسسة من معرفة مستحقاتها عند التخارج ، وعدم وضوح الأسس التى تم بناء عليها اعتبار المؤسسة مساهم منذ بداية الصندوق وليس من تاريخ التعاقد ، وعدم تسجيل فوائد التأخير المستحقة على المؤسسة لصالح الصندوق على الرغم من إثبات المؤسسة لأرباحها فى الصندوق ،وعدم صحة المعالجات الحسابية لفروق العملة ، وعدم توافر فائض سيولة للمؤسسة ، ومخالفة المؤسسة المادة ٨٤ من قواعد تنفيذ الميزانيات للمؤسسات المستقلة ، وقد قامت المؤسسة بالرد على ملاحظات ديوان المحاسبة ، وأضاف بأنه فيما يتعلق بحصول ضرر بالمال العام من جراء المشاركة فى هذا الصندوق من عدمه بأن هذا الصندوق صندوق استثمارى طويل الأمد ولا يمكن الوقوف عما إذا كان هناك ضرر بالمال العام من عدمه كون المشاركة فى هذا الصندوق تخضع للربح والخسارة شأن أى استثمار وإن مدة الصندوق لم تنتهى لكونها خمس سنوات وما زال باقياً سنتين على انتهائه والعبرة فى الاستثمار بنهاية مدة الصندوق ويالتالى لا يوجد ضرر ، وأن سبب تقديم مؤسسة الموانئ الكويتية الشكوى للنيابة العامة نظراً لما أثير حول صندوق الموانئ الاستثمارى سواء فى ملاحظات ديوان المحاسبة التى أبداها حول الصندوق أو المخالفات التى قيدها ضد المؤسسة فى هذا الشأن ، وكذلك الشكوى التى قدمها بعض المواطنين لرئيس مجلس الوزراء ضد المؤسسة لمشاركتها فى صندوق الموانئ ، ويمواجهته بما شهدت به الشاكية / منى عبدالمنعم محمود – بتحقيقات النيابة العامة – نفى ذلك ، وصمم على أقواله بشأن أن مؤسسة الموانئ حصلت على الموافقات اللازمة من الجهات المختصة وإستوفت الإجراءات والأوضاع التى رسمها القانون للمساهمة فى صندوق الموانئ الاستثمارى ، وأنه لا يوجد ضرر بأموال المؤسسة كون مدة الصندوق لم تنتهى والعبرة فى الاستثمار بنهاية مدة الصندوق ،ونفى علمه بالوقائع الأخرى بشأن

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمي ٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة ١١/ ١١/ ٢٠١٩ جنايات ٣/

إهـدار أمـوال الصـندوق ويوقـائـع التزويـر فـى البيانـات المـاليـة لإظهـار الموقـف المـالى لصـندوق المـوانئ فـى حالـة رواج وانتعـاش وتحقيـق أربـاح على خلاف الحقيقة .

وحيـث أمـرت النيابـة العامـة بتـاريخ ٢٠١٣/٥/١٣ بنسـخ صـورة أخـرى مـن التحقيقـات وسـلخ الـبلاغ الخـاص بمسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة فـى صـندوق المـوانئ الاسـتثمارى ومـا أرفـق بـه مـن مسـتندات وقيـده بـرقم حصـر أمـوال عامـة والتحقيـق فيـه اسـتقلالاً ،وقصـر التحقيقـات فـى القضيـة الراهنـة علـى مسـاهمة مؤسسـة المـوانئ الكويتيـة فى صندوق الموانئ الاستثمارى .

وحيـث تـم ضـم تقريـر ديـوان المحاسبـة الخـاص بالملاحظـات التـى شـابت مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى عقـد اكتتـاب والمشـاركة فـى صندوق الموانئ الاستثمارى تنفيذاً لقرار النيابة العامة .

ويسـؤال/ حمـد أحمـد حمـد العليـان – مـدير إدارة المرافـق الاقتصـادية والخدميـة بـديوان المحاسـبة – بتحقيقـات النيابـة العامـة – شـهد بأنـه أعـد ، وعضـو ديـوان المحاسبـة /أحمد علـى اشـكنانى تقريـر الفحـص الخـاص بالملاحظـات التـى شـابت مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى عقـد اكتتـاب والمشـاركة فـى صنـدوق المـوانئ الاسـتثمارى عـن السـنوات المـاليـة ٢٠١٠/٢٠١١ ، ٢٠١١/٢٠١٢ وأن هـذا التقريـر تـم إعـداده وفقـاً للإختصاصـات المخولـة لـديوان المحاسبـة وفقـاً لقـانون إنشـاءه رقـم ٣٠ لسـنة ١٩٦٤ وقـد تبـين مـن الفحـص أن مؤسسـة المـوانئ قامـت بـإبرام عقـد اكتتـاب ومشـاركة فـى صنـدوق المـوانئ الاسـتثمارى مـع شـركة كـى جـى إل للاسـتثمار بتـاريخ ٢٠١٠/٧/١٤ بمبلـغ خمسـين مليـون دولار أمريكـى بمـا يعـادل مبلـغ ٥١٢و٤٨٢و١٤ دينـار كـويتى وتمثـل نسـبة ٣٥% مـن قيمـة المسـاهمة فـى رأس مـال الصـندوق عنـد الاكتتـاب ، ويمثـل المـال العـام فـى هـذا الصـندوق بنسـبة ٦٣% حيـث أن المؤسسـة العامـة للتأمينـات الاجتماعيـة تسـاهم فـى رأس مـال الصـندوق بمبلـغ ٥٠ مليـون دولار أمريكـى بمـا يعـادل نسـبة ٢٨% مـن رأس مـال الصـندوق ، وفـى

٢٣

السنوات اللاحقة زادت نسبة مساهمة مؤسسة الموانئ فى صندوق الموانئ الاستثمارى لتصبح بإجمالى مبلغ ٨٥ مليون دولار أمريكى بما يعادل نسبة ٨١و٤٢% من رأس مال الصندوق ، وقد أسفر فحص مساهمة مؤسسة الموانئ الكويتية فى عقد اكتتاب والمشاركة فى صندوق الموانئ الاستثمارى للسنوات المالية ٢٠١٠/٢٠١١ ، ٢٠١١/٢٠١٢ عن الملاحظات الآتية :- الملاحظة الأولى :- إثبات مؤسسة الموانئ الكويتية أرباح غير محققة بما يعادل مبلغ وقدره ٢٨٦و٩٢٢و١١ دولار أمريكى منذ بداية إنشاء الصندوق عام ٢٠٠٧ وليس منذ التعاقد فى ٢٠١٠/٧/١٤ منها أرباح حتى نهاية عام ٢٠٠٩ قبل التعاقد تعادل مبلغ ٠٠٠و٨٥٠و١٣٠و٥ دولار أمريكى وعدم وضوح الأسس التى تم بناء عليها اعتبار المؤسسة مساهمة منذ بداية الصندوق وليس من تاريخ التعاقد ولم يرد ما ينظم ذلك بالعقد ، ورغم إثبات المؤسسة أرباح من الصندوق قبل التعاقد إلا أنها لم تسجل فوائد التأخير المستحقة عليها لصالح الصندوق بدفاترها المالية وكما جاءت بإيضاحات البيانات المالية المدققة للصندوق فى ٢٠١٠/١٢/٣١ وبالتالى عدم صحة نتائج أعمال المؤسسة ومركزها المالى فى ٢٠١١/٣/٣١ ، الملاحظة الثانية :- العمر المتبقى للصندوق بعد قبول مؤسسة الموانئ السنوات السابقة للتعاقد يقدر بنحو من عامين إلى أربع أعوام وليس كما ورد بالتعاقد من خمس إلى سبع سنوات ، الملاحظة الثالثة :- عدم صحة المعالجة المحاسبية لفروق العملة الناتجة عن تقييم استثمارات الصندوق فى ٢٠١١/٣/٣١ حيث لم تظهر بالدفاتر المالية وتمت بالمقاصة بين الأرباح الغير محققة وقدرها ٥١٦و١٧٨و٣٢٩و٣ دينار كويتى وبين خسائر فروق العملة وقدرها / ٠٠٠و١٢و٦٠٢ دينار كويتى ، الملاحظة الرابعة :- عدم توافر سيولة مملوكة للمؤسسة لهذا الاستثمار طويل الأجل يخالف المبالغ المحتجزة من الأرباح لديها والتى يمكن استخدامها فى أغراضها لدى الحاجة إليها خلال السنة المالية ،الملاحظة الخامسة :-

٢٤

عــدم تـوافـر المـوارد الماليـة لـدى المؤسسـة لتمويـل وتنفيـذ مشـروعات الخطـة ضـمن برنامـج عمـل الحكومـة وقـد أكـد ذلـك العديـد مـن كتـب المؤسسـة منهـا كتابهـا المـؤرخ ٢٠١٠/١/٢٧ إلـى وزيـر الدولـة لشـئون مجلـس الـوزراء ورغـم ذلـك أبرمـت المؤسسـة عقـد الاسـتثمار هـذا الغيـر مضمون النتـائج فـى ظـل 'الأزمـة الماليـة العالميـة ورغـم نتـائج الفحـص المحـدود المعـد فـى عـام ٢٠٠٧ مـن قبـل أحـد الاستشـاريين والمكلـف مـن المؤسسـة بدراسـة هـذا الصنـدوق والـذى تضـمن العديـد مـن نقـاط الضعـف والمخـاطر منهـا أن شـركة كـى جـى إل للاسـتثمار مـروج الصنـدوق ومديـر الاسـتثمار ليـس لـديهـا خبـرة سـابقة فـى حقـوق الملكيـة الخاصـة ، وأن المسـتثمرين المنتظـرين لا يجـب علـيهم الاسـتثمار فـى الصنـدوق إلا إذا كـان لـديهـم قـدرة تحمـل الخسـائر بقيمـة اسـتثماراتهم بالكامـل ، الملاحظـة السادسـة:- تعاقـد المؤسسـة لـم يتضـمن نصـيب المؤسسـة فـى هـذا الصنـدوق أى حصـة المؤسسـة التـى تحفـظ حقوقهـا الماليـة والقانونيـة وتمكـن مـن معرفـة مسـتحقاتها حـال تقيـيم الصنـدوق عنـد التخـارج ومـا قـد يترتـب علـى ذلـك لاحقـاً مـن آثـار ، الملاحظـة السابعـة :- إثبـات قيمـة اسـتثمارات الصنـدوق بـدفاتر المؤسسـة فـى ٢٠١١/٣/٣١ بقيمتهـا وفقـاً لنتـائج الصنـدوق المـدقق فـى ٢٠١٠/١٢/٣١ والبـالغ نصـيب المؤسسـة فيهـا مبلـغ ٢٨٦,٠٠ و٩٩٢ و٦١ دولار أمريكـى ، الملاحظـة الثامنـة:- وجـود تضـارب بيـن مـواد العقـد وهـى المـادتين ٧،١٢ بشـأن إخضـاعه للقـوانين حيـث حـددت المـادة ٧ مـن العقـد الالتـزام بجميـع شـروط الصنـدوق كمـا ورد بنشـرة الاكتتـاب ومنهـا البنـد ١/١ المستشـار القانـونى بـدبى يعمـل وفـق قـوانين جـزر الكايمـن ، وحـددت المـاد ١٢ مـن العقـد خضـوع العقـد للقـوانين الكويتيـة وتخـتص المحـاكم الكويتيـة بنظـر المنازعـات ومـا يترتـب علـى ذلـك لاحقـاً مـن آثـار ، الملاحظـة التاسعـة:- مخالفـة المـادة ٨٤ مـن قواعـد تنفيـذ الميزانيـات للمؤسسـات المسـتقلة ، الملاحظـة العاشـرة :- عـدم مراعـاة الحيطـة والحـذر نظـراً لمـا أبـداه الاستشـارى مـن مخـاطر ، الملاحظـة الحـادى عشـر :- عـدم الالتـزام بحكـم المـادة ٦ مـن القـانون رقـم

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة ١١/ ١١ /٢٠١٩ جنايات /٣

السنة ١٩٩٣ بشأن حمايـــة الأمــوال العامــة فيمـــا يخــص موعـــد إخطـــار ديــوان المحاسبة بمـا تجريــه الجهـات مـــن عمليـات أو تصــرفات تتعلــق بالاستثمار فــى ميعـاد أقصـاه عشــرة أيـام مــن تـاريخ إجــراء التصـرف حيـث لــم يـتم موافـاة ديـوان المحاسبة بهـذا الاستثمار إلا بتاريخ ١٨/٤/٢٠١١ رغـــم أن التعاقـــد كـــان بتـاريخ ٢٠١٠/٧/١٤ ، وأضــاف بـأن ديــوان المحاسبة قـام بمخاطبة مؤسســة المـوانئ الكويتيـة بشـأن هـذه الملاحظات طالبـاً منهـا الــرد عليهـا وقامـت مؤسســـة المـوانئ بـالرد علـى هـذه الملاحظـات إلا أن الـديوان وجـد أن الـردود علـى هـذه الملاحظـات غيـر كافيـة ولا تبررهـا ، وبـأن هـذه جميــع هـذه الملاحظـات الـواردة بتقريـر ديـوان المحاسبة إدارية ولـم تكـن هنـاك مخالفـات ماليـة لكـون فحـص ديـوان المحاسبة لهـذا الاستثمار مـن قبـل مؤسسة المـوانئ فـى الصنـدوق كـان فــى بدايتـه ولـم يكـن هنـاك مخالفـات ماليـة قـد ظهـرت ، وبأنـه فـى غضـون عـام ٢٠١٣ تـم تكليـف ديـوان المحاسبة مـن قبـل مجلس الأمـة لإعـداد تقريـر عـن اسـتثمار مؤسســة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاستثمارى وبيـان كافـة المخالفـات التـى شـابت تلـك المشـاركة والأضـرار التـى لحقـت بالمـال العـام وقـام ديـوان المحاسبة بإعـداد تقريـر تفصيلـى لكافـة الجوانـب المتعلقـة بهـذا الاستثمار مبينـاً بـه المخالفـات الماليـة التـى شـابت هـذا الاستثمار ومبلـغ الضـرر بالمـال العـام وتـم تقديمـه لمجلـس الأمـة .

ويسـؤال / أحمـد علـى اشـكنانى – مراقـب بـديوان المحاسبة – بتحقيقـات النيابة العامـة – شـهد بـذات مـا شـهد بـه /حمد أحمـد حمـد العليـان – مـدير إدارة المرافق الاقتصادية والخدمية بديوان المحاسبة – بالتحقيقات.

و نفــاذاً لقـرار النيابـة العامـة تـم ضـم تقريـر ديـوان المحاسبة الخـاص بمسـاهمة مؤسسة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاستثمارى بنـاء علـى طلـب لجنـة الميزانيـات والحسـاب الختامـى لإجـراء الفحـص الـدفترى والمسـتندى لاسـتثمار مؤسسة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاستثمارى وذلك بناء على تكليف مجلس الأمة .

٢٦

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٥ جنايات ٣/

ويسـأَل/ حمـد أحمـد حمـد العليـان – مـدير إدارة المرافـق الاقتصاديـة والخدميـة بـديوان المحاسبـة – بتحقيقـات النيابـة العامـة – شـهد بأنـه القـائم بإعـداد تقريـر ديـوان المحاسبـة بشـأن طلـب لجنـة الميزانيـات والحسـاب الختامـى لإجـراء الفحـص الـدفترى والمسـتندى لاسـتثمار مؤسسـة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاستثمـارى وذلـك بنـاء علـى تكليـف مجلـس الأمـة وفقـاً لمـا هـو ثابـت بكتـاب رئيـس مجلـس الأمـة رقـم KNA – 04558-2013 والمرسـل لـرئيس ديـوان المحاسبـة والمتضمـن طلـب الفحـص ، وقـد تبيـن مـن الفحـص أن مؤسسـة المـوانئ قامـت بـإبرام عقـد اكتتـاب ومشـاركة فـى صنـدوق المـوانئ الاستثمـارى مـع شـركة كـى جـى إل للاسـتثمار بتاريخ ٢٠١٠/٧/١٤ بمبلـغ خمسـين مليـون دولار أمريكـى بمـا يعـادل مبلـغ ١٢ و٥ و٤٨٢ و١٤ دينـار كـويتى وتمثـل نسـبة ٣٥% مـن قيمـة المسـاهمة فـى رأس مـال الصنـدوق عنـد الاكتتـاب ، ويمثـل المـال العـام فـى هـذا الصنـدوق بنسـبة ٦٣% حيـث أن المؤسسـة العامـة للتأمينـات الاجتماعيـة تسـاهم فـى رأس مـال الصنـدوق بمبلـغ ٤٠ مليـون دولار أمريكـى بمـا يعـادل نسـبة ٢٨% مـن رأس مـال الصنـدوق ، وفـى السـنوات اللاحقـة زادت نسـبة مسـاهمة مؤسسـة المـوانئ فـى صنـدوق المـوانئ الاستثمـارى لتصبـح بإجمالـى مبلـغ ٨٥ مليـون دولار أمريكـى بمـا يعـادل نسـبة ٨١ و٢ ٤% مـن رأس مـال الصنـدوق ، وقـد أسـفر الفحـص عـن ارتكـاب مؤسسـة المـوانئ الكويتيـة المخالفـات الآتيـة :- الأولـى :- مخالفـة المؤسسـة للمـادة ١٥ مـن المرسـوم بقانـون رقـم ١٣٣ السـنة ١٩٧٧ بإنشـاء مؤسسـة المـوانئ الكويتيـة عنـد اكتتابهـا فـى صنـدوق المـوانئ الاستثمـارى والتـى اشـترطت موافقـة مجلـس الـوزراء المسـبقة علـى اقتطـاع جـزء مـن أريـاحها للأغـراض الاسـتثمارية أو التوسـع فـى نشـاطها حيـث اسـتندت مؤسسـة المـوانئ الكويتيـة فـى اكتتابهـا لمـا جـاء بكتـاب الأميـن العـام لمجلـس الـوزراء رقـم D150-381I20I10 المـؤرخ ٢٠١٠/٦/٢٩ والـذى أورد قـرار مجلـس الـوزراء بشـأن الموضـوع كمـا يلـى " أحيـط مجلـس الـوزراء علمـاً بـالإجراءات التـى اتخـذتها مؤسسـة المـوانئ الكويتيـة فـى شـأن

٢٧

توجــه المؤسســة نحــو الاســتثمار فــى صــندوق المــوانئ الاســتثمارى للاستثمار فـى إدارة عمليـات المـوانئ والأعمـال المرتبطـة بهـا علـى أن يـتم الالتـزام بإتبـاع كافـة الإجـراءات القانونيـة اللازمـة فـى هـذا الشـأن واسـتيفاء كافـة الموافقـات المطلوبـة لـدى الجهـات الرقابيـة " ، وأن ذلـك لا يعـد موافقـة مـن مجلـس الـوزراء بـل يؤكـد ضـرورة إتخـاذ الإجـراءات القانونيـة اللازمـة فـى هـذا الشـأن فـى حـين أن مؤسسـة المـوانئ اعتبـرت أن ذلـك موافقـة مـن مجلـس الـوزراء ومرتكـب تلـك المخالفـة مجلـس إدارة مؤسسـة المـوانئ الكويتيـة ويعـدم علمـه مـا إذا كانـت عـن عمـد أم إهمـال ، الثانيـة :- تعـارض المصـالح وغيـاب الشـفافية حيـث اعتمـدت مؤسسـة المـوانئ رغبتهـا فــى الإكتتــاب فــى صــندوق المــوانئ الاســتثمارى بنــاء علــى قــرار مجلــس الإدارة فـى اجتماعـه رقـم ٢٠١٠/٢ بتـاريخ ٢٠١٠/٣/٢٩ ، ولمـا كـان نائـب رئـيس مجلـس إدارة المؤسسـة / محمـد عبدالمحسـن العصـفور وهـو أحـد الأعضـاء الرئيسـين ورئـيس الإجتمـاع المشـار إليـه وممثلهـا القـانونى بـالتوقيع علـى عقـد الاكتتـاب المبـرم بتـاريخ ٢٠١٠/٧/١٤ لـه ارتبـاط مباشـر وشـراكة بأعمـال تجاريـة متعـددة تعـود بـدايتها إلـى عـام ١٩٧٩ مـع سـعيد إسـماعيل دشـتي الـرئيس التنفيـذى لشـركة كـى جـى إل للاسـتثمار ممـا يعـد تعارضـاً للمصـالح وغيابـاً للشـفافية لأسـباب عـدم تصـريح نائـب رئـيس مجلـس إدارة المؤسسـة عـن علاقاتـه التجاريـة مـع / سـعيد دشـتي أحـد المـلاك الرئيسـين لشـركة كـى جـى إل للاسـتثمار إلا أنـه مـن خـلال الفحـص لـم يتبـين تـأثير هـذه العلاقـة علـى أمـوال الصـندوق ، كمـا أن نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار صـاحبة التـرخيص لتسـويق صـندوق المـوانئ الاسـتثمارى السـيدة / لازاريفـا ماريـا تشـغل فـى نفـس الوقـت نائـب رئـيس مجلـس الإدارة فـى شـركة بترولينـك القابضـة والتـى تبلـغ مسـاهمتها بالصـندوق ٣٠٠٠٠٠٠ دولار أمريكـى وينسـبة تعـادل ٨٤و١ % وكـذلك تشـغل منصـب مـدير الصـندوق ، الثالثـة:- مخالفـة شـركة كـى جـى إل للاسـتثمار للتـرخيص الصـادر مـن وزارة التجـارة والصـناعة بشـأن تسـويق صـندوق المـوانئ الاسـتثمارى حيـث صـدرت

٢٨

موافقـة وزارة التجـارة والصنـاعة بـالترخيص لشركـة كـى جـى إل للاستثمار لتأسـيس صنـدوق المـوانئ الاستثمـارى وتسـويقه فـى دولـة الكويـت بتـاريخ ٢٠١٧/٥/١٢ والـذى حـددت أغراضـه إلـى تحقيـق معـدل عائـد داخلـى بنسبة ٣٠% على إجمالى استثمارات الصندوق عن طريق تقديم الفرصة للمسـتثمرين للاكتتـاب فـى نمـو وتوحيـد الأعمـال ذات العلاقـة بـالموانئ والاستثمـارات الأخـرى التـى تتيـح الفرصـة للاستثمـار فيهـا وتكـون لهـا علاقـة بإسـتثمارات الصنـدوق إلا أنـه ومـن خـلال مـا هـو وارد فـى تمهيـد العقـد المبـرم بـين مؤسسـة المـوانئ وشـركة كـى جـى إل بتـاريخ ٢٠١٠/٧/١٤ اتضـح مخالفـة الشـركة للتـرخيص الممنـوح لهـا عندما قامـت بتخفيـض نسـبة معـدل العائـد الـداخلى للصنـدوق إلـى ٢٠% والمسـئول عـن تلـك المخالفـة المـتهم الثالـث / محمـد عبدالمحسـن العصـفور نائـب رئيـس مجلـس إدارة المؤسسـة وممثـل المؤسسـة فـى التعاقـد والقـائمين علـى مراجعـة العقـد سـواء فـى الشـئون القانونيـة أو الشـئون الماليـة لمؤسسـة المـوانئ وأن هنـاك ضـرر مؤكـد حـال إجـراء توزيعـات للأربـاح بمـا يعـادل الفـرق بـين النسـبة فـى نشـرة الاكتتـاب والعقـد المبـرم وقـدرها ١٠% إلا انـه لـم يـتم توزيـع أربـاح حتـى الأن رغـم أن توزيـع الأربـاح يكـون عنـد نهايـة كـل سـنة ماليـة ، وأن سـبب عـدم توزيـع الأربـاح بسـبب ضـعف فـى السـيولة الماليـة للصنـدوق وأن حجـم الضـرر المـادى المترتـب علـى هـذه المخالفـة مبلـغ ٨ مليـون دولار وخمسـمائة ألـف دولار أمريكـى سـنوياً ويباجمـالى مبلـغ ٥٩ مليـون دولار أمريكـى وخمسـمائة ألـف دولار أمريكـى علـى مـدى عمـر الصنـدوق البـالغ سـبع سـنوات وبعـدم علمـه مـا إذا كانـت هـذه المخالفـة عـن عمـد أم إهمـال ، الرابعـة :- عـدم التـزام المؤسسـة بتنفيـذ المـادة الخامسـة مـن العقـد المبـرم مـع شـركة كـى جـى إل للاستثمـار بشـأن تـدريب المـوظفين حيـث جـاءت الغايـة مـن مسـاهمة المؤسسـة فـى الصنـدوق لهـدفين رئيسـين وفقـاً لمـا هـو وارد فـى مراسـلاتها مـع الجهـات المعنيـة بالدولـة وهـى تنميـة مواردهـا الماليـة عـن طريـق الأربـاح التـى سـوف تحصلهـا مـن اكتتابهـا فـى صنـدوق المـوانئ الاستثمـارى،

وتأهيـل مـوظفى المؤسسـة عـن طريـق تـدريبهم فـى المـوانئ العالميـة ويمـا يخـدم مصالحها ويطـور أدائهـا بلوغـاً للغايـة المرجـوة فـى أن تكـون الأعمـال التشـغيلية فـى المـوانئ الكويتيـة بمصـاف ومسـتوى المعمـول فيـه لـدى المـوانئ العالميـة، إلا أنـه ويعـد انتهـاء المـدة الفعليـة للصنـدوق فـى ٢٠١٢/٨/٢٧ والبالغـة خمـس سـنوات ومقاربـة التمديـد الأول علـى الإنتهـاء البالـغ مدتـه عـام فقـط وينتهـى فـى ٢٠١٣/٨/٢٧ ولـم يتبقـى مـن مـدة الصنـدوق إلا التمديـد الأخيـر لمـدة عـام واحـد فقـط تنتهـى فـى ٢٠١٤/٨/٢٧ وفقـاً لمـا هـو منصـوص عليـه فـى التـرخيص الممنـوح لشـركة كـى جـى إل للاستثمار لتسـويق الصنـدوق فلـم تلتـزم إدارة الصنـدوق بتأهيـل وتـدريب أى مـن مـوظفى مؤسسـة المـوانئ الكويتيـة بالإضافـة إلـى عـدم توزيعهـا لأيـة أربـاح نقديـة وهـذه المخالفـة ماليـة وذلـك لإعفـاء صنـدوق المـوانئ مـن تحمـل الأعبـاء الماليـة المقـررة لقـاء تـدريب مـوظفى المؤسسـة وقيـام المؤسسـة بتحمـل مصـاريف تـدريب المـوظفين بشـكل سـنوى حيـث ثبـت مـن الفحـص قيـام المؤسسـة بإرسـال مـوظفين للتـدريب وتحمـل مصـروفات تـدريب موظفيهـا منـذ تـاريخ الاستثمار وأنـه لا يسـتطيع تحديـد الضـرر المـادى الـذى لحـق بالمـال لأن فحصـه لـم يشـمل هـذه الجزئيـة فـلا يسـتطيع تحديـد المبلـغ الـذى تحملتـه المؤسسـة فـى تـدريب موظفيهـا ، وأن المسـئول عـن تلـك المخالفـة/ محمـد عبدالمحسـن العصـفور نائـب رئيـس مجلـس إدارة مؤسسـة المـوانئ ، والشـيخ / صبـاح جـابر العلـى مـدير عبـام الدؤسسـة والقائمين علـى قطـاع التـدريب فـى المؤسسـة ويعـدم علمـه مـا إذا كانـت هـذه المخالفـة عـن عمـد أم إهمـال ، الخامسـة :- قيـام مـدير الاستثمار ( شـركة كـى جـى إل للاستثمار – كايمـان ) لصنـدوق المـوانئ الاستثمارى بتقـديم قـروض لأطـراف ذات صلـة بالمخالفـة للأغـراض الرئيسـية للصنـدوق حيـث انتهـج مـدير التـدريب لصنـدوق المـوانئ الاستثمارى مسـلكاً يخـالف الأغـراض الرئيسـية للصنـدوق حيـث قـام بتقـديم قـروض لأطـراف ذات صلـة بالصنـدوق ويبمبـالغ ماليـة كبيـرة بلغـت ٢٨٠،٠٥٠،٠٠٠ دولار أمريكـى وينسـبة تعـادل ٦و١٩% مـن

إجمــالى قيمــة المســاهمات فــى الصــندوق البالغــة حتــى ٢٠١٢/١٢/٣١ مبلــغ ٠٠٠و٨٥٢و١٤٢ دولار أمريكــى حيــث قــام بمــنح القــروض الأتيــة :- أ- قــرض ممنــوح لشــركة كــى إل الدوليــة للمــوانئ والتخــزين والنقــل ش م ك م بمبلــغ عشــرون مليــون دولار أمريكــى بتــاريخ ٢٠٠٧/٨/٢٧ بفائــدة ســنوية ٢٨% وهــو ذات التــاريخ الــذى تــم تأســيس الصــندوق وطرحــه للاكتتــاب مــن قبــل شــركة كــى إل للاســتثمار لمــدة خمــس ســنوات قابلــة للتجديــد لمــدة عــامين فقــط وقــد شــاب مــنح هــذا القــرض مخالفــات تمثلــت فــى ١- ضــخامة حجــم القــرض الممنــوح للشــركة ســالفة البيــان والــذى جــاء مســاوياً لحصــة الشــركة صــاحبة تــرخيص الصــندوق ( كــى إل للاســتثمار ) وتبعيــة كــلاً مــن الشــركتين ( كــى جــى إل للاســتثمار ، وكــى جــى إل الدوليــة للمــوانئ والتخــزين والنقــل ) لــنفس المــلاك بمــا مفــاده اســترداد أصــحاب التــرخيص لكامــل حصــتهم فــى رأس مــال الصــندوق فــى ذات اليــوم الــذى أســس فيــه الصــندوق ٢، ٢- ضــخامة حجــم الفوائــد المتفــق عليهــا فــى عقــد القــرض البالغــة ٢٨% ســنوياً علــى أصــل المبلــغ وفقــاً لمــا هــو مبــين فــى البيانــات الماليــة للصــندوق الماليــة ٢٠١٠ والتــى تزيــد بمراحــل عــن حجــم الفوائــد المعمــول بهــا لــدى البنــوك ممــا يثيــر الشــك فــى إمكانيــة التــزام الشــركة بســدادها وأكــد ذلــك أن كامــل قيمــة الفوائــد المســتحقة حتــى ٢٠٠٨/١٢/٣١ بلــغ مجموعهــا مبلــغ ٨٣٦و٥٦٣و٧ دولار أمريكــى مــع الاســتمرار فــى عــدم احتســاب أيــة فوائــد حتــى ٢٠١٢/١٢/٣١ ، ٣- مــدة القــرض خمــس ســنوات تنتهــى فــى ٢٠١٢/٨/٢٧ وهــو ذات التــاريخ الــذى ينتهــى فيــه العمــل وتصــفية الصــندوق إلا أنــه ولأســباب إخفــاق الشــركة المقترضــة فــى ســداد أصــل القــرض والفوائــد المســتحقة عليــه تــم تمديــد فتــرة الســداد لعــامين وبمــا يتوافــق مــع تجديــد المــدة القانونيــة للصــندوق لعــامين تنتهــى فــى ٢٠١٤/٨/٢٧ ، ب- قــرض ممنــوح لمدينــة صــباح الأحمــد اللوجســتية بمبلــغ ٠٠٠و٠٥٠و٨ مليــون دولار أمريكــى فــى عــام ٢٠١٢ غيــر محــدد الفائــدة وذلــك علــى الــرغم مــن تــدنى الســيولة الماليــة لــدى الصــندوق ج -

٣١

مـنـح مبلـغ ٩٠٠٠٠٠ دولار أمريكـى بتـاريخ ٢٠٠٩ غيـر محـدد الفائـدة للشـركة المواحـدة للنقـل والخـدمات اللوجسـتية ( كفالـة بنكيـة ) ، وأن المسـئول عـن تلـك المخالفـة المتهمـة الأولـى/ لازاريفـا ماريـا مـدير صنـدوق المـوائنئ الاسـتثمارى والمخولـة بـالتوقيع علـى هـذه القـروض وإدارة الصنـدوق ككـل ،والمتهم الثـانى / سـعيد دشـتي عضـو مجلـس إدارة شـركة كـى جـى إل للاسـتثمار وصـاحب التـرخيص الممنـوح لتأسـيس الصنـدوق عـن عمـد منهمـا وتـواطئ فيمـا بينهمـا وذلـك لرغبتهـا فـى تحقيـق منفعـة ومصـلحة لشـركة كـى جـى إل للاسـتثمار والتـى تمتلـك هـذه الشـركات وأنـه قـد لحـق بمؤسسـة المـوائنئ الكويتيـة ضـرراً بلـغ إجماليـه مبلـغ ٣٥٣و٠١٩و٣٣ دولار أمريكـى ، السادسـة :- ضـخامة العمـولات المقـررة لمـدير اسـتثمار الصنـدوق ( شـركة كـى جـى إل للاسـتثمار – كـايمن – والمحـدة بـالآتى أتعـاب أداء بواقـع ٢٠% مـن صـافى أربـاح الصنـدوق المعلنـة فـى البيانـات الماليـة ، وأتعـاب إدارة بواقـع ٢% مـن إجمـالى الالتزامـات الرأسـمالية للشـركاء إلا أن أعمـال الصـرف شـابها مخالفـات وصـرف مبـالغ ماليـة كبيـرة دون وجـه حـق علـى النحـو الأتـى :- أ- حصـل مـدير اسـتثمار الصنـدوق علـى مبـالغ ماليـة بـدون وجـه حـق بلـغ إجماليهـا مبلـغ ٢٦٠و٨٩٨و٣ دولار أمريكـى مقابـل أتعـاب الإدارة لحصـة مؤسسـة المـوائنئ الكويتيـة بـأثر رجعـى وينسـبة تعـادل ٩٤و٢٣% مـن إجمـالى المبـالغ التـى حصـل عليهـا مقابـل أتعـاب الإدارة البالغـة حتـى ٢٠١٢/١٢/٣١ مبلـغ ٧٨٠و٢٨٠و١٦ دولار أمريكـى حيـث حصـل علـى عمولـة أتعـاب الإدارة بـأثر رجعـى مقابـل إجمـالى مسـاهمة مؤسسـة المـوائنئ الكويتيـة التـى جـاءت علـى دفعتـين حيـث حصـل علـى عمولـة أتعـاب إدارة مقابـل اكتتـاب مؤسسـة المـوائنئ الكويتيـة فـى ٢٠١٠/٧/١٤ بواقـع ٣ مليـون دولار أمريكـى بإعتبـار مشـاركتها منـذ تـاريخ تأسـيس الصنـدوق ، وعمولـة أتعـاب إدارة مقابـل زيـادة مسـاهمة مؤسسـة المـوائنئ الكويتيـة فـى ٢٠١٤/٦/٩ باعتبـار سـدادها للزيـادة فـى ٢٠١٢/١/١ بواقـع ٧٠٧ دولار أمريكـى ، كمـا يضـاف لهـا مبلـغ ٢٦٠و١٩٨ دولار

أمريكــى عــن الربـــع الأول للسنـــة الماليـــة ٢٠١٣ ، وأن قيمـــة الضـــرر المــادى الــذى لحــق بالمـال العـام مبلـغ ٢٦٠و٨٩٨و٣ دولار أمريكـى، بالإضافة إلـى مبلـغ ١٩و٤٠٥و٣١٥و٥ دولار أمريكـى التـى تـم الحصـول عليهـا بـدون وجـه حـق لقـاء مصاريـف عموميـة وإداريـة ليصبـح إجمالى الضــرر المــادى مبلـــغ تسعـة مليـون دولار ومائتـان وثلاثـة عشـر ألـف وستمائة وخمسـة وستون دولار وتسعـة عشـر سنت وقـد نتـج هـذا الضـرر المـادى بالنسبـة لأتعـاب الإدارة نتيجـة تقـديم اكتتـاب مؤسسـة المـوانئ الكويتيـة الـذى تـم فـى ٢٠١٠/٧/١٤ إلـى تـاريخ تأسيـس الصنـدوق فـى عـام ٢٠٠٧ حيـث حصـل مـدير استثمـار الصنـدوق بموجـب ذلـك علـى المبلـغ الأول دون وجـه حـق أمـا فيمـا يتعلـق بمبلـغ عمولـة الإدارة فقـد قـام مـدير الاستثمار بتحميـل مصروفـات عموميـة وإداريـة علـى حسـاب الصنـدوق ، والمسئـول عـن ارتكـاب هـذه المخالفـة المتهـم الثالـث / محمـد عبدالمحسـن العصفـور نائـب رئيـس مؤسسـة المـوانئ الكويتيـة وسنـد مسئوليتـه أنـه القائـم بـإبرام عقـد الاكتتـاب فـى ٢٠١٠/٧/١٤ وموافقتـه علـى تعـديل العقـد بـأثر رجعـى منـذ تأسيـس الصنـدوق فـى ٢٠٠٧ ،وكـذلك ممثلـى مؤسسـة المـوانئ الكويتيـة فـى اللجنـة الاستشاريـة للصنـدوق وهمـا /عبـدالعزيز العصيمـى عضـو مجلـس الإدارة ، وعبـدالله بـدر الشمالـى عضـو الإدارة الماليـة حيـث كـان تحـت إشـرافهم ونظـرهم كافـة السجـلات والمستنـدات والبيانـات الماليـة للصنـدوق ولـم يقومـا بتوجيـه مـدير الاستثمار بوقـف تحميـل المصروفـات الإداريـة والعموميـة ، وكـذلك وزيـر المواصـلات السابـق / سالـم الأذينـة الـذى قـام بـإبرام ملحـق العقـد بزيـادة حصـة مؤسسـة المـوانئ الكويتيـة بمبلـغ ٣٥ مليـون دولار أمريكـى فـى تـاريخ ٢٠١٣/٤/٩ دون الحصـول علـى موافقـة مجلـس الـوزراء المسبقـة والتـى لا بـد منهـا للـدخول فـى ذلـك الاستثمار ولاستقطاع جـزء مـن أربـاح المؤسسـة لتلـك الاستثمار فقـد قـام بتقـديم هـذه الزيـادة وجعلهـا منـذ تـاريخ بدايـة السنـة الماليـة ٢٠١٢ ممـا جعـل مـدير الاستثمار يحصـل علـى عمولـات إدارة تزيـد عـن المقـرر لـه ، والمتهمـة لازاريفـا ماريـا مـدير

صندوق المـوانئ الاسـتثمارى والتـى حصـلت علـى مبالـغ المصـروفات الإداريـة والعموميـة بـدون وجـه حـق وأن هـذه المخالفـة مرتكبـة عـن عمـد مـن المتهمـة الأولـى وسـند ذلـك اسـتمرارها فـى تحميـل حسـابات الصـندوق المصـروفات العموميـة والإداريـة بـالرغم مـن حصـولها علـى أتعـاب الإدارة كمـا أفـاد التقريـر المعـد مـن قبـل مكتـب برقـان ( علـى الحسـاوى وشـركاه ) بشـأن صـندوق المـوانئ الاسـتثمارى فـى البنـد المتعلـق بإسـتراتيجية الاسـتثمار وإدارة المخـاطر إلـى تحمـل مـدير الاسـتثمار لجميـع التكاليـف الخاصـة بـالإدارة مقابـل حصـولها علـى عمولـة إدارة ٢% ، ب– تحميـل مـدير الاسـتثمار جميـع المصـروفات الإداريـة والعموميـة علـى الصـندوق بـدون وجـه حـق  بـالرغم مـن حصـوله علـى أتعـاب الإدارة مخالفـاً بـذلك التقريـر المعـد مـن قبـل مكتـب برقـان ( علـى الحسـاوى وشـركاه ) بشـأن صـندوق المـوانئ الاسـتثمارى فـى البنـد المتعلـق بإسـتراتيجية الاسـتثمار وإدارة المخـاطر إلـى تحمـل مـدير الاسـتثمار لجميـع التكاليـف الخاصـة بـالإدارة ويمكـن بيـان ذلـك علـى النحـو التـالى بالنسـبة للسـنة الماليـة ٢٠٠٨ فقـد تحمـل الصـندوق المصـاريف الإداريـة والعموميـة بمبلـغ ٢٣٠و٢٢٨و٤ دولار أمريكى،ومبلــــــغ ٩٦٣و٧٢١و٢ دولار أمريكـــــى أتعـاب الإدارة ليصـبح المجمـــوع مبلـغ ١٩٣و٩٥٠و٦ دولار أمريكـى بنسـبة ٨٦و٤% مـن المسـاهمات الرأسـمالية فـى الصـندوق ، وبالنسـبة للسـنة الماليـة ٢٠٠٩ فقـد تحمـل الصـندوق المصـاريف الإداريـة والعموميـة بمبلـغ ٣٣٧و٥٦٨و٣ دولار أمريكـــى  ، ومبلــــــغ ٦٩٧و٢٨١و٤ دولار أمريكـــى أتعـاب الإدارة ليصـبح المجمـوع مبلـغ ٠٣٤و٨٥٠و٧ دولار أمريكـى بنسـبة ٥٥و٥% مـن المسـاهمات الرأسـمالية فـى الصـندوق ، وبالنسـبة للسـنة الماليـة ٢٠١٠ فقـد تحمـل الصـندوق المصـاريف الإداريـة والعموميـة بمبلـغ ٤٩٧و٣٩٥و١ دولار أمريكـــى  ، ومبلــــــغ ٤٠،٠٥٧و٢ دولار أمريكـــى أتعـاب الإدارة ليصـبح المجمـوع مبلـغ ٥٣٧و٢٥٢و٤ دولار أمريكـى بنسـبة ٨٩و٢% مـن المسـاهمات الرأسـمالية فـى الصـندوق ، وبالنسـبة للسـنة الماليـة ٢٠١١ فقـد تحمـل الصـندوق المصـاريف الإداريـة والعموميـة بمبلـغ

٣٤

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة ١١/ ١١ /٢٠١٩ جنايات ٣/

٧١١و٨٧٢و١ دولار أمريكـــــى ، ومبلـــغ ٨٥٧،٠٤٠و٢ دولار أمريكـــــى أتعـــاب الإدارة ليصبح المجموع مبلــغ ٧٥١و٧٢٩و٤ دولار أمريكـــى بنسبة ٣١و٣% مــن المساهمات الرأسمالية فى الصندوق ، وبالنسبة للسنة المالية ٢٠١٢ فقد تحمل الصندوق المصاريف الإدارية والعمومية بمبلغ ٤٩٥و٣٥١و١ دولار أمريكـــى ، ومبلـــغ ٥٦٣،٠٤٠و٣ دولار أمريكـــى أتعـــاب الإدارة ليصبح المجموع مبلـغ ٥٣٥و٩١٤و٤ دولار أمريكـــى بنسبة ٤٤و٣% مــن المساهمات الرأسمالية فى الصندوق ، ليصبح إجمالى أتعـاب الإدارة مبلــــغ ٦٩٧،٠٥٠و٢٨ دولار أمريكـــى بنسبة تعــادل ٢٠ % مـــن إجمالــى قيمــة المساهمات الرأسمالية فى الصندوق فى ٢٠١٢/١٢/٣١ ، ج- تضـــمين بنــد المصروفات العموميـة والإداريـة خــلال السنـة الماليـة ٢٠٠٩ مبلـغ ٥٠٠،٠٠٠و٢ دولار أمريكى وينسبة تعــادل ٧٠% مــن إجمالـى المصروفـات العموميـة الإداريـة لـنفس الفتـرة البالغـة ٣٣٧و٥٦٨و٣ دولار أمريكـى بالإضافة إلـى تضـمين نفس البنـد خــلال السنـة الماليـة ٢٠١٠ مبلـغ مليـون دولار أمريكـى أتعـاب نجـاح وتـم تعــديل المسمـى فـى البيانــات الماليـة للسنـة الماليـة المنتهيـة فـى ٢٠١١/١٢/٣١ إلـى أتعـاب معـاملات دون الوقـوف علـى أسـباب تلـك المصروفات أو تفاصيلها ، ٤- وجـود مبـالغ مسـتحقة لمـدير الاسـتثمار بلغـت كمـا هـى فـى ٢٠١٢/١٢/٣١ مبلـغ ٢٩،٠٢٦و٤٠ دولار أمريكـى تمثـل أداء وفقـاً لاتفاقيـة شركـة التوصيـة بتوزيـع ٢٠% مـن الأريـاح السنوية إلـى مـدير الاستثمار (كـى جـى إل للاسـتثمار – كـايمن ) ، وأن إجمالـى الضـرر المـادى الـذى لحـق بالمـال العـام (أمـوال مؤسسـة المـوانئ الكويتيــة ) يتمثـل فـى حجـم المبـالغ التـى حصـل عليهـا مـدير الاسـتثمار كأتعـاب إدارة يضـاف لهـا المسـتحق عـن توزيعـات الأريـاح السنويـة ومـا تـم تحميلـه للصنـدوق بشـأن المصـاريف العموميـة والإداريـة دون وجـه حـق مبلـــغ ٧٩،٠٣٥و٢٣و٦٩دولار أمريكـــى بنسـبة تعـادل ٦٧و٤٨% مـن إجمالـى المساهمات الرأسمالية فى الصندوق دون حصـول المسـاهمين علـى أيـة توزيعـات نقديـة منـذ تـاريخ تأسيـس الصنـدوق ولغايـة السنـة

٣٥

المالية المنتهية فى ٣١/١٢/ ٢٠١٢ ، السابعة :- احتساب غرامات مالية خصماً من أرباح المؤسسة غير المحققة مقابل تعديل تاريخ الاكتتاب فى صندوق الموانئ الاستثمارى إلى تاريخ تأسيس الصندوق فى ٢٠٠٧/٨/٢٧ بدلاً من الاكتتاب الفعلى فى ٢٠١٠/٧/١٤ وأن هذه المخالفة مخالفة إدارية تمثلت فى استقطاع جزء من حصة من أرباح مؤسسة الموانئ الكويتية فى حال إجراء توزيع الأرباح وتوزيعها على باقى المساهمين فى الصندوق وهذا لم يتم لأنه لم يتم إجراء أى توزيع للأرباح ، الثامنة:- تكبد صندوق الموانئ الاستثمارى لخسائر مالية كبيرة من استثماره فى شركة MPC-GMO ، التاسعة :- استمرار تضخم الأرصدة المستحقة على الصندوق ويلوغها مستويات كبيرة خلال السنة المالية المنتهية فى ٣١/١٢/٢٠١٢ وأن هذا البيان للمركز المالى للصندوق تفعيلى فيما يتعلق بالمبالغ المستحقة على الصندوق التى بلغ إجماليها ١٥٦ و٣٠و٥٩ دولار أمريكى وهذا المبلغ لم يتم دفعه ولا يزال مقيد فى سجلات الصندوق وهذه البيانات تحليلية فقط ولا يوجد بها أى مخالفات ، العاشرة :- تقاعس مدير استثمار الصندوق عن تحصيل المبالغ المستحقة على شركة كى جى إل للاستثمار حيث أوضحت البيانات المالية للصندوق وجود مبالغ مالية كبيرة مستحقة على شركة كى جى إل للاستثمار مؤسس الصندوق دون السعى لتحصيلها بالرغم من احتياج الصندوق للسيولة المالية وهذه المبالغ تمثلت فى الفوائد المستحقة على القرض الممنوح لشركة كى جى إل الدولية للموانئ والتخزين والنقل ش م ك والتى بلغت قيمة الفوائد المستحقة عنه حتى ٣١/١٢/٢٠٠٨ مبلغ ٨٣٦و٦٣و٥و٧ دولار أمريكى ووجود مبالغ أخرى مستحقة لم يقم مدير استثمار الصندوق بتحصيلها مما أدى إلى حدوث تشابك بين حسابات صندوق الموانئ الاستثمارى وشركة كى جى إل للاستثمار وهذه المبالغ المستحقة فى السنة المالية ٢٠٠٩ مبلغ ٤٩١ و١٨٦و٧ دولار أمريكى ، وفى السنة المالية ٢٠١٠ مبلغ ١٨٤و٦٨٧و٧ دولار أمريكى ، وفى السنة المالية

٣٦

٢٠١١ مبلــغ ٩٢٣ و ٠٧٠ و ٦ دولار أمريكــى ، وفــى الســنة الماليــة ٢٠١٢ مبلــغ ٧٦٢ و ٤٩١ و ٥ دولار أمريكــى وأنــه قــد ترتــب علــى تلــك المخالفــة ضــرر تمثــل فــى عــدم الحصــول علــى فوائــد القــرض وعــدم اســتفادة الصنــدوق مــن هــذه المبالــغ فــى اســتثماراته ، فضــلاً عــن قيــام الصنــدوق بــدفع مبالــغ عــن شــركة كــى جــى إل للاســتثمار لــم يــتمكن مــن بيــان تفصيلها وأن قيمــة الضــرر المــادى الــذى أصــاب المــال العــام مبلــغ ٧٦٢ و ٤٩١ و ٥ دولار أمريكــى والمســئول عــن ارتكــاب هــذه المخالفــة المتهمــة الأولــى لازاريفــا ماريــا مــدير صنــدوق المــوانئ الاســتثمارى عــن عمــد وذلــك لتحقيــق منفعــة لشــركة كــى جــى إل للاســتثمار والتــى تعمــل فيهــا نائــب رئيــس مجلــس الإدارة وهــى التــى وافقــت علــى القــرض وعــدم تحصيــل الفوائــد المســتحقة ودفــع مبالــغ مصــروفات عــن شــركة كــى جــى إل ، الحاديــة عشــر :- قيــام عبــدالعزيز العصيمــى ممثــل مؤسســة المــوانئ فــى المجلــس الاستشــارى للصنــدوق بتقديــم تقريــر عــن المهمــة التــى قــام بهــا خــلال الفتــرة مــن ٢٠ - ٢١/١٠/٢٠١١ فــى لنــدن أثبــت فيــه دخــول الصنــدوق فــى أربــع اســتثمارات ومنهــا الاســتثمار فــى شــركة دميــاط الدوليــة للمــوانئ (DIPCO) الــذى يحظــى بــدعم الحكومــة المصــرية ومــن إمكانيــة حصــول الصنــدوق علــى عائــد داخلــى يعــادل ١٠+% متــى تــم التخــارج مــن هــذا الاســتثمار خــلال الســنة الماليــة ٢٠١٣/٢٠١٢ ، وبقيــام الصنــدوق ببيــع جــزءاً مــن اســتثماراته فــى شــركة نيجــروس للملاحــة وقــد تبيــن مــن الفحــص عــدم صحــة مــا أثبتــه ممثــل المؤسســة ســالف الــذكر فــى تقريــره للأســباب الآتيــة:- ١- وفقــاً لمــا هــو مبيــن فــى البيانــات حتــى ٢٠١٢/١٢/٣١ لــم يــدخل الصنــدوق إلا فــى ثــلاث اســتثمارات فقــط ليــس منهــا شــركة دميــاط الدوليــة للمــوانئ (DIPCO)، ووجــود نــزاع قانونــى بيــن الحكومــة المصــرية وشــركة كــى جــى إل الدوليــة للمــوانئ والتخــزين والنقــل ومطالبــة الحكومــة المصــرية بفســخ العقــد مــع الشــركة مــع فــرض غرامــات تأخيــر عليهــا بواقــع ٧٢ مليــون دولار أمريكــى ولجــأت الشــركة لمركــز فــض المنازعــات الاســتثمارية الدوليــة التابــع للبنــك الدولــى فــى واشــنطن (أكســيد ) ، كمــا أنــه لــم يتبيــن أى ذكــر لقيــام

٣٧

صندوق الموانئ ببيع جـزءاً مـن استثماره فـى شـركة نيجـروس للملاحـة فـى البيانـات الماليـة للصـندوق للسـنوات الماليـة مـن ٢٠٠٩ لغايـة ٢٠١٢ وعـن النتـائج المحققـة منـه والمعالجـات المحاسـبية التـى تمـت بشـأنه وأنـه قـد ترتـب علـى ذلـك ضـرر يتمثـل فـى تقـديم بيانـات مخالفـة للحقيقـة كانـت أحـد الأسـباب التـى أدت إلـى قيـام المؤسسـة بتجديـد استثمارها فـى صـندوق المـوانئ الاسـتثمارى لمـدة عـامين أخـرين ، الثانيـة عشـر :- ضـخامة حجـم المصـروفات والمصـروفات المسـتحقة بالمقارنـة مـع تكلفـة اسـتثمارات الصـندوق حيـث ثبـت مـن الفحـص اسـتمرار الزيـادة فـى حجـم المصـروفات والمصـروفات المسـتحقة للصـندوق بالمقارنـة مـع تكلفـة اسـتثماراته وفقـاً لمـا هـو وارد فـى البيانـات الماليـة للسـنوات الماليـة مـن ٢٠٠٩ولغايـة ٢٠١٢فقـد بلغـت تلـك المصـروفات مبلـغ ٤١٢و٣١٠و٩٣ دولار أمريكـى وذلـك بنسـبة تعـادل ٩١% مـن إجمـالى تكلفـة الاسـتثمارات وفـى ذلـك مبالغـة مـن مـدير اسـتثمار الصـندوق فـى احتسـابه المصـروفات ويؤكـد علـى ذلـك مخالفتـه فـى تحميـل الصـندوق للمصـروفات الإداريـة والعموميـة بـرغم حصـوله علـى أتعـاب إدارة علـى نحـو مـا سـلف بيانـه بالنسـبة للمصـروفات العموميـة والإداريـة ، الثالثـة عشـر :- قيـام المؤسسـة بتضـخيم إيراداتهـا الـواردة فـى البـاب الرابـع لحسـاباتها الختاميـة عـن السـنتين المـاليتين ٢٠١١/٢٠١، ٢٠١٢/٢٠١١ وكـذلك فـى مشـروع ميزانيتهـا للسـنة الماليـة ٢٠١٤/٢٠١٣ لأسـباب الزيـادة فـى الأربـاح المحققـة لاستثمارها فـى صـندوق المـوانئ الاسـتثمارى وقـد جـاءت الإجـراءات المتخـذة مـن قبـل إدارة المؤسسـة فـى هـذا الشـأن بالمخالفـة للمـادة ١٥ مـن المرسـوم بقـانون إنشـائها رقـم ١٣٣ السـنة ١٩٧٧ والمسـئول عـن تلـك المخالفـة عبدالله بـدر الشـمالى مـدير الإدارة الماليـة بمؤسسـة المـوانئ ومـدير عـام المؤسسـة الشـيخ / صـباح جـابر العلـى حـال كـون الأول المسـئول عـن إعـداد البيانـات الماليـة والتحقـق عـن كـل مـا ورد فيهـا والثـانى هـو مـن قـام بإعتمـاد هـذه البيانـات تمهيـداً لإعتمادهـا مـن مجلـس الإدارة وجهـات الإختصـاص ، ويبعـد علمـه مـا إذا كانـت هـذه المخالفـة عـن عمـد أم إهمـال، وأضـاف بـأن

إجمـالى الضـــرر المـادى الـذى لحـق بـأموال مؤســسة المـوانئ مـن جـراء هـذه المخالفــات جميعـاً هـو احتمـال ضـياع مـا يعـادل حصـة المؤسـسة فـى ذلـك الصــندوق وقـدرها ٨٥ مليـون دولار أمريكـى وأنـه لا يمكـن الفصـل فـى تحقـق هـذا الضـرر إلا بعـد انتهـاء العمـر الافتراضـى والمحـدد لهـذا الصندوق فى شهر أغسطس من عام ٢٠١٤ .

وبتـاريخ ٢٠١٤/٥/١ صـدر قـرار النيابـة العامـة بنـدب عضـو ديـوان المحاسـبة /حمـد أحمـد حمـد العليـان وتكليفـه بالحضـور لمقـر نيابـة الأمـوال العامـة لمباشـرة المأموريـة المكلـف بهـا بعـد حلـف اليمـين القانونيـة وذلـك للإطـلاع علـى أوراق القضـية ومـا تـم فيهـا مـن تحقيقـات ومـا أرفـق بهـا مـن مسـتندات ومـا ورد بـالبلاغ المقـدم مـن الشـاكية مـن مخالفـات وذلـك لبيـان مـا تنطـوى عليـه هـذه الوقـائع مـن جـرائم مـع تحديـد المسـئول عـن إرتكابهـا وسـند مسـئوليته عنهـا والأضـرار التـى لحقـت بـأموال مؤسـسة المـوانئ الكويتيـة نتيجـة لـذلك وبيـان طبيعـة وماهيـة هـذه الأضـرار وقيمتهـا ومـا إذا كانـت ناشـئة عـن عمـد أو إهمـال وذلـك بالنسـبة للوقـائع الأتـى بيانهـا : - أولاً: - واقعـة إقتطـاع جـزء مـن أربـاح مؤسـسة المـوانئ الكويتيـة للاسـتثمار فـى صـندوق المـوانئ الاسـتثمارى والإجـراءات التـى تمـت فـى هـذا الشـأن ومـا إذا كـان قـد شـاب تلـك الإجـراءات مخالفـات مـن عدمـه ، ثانيـاً: - المخالفـات التـى ارتكبتهـا شـركة كـى إل للاسـتثمار بالمخالفـة للتـرخيص الصـادر إليهـا مـن وزارة التجـارة والصـناعة بهـذا الخصـوص ، ثالثـاً: - المخالفـات التـى ارتكبتهـا شـركة كـى إل بعـدم التزامهـا بتنفيـذ المـادة الخامسـة مـن العقـد المـؤرخ ٢٠١٠/٧/١٤ والمبـرم بـين المؤسـسة والشـركة بشـأن تـدريب مـوظفى المؤسـسة وكيفيـة ارتكـاب هـذه المخالفـات ، رابعـاً: - المخالفـات التـى شـابت منـح القـروض مـن صـندوق المـوانئ الاسـتثمارى لكـل مـن شـركة كـى إل الدوليـة للمـوانئ والتخـزين والنقـل ، ومدينـة صـباح الأحمـد اللوجسـتية ، والشـركة الموحـدة للنقـل والخـدمات اللوجسـتية ( كفالـة بنكيـة ) وبيـان المسـئول عـن تلـك القـروض وقيمتهـا ومـا إذا كـان قـد تـم سـداد تلـك القـروض أو سـداد أى مبـالغ منهـا مـن عدمـه

، خامساً :- بيان العمولات التى تقاضاها مدير استثمار الصندوق بشركة كى جى إل للاستثمار كايمان وبيان نوع تلك العمولات وطبيعتها وما إذا كان قد شاب صرفها أية مخالفات مالية من عدمه ، سادساً :- فحص الحسابات الختامية لمؤسسة الموانئ الكويتية عن السنوات المالية ٢٠١٠/٢٠١١ ، ٢٠١١/٢٠١٢ ومشروع ميزانيتها للسنة المالية ٢٠١٣/٢٠١٤ لبيان ما تضمنته عن مساهمة المؤسسة فى صندوق الموانئ الاستثمارى وبيان الإجراءات المتخذة فى هذا الشأن وما إذا كان قد شاب إعداد تلك الحسابات الختامية أى مخالفات من عدمه مع بيان كيفية إرتكابها وطبيعتها ، سابعاً :- بيان ما إذا كانت المخالفات التى يسفر عنها فحص جميع الوقائع سالفة الذكر قد ارتبطت بإرتكاب جرائم تزوير فى المحررات من عدمه مع بيان أوجه التزوير وكيفية ارتكابه والمسئول عنه على أن يقدم تقريره النهائى بنتيجة تنفيذه لهذه المامورية .

ويتاريخ ٢٠١٥/٣/١ تم تحليف /حمد أحمد حمد العليان – مدير إدارة المرافق الاقتصادية والخدمية بديوان المحاسبة اليمين القانونية أمام النيابة العامة لأداء المأمورية سالفة البيان المكلف بها من النيابة العامة.

ويسؤال / حسين على إبراهيم الحافظ – مدير إدارة الشئون المالية بمؤسسة الموانئ الكويتية – بتحقيقات النيابة العامة– شهد بأن مؤسسة الموانئ الكويتية ساهمت فى صندوق الموانئ الاستثمارى بمبلغ ٨٥ مليون دولار أمريكى وذلك على دفعتين الدفعة الأولى كانت بموجب العقد المؤرخ ٢٠١٠/٧/١٤ المحرر بين المتهم الثالث / محمد عبدالمحسن العصفور وبين شركة كى جى إل للاستثمار ويمثلها / يعقوب عبدالله الوزان بمبلغ ٥٠ مليون دولار أمريكى ، والدفعة الثانية بموجب ملحق العقد المؤرخ ٢٠١٣/٤/٩ بمبلغ ٣٥ مليون دولار أمريكى ومدة هذا الصندوق كانت محددة بخمس سنوات من تاريخ الانشاء فى عام ٢٠٠٧ وتم تمديد مدته لمدة عامين وانتهى عمر

٤٠

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٢ جنايات المباحث والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٣،٢٠١٤/١٧١٩ جلسة ١١/ ١١/ ٢٠١٩ جنايات /٣

الصـندوق فـى ٢٠١٤/١٢/٣١ وعقـب انتهـاء مـدة الصـندوق لـم تـوافى شـركة كـى جـى إل للاسـتثمار مؤسسـة المـوانئ الكويتيـة بالحسـاب الختـامى للشـركة عـن السـنة المنتهيـة فـى ٢٠١٤/١٢/٣١ كمـا لـم تقـم الشـركة سـالفة الـذكر مـديرة الصـندوق بإشـعار المؤسسـة بقيمـة الأربـاح التراكميـة المحققـة إلـى جانـب رأس المـال بعـد انتهـاء عمـر الصـندوق ممـا حـدا بمؤسسـة المـوانئ لمخاطبـة شـركة كـى جـى إل للاسـتثمار بعـدة كتـب لإسـتكمال البيانـات وهـى الحسـاب الختـامى للصـندوق عـن السـنة الأخيـرة المنتهيـة فـى ٢٠١٤/١٢/٣١ وبيـان الأربـاح التراكميـة المحققـة لصـالح المؤسسـة عـن اسـتثمارت الصـندوق إضافـة إلـى رأس المـال الـذى سـاهمت بـه المؤسسـة وقـدره ٨٥ مليـون دولار أمريكـى طالبـة سـداد مسـتحقات المؤسسـة كاملـة ، وقـد ورد كتـاب شـركة كـى جـى إل للإسـتثمار بـأن البيانـات الماليـة المدققـة لصـندوق المـوانئ للسـنة الماليـة المنتهيـة فـى ٢٠١٤/١٢/٣١ سـتكون متاحـة بعـد تخـارج الصـندوق وحسـب نظـام نشـرة الاكتتـاب ولـم يحـدد تـاريخ أو مـدة معينـة لسـداد الأربـاح ورأس المـال المسـاهم بـه ، وأنـه لـم يـتم التخـارج مـن صـندوق المـوانئ وأن العقـد وملحـق العقـد لـم يحـدد تـاريخ للتخـارج مـن الصـندوق ، إلا أنـه بتـاريخ أخـر فـى ينـاير عـام ٢٠١٤ ورد حسـاب ختـامى للمؤسسـة مـن شـركة كـى جـى إل للاسـتثمار عـن السـنة الماليـة المنتهيـة ٢٠١٣ بأنـه تـم تحديـد إجمـالى أربـاح المؤسسـة مـع رأس المـال بمبلـغ ٥٨٢و٦٢٦و١٥٤ دولار أمريكـى ، وأن مؤسسـة المـوانئ الكويتيـة لـم تحصـل علـى أيـة أربـاح خـلال لسـنوات السـابقة وحتـى بعـد انتهـاء مـدة الصـندوق فـى ٢٠١٤/١٢/٣١ ، وأضـاف بأنـه لتحديـد مـا إذا كـان هنـاك ضـرراً لحـق بـأموال المؤسسـة محـل المسـاهمة فـى صـندوق المـوانئ مـن عدمـه مـرتبط بمعرفـة نتـاج الحسـاب الختـامى بعـد انتهـاء الصـندوق ومـا تضـمنته مـن أربـاح أو خسـائر علـى رأس المـال المسـتثمر إلا أنـه لـم يـتم إخطـار المؤسسـة بنتـائج الحسـاب الختـامى ، وقـدم صـورة ضـوئية مـن الحسـاب الختـامى لصـندوق المـوانئ للسـنة الماليـة المنتهيـة ٢٠١٣ .

وحيـــث ورد تقريــــر ديـــوان المحاسبـــة بشـــأن التجـــاوزات والمخالفـــات الماليـــة
التـــى أسفـــر عنهـــا الفحـــص الـــدفترى لصنـــدوق المـــوانئ الاستثمـــارى تنفيـــذاً
لقرار النيابة العامة .

ويســـؤال/ حمـــد أحمـــد حمـــد العليـــان – مـــدير إدارة المرافـــق الاقتصاديـــة
والخدميـــة بديـــوان المحاسبـــة -بتحقيقـــات النيابـــة العامـــة – شـــهد إنـــه بنـــاء
علـــى التكليـــف الصـــادر إليـــه مـــن النيابـــة العامـــة بإعـــداد تقريـــر حـــول الواقعـــة
موضـــوع الـــبلاغ أعـــد التقريـــر المرفـــق بالتحقيقـــات ثـــم ألحقـــه بتقريـــره المعـــدل
فـــى ٢٠١٥/١١/١٠ ، وإنـــه استقـــى معلومـــات التقريـــر مـــن واقـــع مطالعتـــه
لتقاريـــر ديـــوان المحاسبـــة الصـــادرة فـــى هـــذا الشـــأن ، وكـــذا التكاليـــف الصـــادرة
لـــديوان المحاسبـــة مـــن مجلـــس الأمـــة حـــول واقعـــة فحـــص واقعـــة مساهمـــة مؤسســـة
المـــوانئ الكويتيـــة فـــى صنـــدوق المـــوانئ الاستثمـــارى ، وكـــذا مـــا زودتـــه بـــه
النيابـــة العامـــة مـــن مستنـــدات وكشـــوف بنكيـــة ، ومـــا زودتـــه بـــه مؤسســـة
المـــوانئ الكويتيـــة مـــن مستنـــدات فتبيـــن لـــه أنـــه وفـــى الفتـــرة مـــن عـــام ٢٠٠٧
أسســـت شـــركة كـــى جـــى إل للاستثمـــار ( شـــركة مساهمة كويتيـــة مقفلـــة )
صنـــدوق المـــوانئ الاستثمـــارى فـــى جـــزر الكايمـــن ، وتقدمت بعـــد ذلـــك إلـــى
الجهـــات المعنيـــة بدولـــة الكويـــت ( وزارة التجـــارة والصنـــاعة ، وبنـــك الكويـــت
المركـــزى) بطلـــب الموافقـــة علـــى تسويـــق وحداتـــه بـــداخل الكويـــت وجـــاء فـــى
نشـــرة الاكتتـــاب التـــى اعتمـــدتها الشـــركة المسوقـــة أن الصنـــدوق يهـــدف إلـــى
تحقيـــق عائـــد سنـــوى بنسبـــة ٣٠% علـــى إجمـــالى استثمـــارات الصنـــدوق عبـــر
منـــح فرصـــة للمستثمريـــن فـــى الاكتتـــاب بأســـهمه للعمـــل علـــى تطويـــر المـــوانئ
العالميـــة والاستثمـــارات المتصلـــة بهـــذا المرفـــق فصـــدرت موافقـــة البنـــك
المركـــزى بتـــاريخ ٢٠١٧/٤/٢٤ وتبعهـــا القـــرار الـــوزارى رقـــم ٢٠٠٧/٣٤٧
بالسمـــاح للشـــركة بتسويـــق خـــاص لوحـــدات الصنـــدوق فـــى الكويـــت بنـــاء علـــى
تـــرخيص وزارة التجـــارة والصنـــاعة رقـــم ٢٠٠٧/٢٤ الصـــادر بتـــاريخ
٢٠٠٧/٥/١٢ بـــرأس مـــال مصـــرح فيـــه ٥٠٠ مليـــون دولار أمريكـــى ،
وبنـــاء علـــى ذلـــك أوكلـــت شـــركة كـــى جـــى إل للاستثمـــار إحـــدى الشـــركات التـــى
تمتلكهـــا بالكامـــل وهـــى شـــركة كـــى جـــى إل للاستثمـــار كايمـــن لتكـــون مـــديرة

٤٢

الاستثمار للصندوق مع تسويق وحداته فى الكويت ، وسوقت المتهمة الأولى لازاريفا ماريا بصفتها الممثل القانونى لشركة كى جى إل للاستثمار ومدير الاستثمار فى شركة كى إل للاستثمار والمخول بالتوقيع عن جميع حسابات صندوق الموانئ الاستثمارى لوحدات الصندوق بمساعدة عضو مجلس إدارة كى جى ال للاستثمار/المتهم الثانى / سعيد إسماعيل دشتي أحد كبار الملاك فيها " عبر ملكيته الشخصية وتمثيله قانوناً لعدد ٧٧٦من المساهمين فى شركة كى إل للاستثمار وكذا ملكيته فى شركة المرابطون الدولية أحد الملاك فى شركة كى جى إل للاستثمار ، وذلك بعرضه أمر هذا الصندوق على مجلس الوزراء ، فصدر كتاب أمين عام مجلس الوزراء المؤرخ ٢٠١٠/٦/٢٩حول العرض المقدم من شركة كى جى إل للإستثمار إلى مؤسسة الموانئ الكويتية للمساهمة فى صندوق الموانئ الاستثمارى ، وقد ساهمت المؤسسة العامة للتأمينات الاجتماعية الكويتية فى رأس مال صندوق الموانئ الاستثمارى سالف الذكر منذ إنشائه فى عام ٢٠٠٧ بمبلغ أربعين مليون دولار أمريكى بالإضافة إلى تحمل المؤسسة المذكورة مبلغ أربعمائة ألف دولار أمريكى رسوم إدارية لازمة للاكتتاب ، وقد ساهمت مؤسسة الموانئ الكويتية بتاريخ ٢٠١٠/٧/١٤ فى رأس مال صندوق الموانئ الاستثمارى سالف الذكر بمبلغ ٥٠ مليون دولار أمريكى " خمسون مليون دولار أمريكى" وذلك بموجب العقد المؤرخ فى ٢٠١٠/٧/١٤ والمحرر بين مؤسسة الموانئ الكويتية ويمثلها نائب رئيس مجلس إدارة المؤسسة المتهم الثالث / محمد عبدالمحسن عبداللطيف العصفور وبين شركة كى جى إل للاستثمار ويمثلها / يعقوب عبدالله الوزان رئيس مجلس إدراتها ، ، ثم تم زيادة زيادة رأس مال مؤسسة الموانئ بهذا الصندوق بمبلغ ٣٥ مليون دولار أمريكى بعد صدور قرار مجلس الوزراء رقم ٢٦٥فى الاجتماع رقم ٢٠١٣/٩ بتاريخ ٢٠١٣/٢/١٨ ، وتم إبرام ملحق العقد بزيادة حصة مؤسسة الموانئ الكويتية بمبلغ ٣٥ مليون دولار أمريكى

٤٣

فــى تــاريخ ٢٠١٣/٤/٩ والقــائـم بــإبرام ملحـق العقـد وزيـر المواصـلات السـابق / سـالـم الأذينـة ، ومـن ثـم فقـد جـاء نصـيب مؤسسـة المـوانئ الكويتيـة بقيمـة ٨٥مليـون دولار أمريكـى، ونصـيب المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة بمبلـغ ٤٠٠٠٠٠٠دولار أمريكـى بإجمـالى مبلـغ ١٢٥٤٠٠٠٠٠دولار أمريكـى مـن قيمـة رأس المـال المـدفوع فعـلاً بقيمـة (١٦٦٠٠٩٧٥٦دولار أمريكـى ) شكلت مسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى رأس مـال الصـندوق منـذ إنشـائه فـى عـام ٢٠٠٧ نسـبة ٥٦% زيـدت عليهـا فـى عـام ٢٠١٠ نسـبة مسـاهمة مؤسسـة المـوانئ الكويتيـة ليصـل حجـم الأمـوال العامـة فـى الصـندوق ٧٤%، أودعـت مبالـغ المسـاهمين فـى حسـاب الصـندوق لـدى بنـك HSBC فـرع الكويـت حسـاب رقـم ٠٠١٠٠٤٠٠١١٦٠ ولـدى البنـك الأهلـى الكويتـى حسـاب رقـم ٠٦٠٣٤٩٣٢٨٣٠٠١ ، وقـد أسـفر فحـص أعمـال الصـندوق عـن ارتكـاب المخالفـات الأتيـة :- المخالفـة الأولـى – عـدم التـزام شـركة كـى جـى إل للاسـتثمار منـذ نشـأة الصـندوق وحتـى بعـد انتهـاء عمـر الصـندوق فـى ٢٠١٤/٧/٢٨ بسـداد مسـاهمتها فـى رأس مـال الصـندوق والبالغـة ٢٠ مليـون دولار أمريكـى ، كمـا تـم إدخـال شـركة بترولينـك القابضـة كمسـاهم فـى الصـندوق بمبلـغ ثلاثـة مليـون دولار أمريكـى ،وهـى إحـدى الشـركات التابعـة لشـركة كـى جـى إل للاسـتثمار ولـم تسـدد مسـاهمتها فـى الصـندوق البالغـة ٣مليـون دولار أمريكـى ،ومـن ثـم فلـم تكتمـل حصـص رأس مـال الصـندوق واقعيـاً وفقـاً لمـا وارد فـى البيانـات الماليـة للصـندوق حيـث أثبتـت بالبيانـات الماليـة للصـندوق علـى خـلاف الحقيقـة سـداد هـاتين الشـركتين لحصـتهما فـى رأس مـال الصـندوق ، والمسـئول عـن ذلـك المتهمـة الأولـى / لازاريفـا ماريـا مـدير الاسـتثمار لصـندوق المـوانئ الاسـتثمارى بشـركة كـى جـى إل والتـى تعـد وتعتمـد البيانـات الماليـة للصـندوق والمفوضـة بـالتوقيع عـن كافـة حسـابات الصـندوق فـى البنـوك المحليـة والأجنبيـة بدولـة الكويـت ، والمـتهم الثـانى / سـعيد إسـماعيل دشـتى مـدير الصـندوق فـى شـركة كـى جـى إل للاسـتثمار

٤٤

حيـث أظهـرا البيـان المـالى للصنـدوق علـى غيـر حقيقتـه بإثبـات سـداد تلـك المسـاهمات مضـافاً إليهـا نسبـة مـن الأربـاح حتـى ٢٠١٣/١٢/٣١ وهـى أخـر بيانـات ماليـة معتمـدة للصنـدوق مـع علمهمـا بـذلك بموجـب صـلاحيتهما المفوضـة تجـاه حسـابات الصنـدوق والتـى ثبـت منهـا جميعـاً عـدم سـداد هاتيـن الشركتيـن حصتهمـا فـى رأس مـال الصنـدوق ، ومـا ثبـت مـن كشـوف حسـابات الصنـدوق لـدى البنـوك الكويتيـة والأجنبيـة مـن عـدم وجـود أى بيـان يثبـت سـداد هاتيـن الشركتيـن لحصـتهما فـى رأس مـال الصنـدوق منـذ إنشـائه وحتـى بعـد انتهـاء عمـر الصنـدوق ، المخالفـة الثانيـة :- عـدم إلتـزام مؤسسـة المـوانئ الكويتيـة بتنفيـذ المـادة الخامسـة مـن العقـد المبـرم مـع شـركة كـى جـى إل للاستثمـار بشـأن تـدريب المـوظفين حيـث جـاءت الغايـة مـن مسـاهمة المؤسسـة فـى الصنـدوق لهـدفين رئيسييـن وفقـاً لمـا هـو وارد فـى مراسـلاتها للجهـات المعنيـة بالدولـة وهـى تنميـة مواردهـا الماليـة عـن طريـق الأربـاح التـى سـوف تحصلهـا مـن اكتتابهـا فـى صنـدوق المـوانئ الاستثمـارى ، وتأهيـل مـوظفى المؤسسـة عـن طريـق تـدريبهم فـى المـوانئ العالميـة وبمـا يخـدم مصالحهـا ويطـور أدائهـا بلوغـاً للغايـة المرجـوة فـى أن تكـون الأعمـال التشغيليـة فـى المـوانئ الكويتيـة بمصـاف ومستـوى المعمـول فيـه لـدى المـوانئ العالميـة، إلا أنـه ويعـد انتهـاء المـدة الفعليـة للصنـدوق فـى ٢٠١٢/٨/٢٧ والبالغـة خمـس سنـوات والتمديـد الأول والثـانى فـى ٢٠١٤/٧/٢٨ فلـم تلتـزم إدارة الصنـدوق بتأهيـل وتـدريب أى مـن مـوظفى مؤسسـة المـوانئ الكويتيـة وقـد أكـد كتـاب مؤسسـة المـوانئ الكويتيـة رقـم م م ك / م -ع /١٤٣- ٢٠١٥ المـؤرخ ٢٠١٥/٨/٣١ وهـذه المخالفـة ماليـة وذلـك لإعفـاء صنـدوق المـوانئ مـن تحمـل الأعبـاء الماليـة المقـررة لقـاء تـدريب مـوظفى المؤسسـة وقيـام المؤسسـة بتحمـل مصاريـف تـدريب المـوظفين بشـكل سنـوى حيـث ثبـت مـن الفحـص قيـام المؤسسـة بإرسـال مـوظفين للتـدريب وتحمـل مصـروفات تـدريب موظفيهـا منـذ تـاريخ الاستثمـار وأن المسـئول عـن تلـك المخالفـة صبـاح جـابر العلـى مـدير عـام المؤسسـة ، وعبـدالله بـدر الشـمالى

٤٥

مدير الإدارة المالية بمؤسسة الموانئ الكويتية ، والمتهمة الأولى لازاريفا ماريا مدير الاستثمار فى صندوق الموانئ الاستثمارى ، وأنه لا يمكن تحديد الضرر الذى لحق فى صورة مادية ولكن الضرر تمثل فى فوات فرصة تنمية وتأهيل موظفين مؤسسة الموانئ الكويتية ، المخالفة الثالثة :- حصلت شركة كى جى إل كايمان مدير استثمار الصندوق على مبالغ مالية بدون وجه حق بلغ إجماليها مبلغ ٣٨٩٨٢٦٠ دولار أمريكى " ثلاثة ملايين وثمانمائة وثمانية وتسعون ألف ومئتان وستون دولار أمريكى " مقابل أتعاب الإدارة لحصة مؤسسة الموانئ الكويتية بأثر رجعى وذلك نتيجة تقديم اكتتاب مؤسسة الموانئ الكويتية إلى تاريخ تأسيس الصندوق فى عام ٢٠٠٧ لا من تاريخ مساهمة المؤسسة الفعلية فى يوليو عام ٢٠١٠، وكان من شأن ذلك ترتيب التزامات على المؤسسة تمثلت فى قيمة أتعاب إدارة إدارة مدير الاستثمار ( شركة كى جى إل للاستثمار كايمن ) عن السنوات ٢٠٠٧، ٢٠٠٨ ، ٢٠٠٩ حيث حصل مدير الاستثمار على عمولة أتعاب الإدارة بأثر رجعى مقابل إجمالى مساهمة مؤسسة الموانئ الكويتية التى جاءت على دفعتين حيث حصل على عمولة أتعاب إدارة مقابل اكتتاب مؤسسة الموانئ الكويتية فى ٢٠١٠/٧/١٤ بواقع ٣ مليون دولار أمريكى بإعتبار مشاركتها منذ تاريخ تأسيس الصندوق فى عام ٢٠٠٧ ، وعمولة أتعاب إدارة مقابل زيادة مساهمة مؤسسة الموانئ الكويتية فى ٢٠١٣/٤/٩ باعتبار سدادها للزيادة فى ٢٠١٢/١/١ بواقع ٧٠٦و٠٠٠ دولار أمريكى ، كما يضاف لها مبلغ ٢٦٠و١٩٨ دولار أمريكى عن الربع الأول للسنة المالية ٢٠١٣ ، وأن قيمة الضرر المادى الذى لحق بالمال العام مبلغ ٢٦٠و٨٩٨و٣ دولار أمريكى، بالإضافة إلى تعريض أموال المؤسسة لخطر أخر هو احتساب الأرباح المزموعة بأثر رجعى عن السنوات ٢٠٠٧، ٢٠٠٨ ، ٢٠٠٩ ، ٢٠١٠ والتى تقدر بمبلغ ١٠٦٦٠٣٠٦ دولار أمريكى ، ومرتكب هذه المخالفة الثالث / محمد عبدالمحسن العصفور نائب رئيس مؤسسة

٤٦

المـوانئ الكويتيـة وسنـد مسئوليتـه أنـه القـائم بـإبرام عقـد الاكتتـاب فـى
١٤/٧/٢٠١٠ وموافقتـه علـى تعديـل العقـد بـأثر رجعـى منـذ تأسـيس
الصنـدوق فـى ٢٠٠٧، وعلمـه بالوضـع المـالى للصنـدوق وأنـه لـم يحقـق
أربـاح أو يـوزع أربـاح بالإضافـة إلـى أنـه تربطـه علاقـات تجاريـة بأحـد
الأطـراف المستفيدين وهـو المـتهم الثـانى / سعيد إسـماعيل دشـتي الـذى
يعـد أحـد المؤسسـين فـى شـركة كـى جـى إل للاسـتثمار ويمثلهـا قانونـاً حيـث
ارتبطـا فـى علاقتهمـا ببعـض بشـراكة فـى الشـركة الوطنيـة للتنظيـف
المؤسسـة فـى ١٩٧٩/٣/٢١، والشـركة الوطنيـة للمجـارى ذ م م مؤسسـة
فـى ١٩٨٩/١/٨، وشـركة صبحـان للمقـاولات الزراعيـة المؤسسـة فـى
١٩٨٩/٩/٦، ويثبـت مـن خـلال ذلـك تحصـل المـتهم الثالـث علـى منفعـة
وربـح نتيجـة هـذه الشـراكة وأن مـا يؤكـد العلاقـة التجاريـة بيـن محمـد
عبدالمحسـن العصفـور والمـتهم الثـانى سـعيد دشـتى الصـورة الضـوئية لعقـد
تأسـيس شـركة كـى جـى إل للاسـتثمار والمتضمـن أن المـتهم الثالـث لـه
ثلاثيـن ألـف أسـهم، بالإضافـة إلـى تـأثير هـذه الشـراكة علـى القـرار
الاسـتثمارى فـى مؤسسـة المـوانئ إذ كـان المـتهم الثالـث يـرأس الاجتمـاع
الـذى تمـت فيـه مناقشـة اسـتثمار واكتتـاب مؤسسـة المـوانئ فـى صنـدوق
المـوانئ فضـلاً عـن أنـه وقـع عقـد الاكتتـاب فـى عـام ٢٠١٠ ممثـلاً عـن
مؤسسـة المـوانئ ومـن ثـم تعمـد الدخـول فـى هـذه الصفقـة حتـى يحصـل
علـى ربـح لنفسـه باعتبـاره شـريكاً للمـتهم الثـانى / سـعيد دشـتي، وكـذلك
ممثلـى الإدارة التنفيذيـة للمؤسسـة وهـم صبـاح جابـر العلـى مـدير عـام
المؤسسـة، وعبدالله بـدر الشـمالى مـدير الإدارة الماليـة حـال كونهمـا مـن
أعـدا وأشـرفا وتابعـا هـذا العقـد وتحويـل المبالـغ الماليـة لحسـاب الصنـدوق،
والمتهمـة الأولـى / لازاريفـا ماريـا كونهـا الممثـل القـانونى لشـركة كـى جـى
إل للاسـتثمار كايمـان ومـن اسـتفاد مـن اسـتقطاع مبلـغ عمولـة الإدارة،
وأضـاف بـأن هـذه الأربـاح المزعومـة لـم تـوزع وإنهـا احتيـال قامـت بـه شـركة
كـى جـى إل للاسـتثمار بالتواطـؤ مـع موظفـى مؤسسـة المـوانئ الكويتيـة
سـالفى الـذكر لتحقيـق منفعـة متبادلـة علـى حسـاب المـال العـام وسـند ذلـك

٤٧

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة  المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمتضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة  ١١/ ١١/ ٢٠١٩ جنايات ٣/

أن مـدير عـام المؤسسـة /صـباح جـابر العلـى تعمـد الـدخول فـى هـذا الاستثمار ووافق علـى استثمار أمـوال المؤسسـة بـأثر رجعـى وهـو يعلـم أن فـى هـذا الأمـر تعريـض أمـوال المؤسسـة للخسـارة نتيجـة احتسـاب أتعـاب الإدارة والأربـاح غيـر المحققـة خاصـة أنـه فـى تلـك الفتـرة مـن عـام ٢٠٠٧ حتـى عـام ٢٠١٠ لـم تكـن هنـاك أيـة أربـاح أو توزيعـات نقديـة قـام بهـا الصندوق وهـو مطلـع علـى الوضـع المالـى للصندوق ورغـم ذلـك أقـدم علـى الـدخول فـى هـذا الاسـتثمار حتـى يحقـق منفعـة ماليـة وربـح لشـركة كـى جـى إل للإسـتثمار ، وعبـدالله بـدر الشـمالى مـدير الإدارة الماليـة بالمؤسسـة فإنـه أيضـاً علـى علـم وإطـلاع بالوضـع المالـى للصندوق ويأنـه لـم يحقـق أو يـوزع أربـاح كمـا كـان عضـواً فـى المجلـس الاستشارى للصندوق ممـثلاً عـن المؤسسـة وكـان يعتمـد البيانـات الماليـة للمؤسسـة التـى يـرد فيهـا أن الأربـاح غيـر محققـة كمـا هـى فـى الصندوق ، والمتهمـة الأولـى / ماريـا لازاريفـا مـدير الاستثمار بصـفتها فإنهـا علـى علـم بجميـع مـا تقـدم فهـى مـن قامـت بإعـداد البيانـات الماليـة للصندوق علـى خـلاف الحقيقـة واعتمادهـا إذ كانـت تقـوم بإعـادة تقيـيم أصـول الصندوق فـى كـل سـنة ماليـة حتـى تضـخم مـن قيمـة الأصـول وتـتمكن مـن زيـادة قيمـة العمـولات التـى تحصـل عليهـا نتيجـة الإدارة وكـان ذلـك التضـخيم كبيـر جـداً بـأن تمكنـت أن تحصـل لنفسـها علـى أتعـاب نجـاح وكـل ذلـك علـى علـم وإطـلاع مـن مـوظفى المؤسسـة سـالفى الـذكر ، والمتهـم الثـانى / سـعيد دشـتى فهـو أيضـاً علـى علـم بكـل مـا تقـدم ولـه مصـلحة مباشـرة مـن دخـول المؤسسـة فـى صـندوق المـوانئ الاسـتثمارى وأنـه أحـد مؤسسـى شـركة كـى جـى إل للإسـتثمار مـدير الصندوق وتحصـل علـى ربـح نتيجـة هـذا الأمـر حيـث تحصـل علـى أمـوال باسـمه شخصـياً مـن حسـاب الصـندوق وكـذلك لشـركاته ، المخالفـة الرابعـة :- تسـهيل مـدير اسـتثمار الصـندوق الاسـتيلاء علـى  أمـوال صـندوق المـوانئ الاسـتثمارى لصـالح شـركة شـركة كـى جـى إل وشـركاتها التابعـة والزميلـة حيـث قـام مـدير الاسـتثمار فـى صـندوق المـوانئ الإسـتثمار ممـثلاً فـى المتهمـة الأولـى / لازاريفـا ماريـا مـن خـلال

٤٨

الصـــلاحيات والتفويضـــات المنفـــردة والمتعلقـــة بأعمـــال الســـحب والتحويـــل مـــن حســـابات الصـــندوق لـــدى البنـــوك بتســـهيل الاســـتيلاء علـــى أمـــوال صـــندوق المـــوانئ الاســـتثمارى لصـــالح شـــركة كـــى جـــى إل للاســـتثمار وشـــركاتها التابعـــة والزميلـــة لهـــا بالإضـــافة إلـــى صـــرف مبـــالغ ماليـــة أخـــرى لصـــالحها شخصـــياً ولأخـــرين بـــأن قامـــت بـــالآتى :- أ- تحويـــل مبـــالغ ماليـــة كبيـــرة بطريـــق غيـــر مباشـــر مـــن صـــندوق المـــوانئ الاســـتثمارى لصـــالح شـــركة مجموعـــة المرابطـــون الدوليـــة المملوكـــة للمـــتهم الثـــانى / ســـعيد إســـماعيل علـــى دشـــتى  ، وفـــؤاد إســـماعيل علـــى دشـــتى حيـــث قامـــت المتهمـــة الأولـــى بعـــد قيـــام مؤسســـة المـــوانئ الكويتيـــة بســـداد حصـــتها ٥٠ مليـــون دولار أمريكـــى فـــى حســـاب صـــندوق المـــوانئ الاســـتثمارى لـــدى بنـــك HSBC بتـــاريخ ٢٠١٠/٧/١٥ بتحويـــل مبلـــغ ٥٣و٤٣٧و٠،٦٧و٨ دولار أمريكـــى مـــن أمـــوال صـــندوق المـــوانئ خـــلال الفتـــرة مـــن ٢٠١٠/٧/٢٥ حتـــى ٢٠١٠/٨/١١ إلـــى حســـاب شـــركة كـــى جـــى إل للاســـتثمار رقـــم ٠٦٠٣٧٢٣٥٤٩٢٠١ لـــدى البنـــك الأهلـــى الكويتـــى دون وجـــود مـــا يبـــرر ذلـــك التصـــرف ويمـــا لا يتفـــق مـــع أغـــراض الصـــندوق بهـــذا الشـــأن ليـــتم بعـــد ذلـــك اســـتغلال تلـــك المبـــالغ فـــى تحويـــل أجـــزاء منهـــا إلـــى كـــل مـــن ١- تحويـــل مبلـــغ ٧١٩١٠٠ دينـــار كـــويتى إلـــى حســـاب شـــركة المرابطـــون الدوليـــة للتجـــارة العامـــة والمقـــاولات ببنـــك برقـــان رقـــم ٣١٦٠٠٠١٣١٩ والمملوكـــة للمـــتهم الثـــانى / ســـعيد إســـماعيل علـــى دشـــتى ، وفـــؤاد إســـماعيل علـــى دشـــتى وفقـــاً لمـــا هـــو مبـــين فـــى عقـــد تعـــديل مـــلاك الشـــركة وجـــاءت عمليـــة تحويـــل هـــذا المبلـــغ لشـــركة المرابطـــون الدوليـــة للتجـــارة العامـــة والمقـــاولات علـــى دفعتـــين الأولـــى بمبلـــغ ١٠٠ و٣٠٩ دينـــار كـــويتى بتـــاريخ ٢٠١٠/٨/٢٦ ورقـــم تلكـــــــس التحويـــــــل BR٠٧٠٠٢٠١٠٠٢٠٠٦٦،والثانيـــة بمبلـــغ ١٠٠٠٠ ٤دينـــار كـــويتى بتـــاريخ ٢٠١٠/٨/٢٦ورقـــم تلكـــــــس التحويـــــــل BR٠٧٠٠٢٠١٠٠٢، ٢- تحويـــل مبلـــغ ثلاثمائـــة وخمســـين ألـــف دينـــار كـــويتى إلـــى المـــتهم الثـــانى / ســـعيد إســـماعيل علـــى دشـــتى بحســـابه

٤٩

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحثة والمتضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١/ ٢٠١٩ جنايات ٣/

رقـــم      ٢٠٦٠١٢١٧٣١ بـبـنـك بـــر قـان بتـاريـخ ٢٠١٠/١٠/٤ ورقـم
تلكـس التحويـل BR٠٠٢٠١٠٠٢ ٧٠٠٣ ، ولـم يـتـم إرجـاع هـذه
المبـالـغ للصـندوق ليبلـغ حجـم الضـرر الـذى أصـاب المـال العـام مبلـغ
١٠٠و٠٦٩و١ دينـار كـويتى يضاف لهـا حجـم الأربـاح المقـررة وفقـاً لنشـرة
الاكتتـاب فـى صنـدوق المـوانئ البالغـة ٣٠% سنويـاً ، وكـذا قيـام المتهمـة
الأولـى بصـفتها كمفـوض وحيـد علـى جميـع حسابـات صـندوق المـوانئ
الاسـتثمارى بتحويـل مبلـغ إجمـالى ١٢١٠٠٠دينـار كـويتى إلـى المـتهم
الثـانى / سـعيد إسـماعيل دشـتى عبـر تحويـل مـالى بتـاريـخ ٢٠١٠/٨/٢٦
بمبلـغ ٢٧٠٠٠دينـار كـويتى مـن حسـاب صنـدوق المـوانئ الاسـتثمارى رقـم
٠٠١٠٠٤٠٠١١٦٠ لـدى بنـكHSBC، وإصـدار شـيـكات ( رقـم
٢١٤٤٥٣بمبلـغ ٩٠٠٠دينـار كـويتى ، ورقـم ٢١٤٤٥٨ بمبلـغ
١٠٠٠٠دينـار كـويتى ، ورقـم ٢١٤٤٦٤ بمبلـغ ٧٠٠٠دينـار كـويتى ،
ورقـم ٢١٤٤٦٨بمبلـغ ١٨٠٠٠دينـاغر كـويتى ) مسـحوبة مـن حسـاب
صـندوق المـوانئ الاسـتثمارى رقـم ٠٠١٠٠٤٠٠١١١٦٠ لـدى بنـك
HSBC، وكـذلك إصـدارها الشـيكات رقـم ٣ بمبلـغ ١٨٠٠٠دينـار كـويتى ،
ورقـم ٥ بمبلـغ ٧٠٠٠دينـار كـويتى ، ورقـم ١٨ بمبلـغ ١٨٠٠٠دينـار
كـويتى ، ورقـم ٢٠ بمبلـغ ٧٠٠٠دينـار كـويتى ) فـى غيـر أغـراض
الصـندوق أو إدارة أموالـه ، ويقصـد تسـهيل الاسـتيلاء عليهـا ، وأن جميـع
هـذه التحويـلات لا تعـد مـن قبيـل الاسـتثمار   ، المخالفـة الخامسـة :-
اسـتغل مـدير الاسـتثمار فـى صنـدوق المـوانئ الاسـتثمارى المتهمـة الأوﻟـى
الصـلاحيات المفوضـة والمنفـردة لـه بالسـحب والتحويـل مـن حسابـات
صـندوق المـوانئ الاسـتثمارى فـى أعمـال الاسـتيلاء علـى أمـوال الصـندوق
لصـالح شـركة كـى جـى إل للاسـتثمار وشـركاتها التابعـة والزميلـة لهـا حيـث
بلـغ إجمـالى المبـالغ المسـتولى عليهـا منـذ تـاريخ تأسـيس الصـندوق وحتـى
٢٠١٥/٧/٣ مبلـغ ٨٦٤و٦٥٢و٤٥ دولار أمريكـى ويمكـن بيـان المبـالـغ
المسـحوبة مـن حسابـات الصـندوق لـدى بنـك HSBC والبنـك الأهﻟـى
الكـويتى والمحولـة لصـالح شـركة كـى جـى إل للاسـتثمار وشـركاتها التابعـة

٥٠

والزميلـــة لهـــا وفقـــاً للأتـــى مبلـــغ ٠٠٠و٣٩و١ دينـــار كـــويتى ومبلـــغ ٤١٢و٥١٩و٣٤ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل للاستثمار ، و مبلـــغ ٢٠٠٠٠دينـــار كـــويتى لصـــالح شـــركة رابطـــة الكويـــت والخلـــيج للنقـــل ، ومبلـــغ ٠٠٠و٦٠٠و٢٠ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل للمـــوانئ والتخـــزين والنقـــل ، ومبلـــغ ٧٦٣و٧١١و١٧ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل أن أم القابضـــة ، ومبلـــغ ١٠٠٠٠٠٠ دولار أمريكـــى لصـــالح شـــركة بترولنـــك القابضـــة ، ومبلـــغ ٠٠٠و٧٠٠و٦ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل أســـيا ROHO ، ومبلـــغ ٦٨و٣٥٨و١٤٣ دولار أمريكـــى لصـــالح شـــركة كابيتـــال لينـــك ، ومبلـــغ ٠٠٠و٠٩٠و٧ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل البتروليـــة ، ومبلـــغ ٢٠٠٠٠٠ دولار أمريكـــى لصـــالح شـــركة كـــلارك جيـــت واى انفســـتمنت قـــروب ، ليصـــبح إجمـــالى المبـــالغ المســـحوبة والمحولـــة لهـــذه الشـــركات مبلـــغ ١٠٥٩٠٠٠دينـــار كـــويتى ، ومبلـــغ ٦٨و٥٣٣و٧٦٤و٨٩دولار أمريكـــى ، وتـــم اســـترجاع مبلـــغ ٦٦و٢٠٢و١٤٨و٢٠ دولار أمريكـــى مـــن أصـــل القـــرض الممنـــوح لشـــركة كـــى جـــى إل الدوليـــة للمـــوانئ والتخـــزين والنقـــل ، كمـــا تـــم إرجـــاع مبلـــغ ٠٠٠و٥٠٠و٦ دولار أمريكـــى لحســـاب الصـــندوق لـــدى البنـــك الأهلـــى المتحـــد فيكـــون حجـــم المبـــالغ المســـتولى عليهـــا ٥٦،٠و٧٦٨و٦٦ دولار أمريكـــى ، وقـــد اســـتمرت المتهمـــة الأولـــى فـــى تســـهيل الاســـتيلاء علـــى أمـــوال الصـــندوق لصـــالح شـــركة كـــى جـــى إل للاستثمار وشـــركاتها التابعـــة والزميلـــة حتـــى بعـــد انتهـــاء المـــدة القانونيـــة للصـــندوق فـــى ٢٠١٤/٧/٢٨ حيـــث قامـــت بتـــاريخ ٢٠١٤/٨/١٨ بتحويـــل مبلـــغ ٥٠٠٠٠٠دولار أمريكـــى لشـــركة CO PETROLEUM KGL ، ويتـــاريخ ٢٠١٤/٨/٢١ بتحويـــل مبلـــغ ١٠٠٠٠٠٠ دولار أمريكـــى لشـــركة CO PETROLEUM KGL ، ويتـــاريخ ٢٠١٤/٩/٢ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة GATEWAY CLARK INVESTMENT GROUP، ويتـــاريخ ٢٠١٤/٩/٢ بتحويـــل ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة GATEWAY CLARK

٥١

الحكم رقم ٢٠١٢/١٤٩٦ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٩ جنايات ٣/

LP    GROUP    INVESTMENT، وبتاريخ ١/١٠/٢٠١٤ بتحويـل مبلـغ ١٠٠٠٠٠ دولار أمريكى لشركة CO، PETROLEUM    KGL وبتــاريخ ١/١٠/٢٠١٤ بتحويـل مبلـغ ١٠٠٠٠٠ دولار أمريكـى لشركـة CO    PETROLEUM    KGL، وبتــاريخ ١/١٠/٢٠١٤ بتحويـل مبلـغ ٥٧٠و٥٠٧ دولار أمريكـى لشركـة KGL    INVESTMENT    CO، وبتــاريخ ٢٦/١١/٢٠١٤ بتحويـل مبلـغ ٨٠٨و٥١٧و١٠ دولار أمريكـى لشـركة CO    HOLDING    LINK    CAPITAL، وبتاريخ ٨/١٢/٢٠١٤ بتحويـل مبلـغ ٥٠٠٠٠٠ دولار أمريكى لشركـة KGL    CO    PETROLEUM، وبتاريخ ٩/٢/٢٠١٥ بتحويـل مبلـغ ٥٠٠٠٠٠ دولار أمريكـى، وبتــاريخ ٤/٣/٢٠١٥ بتحويـل مبلـغ ٤٠٠٠٠٠ دولار أمريكـى ليبلـغ حجـم المبـالغ المسـحوبة والمحولـة مـن حسـاب الصـندوق لـدى البنـك الأهلـى الكويتى بعـد تـاريخ ٢٨/٧/٢٠١٤ ولغايـة ٤/٣/٢٠١٥ مبلـغ ٨و٦٨٠٦٠٨٧ دولار أمريكـى وفقـاً لمـا هـو ثابـت مـن كشـوف حسـابات البنـك، وأن مبلـغ ٨و٦٨٠٦٠٨٧ دولار أمريكـى يـدخل ضـمن مبلـغ ٦٨و٥٣٣و٧٦٤و٨٩ دولار أمريكـى المحولـة لصالح شـركات كـى جـى إل للاسـتثمار، ورابطـة الكويـت والخليج للنقـل، كـى جـى إل للمـوانئ والتخـزين والنقـل، و كـى جـى إل أن أم القابضـة، وبترولنـك القابضـة، وكـى جـى إل أسـيا ROHO، وكابيتـال لينـك، و كـى جـى إل البتروليـة، وكـلارك جيـت واى انفسـتمنت قـروب، وأن جميـع هـذه التحـويلات لا تعـد مـن قبـل الاسـتثمارات لأنهـا لا تتصـل بـأى عمـل اسـتثمارى حيـث خلـت مسـتندات صـندوق المـوانئ وبياناتـه الماليـة مـن هـذا الأمـر بالإضافة إلـى أن المسـتفيدين مـن تلـك التحـويلات هـى كيانـات تابعـة وزميلـة لشـركة كـى جـى إل للاسـتثمار وأشـخاص ذو صـلة بهـا كالمتهم الثـانى، المخالفـة السادسـة :- قـام مـدير الاسـتثمار فـى صـندوق المـوانئ الاسـتثمارى ممثـلاً فـى المتهمـة الأولـى / لازاريفـا.ماريـا مـن خـلال الصـلاحيات والتفويضـات المنفـردة التـى تملكهـا والمتعلقـة بأعمـال السـحب والتحويـل مـن حسـابات الصـندوق لـدى البنـوك بتسـهيل الاسـتيلاء علـى

٥٢

أمـوال صـندوق المـوانئ الاسـتثمارى لنفسـها بـأن قامـت بصـرف مبـالغ ماليـة لصـالحها شخصـياً بـدون وجـه حـق كونهـا مـدير الصـندوق والمفوضـة بـالتوقيع علـى جميـع حسـابات الصـندوق وهـى مبلـغ ٢٩٤٤٢ دينـار كـويتى ، ومبلـغ ٦٠٦٠ دولار أمريكـى بـأن تلقـت تحويـل مـن حسـاب صـندوق المـوانئ الاسـتثمارى لـدى بنـك HSBC رقـم ١٠٠١٠٠٤٠٠١٠٠١ بالـدينار الكـويتى فـى ٢٠١٠/١٢/١٣ بمبلـغ ٤٤٢ دينـار كـويتى علـى حسـابها رقـم ٢٢١٠٢٠٠٢٥٢٣٢ ببيـت التمويـل الكـويتى ، كمـا تلقـت مـن حسـاب الصـندوق لـدى بنـك HSBC رقـم ١١٦٠ ١٠٠١٠٠٤٠٠ بالـدولار الأمريكـى فـى ٢٠١٠/٨/٢٦ مبلـغ ٢٧ ألـف دينـار كـويتى فـى حسـابها رقـم ٢٠٦٠٢٥١٣١٦ ببنـك برقـان ، وفـى ٢٠١١/١٠/٣١ مبلـغ ٦٠٦٠ دولار أمريكـى فـى حسـابها رقـم ٢٢١٠٠٢٠٠٢٥٢٣٢ ببيـت التمويـل الكـويتى ، كمـا أصـدرت لنفسـها شـيكات مـن حسـاب الصـندوق لـدى بنـك HSBC بالـدينار الكـويتى سـالف البيـان وهـذه الشـيكات الشـيك رقـم ٢١٤٤٥٤ بتـاريخ ٢٠١١/١٠/٢٥ بمبلـغ خمسـة آلاف دينـار كـويتى ، والشـيك رقـم ٢١٤٤٥٩ فـى ٢٠١١/١١/١ بمبلـغ عشـرة آلاف دينـار كـويتى ، والشـيك رقـم ٢١٤٤٦٥ فـى ٢٠١٢/٤/٩ بمبلـغ خمسـة آلاف دينـار كـويتى ، والشـيك رقـم ٢١٤٤٦٩ فـى ٢٠١٢/٤/١١ بمبلـغ ثمـانى عشـر ألـف دينـار كـويتى ، كمـا أصـدرت لنفسـها شـيكات مـن حسـاب الصـندوق رقـم ٤٩٣٢٨٣٠٠٢ بالـدينار الكـويتى لـدى البنـك الأهلـى الكـويتى الشـيك رقـم ٦ بتـاريخ ٢٠١٣/٦/٢٤ بمبلـغ خمسـة آلاف دينـار كـويتى ، والشـيك رقـم ٩ بتـاريخ ٢٠١٣/٦/٢٦ بمبلـغ ثمانيـة عشـر ألـف دينـار كـويتى ، والشـيك رقـم ١٩ فـى ٢٠١٤/٢/١٣ بمبلـغ ١٨ ألـف دينـار كـويتى ، والشـيك رقـم ٢٢ فـى ٢٠١٤/٢/٢٣ بمبلـغ خمسـة آلاف دينـار كـويتى ، والشـيك رقـم ٣٥ فـى ٢٠١٤/١٢/١٥ بمبلـغ ١٨ ألـف دينـار كـويتى ، المخالفـة السـابعة :-

قيـام مـدير الاسـتثمار ( شـركة كـى جـى إل للاسـتثمار – كايمـان ) لصـندوق المـوانئ الاسـتثمارى بتقديمـه قـروض لأطـراف ذات صـلة

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة  المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣،١٧١٩/٢٠١٤ جلسة ١١/ ١١ /٢٠١٩ جنايات ٣/

بالمخالفــــة للأغـــراض الرئيسيـــة للصنـدوق حيـــث أن الصنـدوق لـــيس مـــن
ضمـــن اغراضـــه مـــنح قـــروض حيـــث انتهـج مـدير الاستثمار لصنـدوق
المـوانـئ الاستثمـارى مسلكـاً يخـالف الأغـــراض الرئيسيـــة للصنـدوق عنـدما
قـام بتقـديم قـروض لأطـراف ذات صلـة بالصنـدوق وبمبـالغ ماليـة كبيـرة
حيـث قـام بمـنح قـرض لشركـة كـى جـى إل الدوليـة للمـوانـئ والتخـزين والنقـل
ش م ك م بمبلـــغ عشـــرون مليـــون دولار أمريكـــى بتـاريخ ٢٠٠٧/٨/٢٦
بفائـدة سنويـة ٢٨%  وهـو ذات تـاريخ الـذى تـم تأسيـس الصنـدوق وطرحـه
للاكتتـاب مـن قبـل شركـة كـى جـى إل للاستثمار لمـدة خمـس سنـوات قابلـة
للتجديـد لمـدة عـامين فقـط كمـا ان مـنح هـذا القـرض تـم عقـب مساهمة
المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى رأس مـال الصنـدوق وهـى
مسـاهمة ضخمـة مقارنـة ببـاقى المساهمـات الأخـرى فـى الصنـدوق ،وتـم
إيـداع هـذا المبلـغ فـى حسـاب شـركـة كـى جـى إل الدوليـة للمـوانـئ والتخـزين
رقـم ٠٠٢٤٢٦٥٩٠٣٠١ لـدى بنـك الكويـت الوطنـى ، وتـم  خـلال السنـة
الماليـة ٢٠١٢ تعـديل اتفاقيـة القـرض مـن قبـل مـدير الاستثمار بشكـل
منفـرد ألغـى بموجبهـا كافـة الفوائـد المقـررة علـى القـرض وتكويـن مخصـص
مقابلهـا وفقـاً لمـا هـو مثبـت فـى البيانـات الماليـة المعتمـدة للصنـدوق عـن
السنـة الماليـة المنتهيـة فـى ٢٠١٢/١٢/٣١ وقـد شـاب مـنح هـذا القـرض
مخالفـات تمثلـت فـى ١- ضـخامة حجـم القـرض الممنـوح للشركـة سالفـة
البيـان والـذى جـاء مساويـاً لحصـة الشركـة صاحبـة تـرخيص الصنـدوق (
كـى جـى إل للاستثمـار ) وتبعيـة كـلاً مـن الشـركتين ( كـى جـى إل
للاستثمـار ، وكـى جـى إل الدوليـة للمـوانـئ والتخـزين والنقـل ) لـنفس
الملاك بمـا مفـاده اسـترداد أصحـاب التـرخيص لكـامل حصتهم فـى رأس مـال
الصنـدوق فـى ذات اليـوم الـذى أسـس فيـه الصنـدوق ،٢- ضـخامة حجـم
الفوائـد المتفـق عليهـا فـى عقـد القـرض البالغـة ٢٨% سنويـاً علـى أصـل
المبلـغ وفقـاً لمـا هـو مبـين فـى البيانـات الماليـة للصنـدوق الماليـة ٢٠١٠
والتـى تزيـد بمراحـل عـن حجـم الفوائـد المعمـول بهـا لـدى البنـوك ممـا يثيـر
الشـك فـى إمكانيـة التـزام الشركـة بسـدادها وأكـد ذلـك أن كـامل قيمـة الفوائـد

٥٤

المستحقة حتـــى ٢٠٠٨/١٢/٣١ بلــغ مجموعهـــا مبلـــغ ٨٣٦و٥٦٣و٧ دولار أمريكـــى مـــع الاستمرار فـــى عـــدم احتســاب أيـــة فوائـــد حتـــى ٢٠١٢/١٢/٣١ ، ٣- مـــدة القــرض خمـــس ســنوات تنتهـــى فـــى ٢٠١٢/٨/٢٧ وهـــو ذات التـــاريخ الـــذى ينتهـــى فـــى العمـــل وتصفية الصندوق إلا أنـــه ولأســباب إخفــاق الشـــركة المقترضـة فـــى ســداد أصـــل القـــرض والفوائد المستحقة عليـــه تـــم تمديـــد فتـــرة الســـداد لعـــامين وبمـــا يتوافـــق مـــع تجديـــد المـــدة القانونيـــة للصـــندوق لعـــامين تنتهـــى فـــى ٢٠١٤/٨/٢٧ ، وأن المســئول عـــن تلـــك المخالفـــة المتهمـــة الأولـــى/ لازاريفـا ماريـا مـدير صـندوق المـوانئ الاستثمارى والمخولة بـالتوقيع علـى هـذه القـروض وإدارة الصـندوق ككـل ،والمتهم الثـانى / ســعيد دشـتى عضـو مجلـس إدارة شـركة كـى جـى إل للاستثمار وصـاحب التـرخيص الممنـوح لتأسـيس الصـندوق عـن عمـد منهمـا وتـواطئ فيمـا بينهمـا وذلـك لرغبتهـا فـى تحقيـق منفعـة ومصـلحة لشـركة كـى جـى إل للاستثمار والتـى تمتلـك هـذه الشـركات ، كمـا أن المتهم هـو شـريك والممثـل القـانونى لشـركة رابطـة الكويـت والخلـيج للنقـل وشـركة ماجسـتك للسـياحة والسـفر وهـاتين الشـركتين تسـاهمان فـى شـركة كـى جـى إل للمـوانئ والنقـل والتخـزين وهـو الـذى مثـل شـركة كـى جـى إل الدوليـة للنقـل والتخـزين حـال تحصـلها علـى هـذا القـرض ، وقـد لحـق بالمـال العـام ضـرراً يقـدر بمبلـغ ٣٦٨٨٢٤٧٧ دولار أمريكـــى ، وأن قيمـــة المســدد مـــن هـــذا القــرض مبلــغ ٢٠١٤٨٢٠٢دولار أمريكـــى والمتبقـــى منـــه مبلـــغ ٥١٧٩٧ ٤٤دولار أمريكـــى بعـد اسـتبعاد الفوائـد ، وأضـاف بأنـه حـال فحصـه البيانـات الماليـة لصـندوق المـوانئ الاسـتثمارى عـن السـنة الماليـة المنتهيـة فـى ٢٠١٥/١٢/٣١ تبـين لـه قيـام المتهمـة الأولـى / لازاريفـا ماريـا بشـطب القـرض الممنـوح لشـركة ى جـى إل الدوليـة للمـوانئ والتخـزين والنقـل بمبلـغ ٢٠٦٠٠٠٠٠ دولار أمريكـى شـطباً نهائيـاً دون إثبـات مـا يقابلـه مـن سـداد قيمتـه فعليـاً أو اسـتبدالـه بأسـهم شـركة دميـاط للمـوانئ ( ديبكـو ) وهـو مـا يعتبـر تسـهيلاً منـه لمـدير الاسـتثمار للاسـتيلاء علـى هـذا المبلـغ بالكامـل والغـاء كافـة

٥٥

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٣ جنايات المباحث والمنضم لها الجنائيتين رقمي ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٥ جنايات ٣/

الفوائد المقررة عليه ، المخالفة الثامنة :- قامت إدارة صندوق الموانئ الاستثمارى ببيع استثمارها MPC-GMO خلال السنة المالية ٢٠١٣ بقيمة التصفية بمبلغ ٥٨٩و٠٥٠و٢ دولار أمريكى محققة بذلك خسائر بلغت ٩٧٣و٢٨٠و١٥ دولار أمريكى وفقاً لما هو مثبت فى البيانات المالية المعتمدة للسنة المالية ٢٠١٣ ، ولم تكتف المتهمة الأولى / لازاريفا ماريا بتلك الخسائر وإنما عمدت إلى استغلال صفتها كمفوض وحيد على جميع حسابات صندوق الموانئ الاستثمارى بداخل الكويت وحولت خلال الفترة من ٢٠١٤/٣/٣١ حتى ٢٠١٥/٧/٩ أموال من حسابى صندوق الموانئ رقمى ٠٠٢٤٩٣٢٨٣٠٠١، و٠٠٢٤٩٣٢٨٣٠٠٢لدى البنك الأهلى الكويتى إلى حساب شركة MPC-GMO بعد انتهاء استثمار الصندوق مع الشركة سالفة الذكر حيث تم بيع هذا الاستثمار خلال السنة المالية المنتهية فى ٢٠١٣/١٢/٣١حيث قامت المتهمة الأولى بتحويل مبالغ من حساب صندوق الموانئ رقم ٠٠٢٤٩٣٢٨٣٠٠١لدى البنك الأهلى الكويتى إلى حساب شركةMPC-GMO مبلغ ٢٦٠و٨٤١و١٣٢ دولار أمريكى بتاريخ ٢٠١٤/٣/٣١ ورقم تلكس التحويل BR07002014006629وبمبالغ ٧٧و٩٨٦و١٣٣ دولار أمريكى بتاريخ ٢٠١٤/٤/٢١ ، ورقم تلكس التحويل BR07002014008437 ، ويعد إنقضاء أجل صندوق الموانئ الاستثمارى فى ٢٠١٤/٧/٢٨ مبلغ ٧٧و٣٠٨و١٣٤ دولار بتاريخ ٢٠١٤ /١٠/ ٢١ ورقم تلكس التحويل BR07002014022875، كما قامت المتهمة الأولى ويعد إنقضاء أجل صندوق الموانئ الاستثمارى فى ٢٠١٤/٧/٢٨ بتحويل مبلغ ٦٨٠و٠٩٤و٣٠٧ دينار كويتى من حساب صندوق الموانئ رقم ٠٠٢٤٩٣٢٨٣٠٠٢ لدى البنك الأهلى الكويتى إلى حساب شركة MPC-GMO ورقم تلكس التحويل BR07002015015492 لتصبح إجمالى المبالغ المحولة من حسابى صندوق الموانئ سالفى الذكر إلى حساب شركة MPC-

٥٦

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٢ جنايات المباحث والمنضم لها الجنائيتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١ /٢٠١٩ جنايات ٣/

GMO خــــلال الفتـــرة مـــن ٢٠١٤/٣/٣١ حتـــى ٢٠١٥/٧/٩ مبلـــغ ٤١١٣٧٤٠و١ دولار أمريكـــى ، ومبلـــغ ٦٨٠و٣٠٧٠٩٤ دينــار كـــويتى لتسهل بــذلك لـ شركة MPC-GMO الاستيلاء علـى هــذا المبلــغ وفـى غيـر أغـراض إدارة أمـوال الصـندوق واسـتثمارها ، المخالفـة التاسـعة :- قــدمت مــدير الاســتثمار المتهمــة الأولـــى / لازاريفـا ماريـا بتــاريخ ٢٠٠٩/٦/٢٧ تسهيلات ماليـة لشركة يسـتفيد منهـا المـتهم الثـانى / سـعيد إسـماعيل دشـتي وهـى شـركة الموحـدة للنقـل والخـدمات اللوجسـية الأردنيـة – وهـو الممثـل القـانونى لهـا – علـى شـكل كفالـة بنكيـة بمبلـغ ٩٠٠٠٠٠ دولار أمريكـى فـى غيـر أغـراض إدارة أمـوال الصـندوق أو اسـتثمارها ، تسهيلاً مـن المتهمــة الأولـى للاسـتيلاء علـى أمـوال الصـندوق للمـتهم الثـانى / سـعيد إسـماعيل دشـتي بـأن اسـتغلت صـفتها كمفـوض وحيـد علـى حسـابات الصـندوق وحولـت مبلـغ تلـك الكفالـة للشـركة المسـتفيدة لـدى البنـك الأردنـى الكـويتى بالمملكـة الأردنيـة ، وذلـك حتـى تسـتطيع الشـركة الموحـدة مـن الحصـول علـى قـرض مـن البنـك الأردنـى وبالفعـل تـم هـذا الأمـر وقـد تعثـرت الشـركة الموحـدة فـى سـداد المبلـغ فقـام البنـك بتسـييل مبلـغ الكفالـة البنكيـة ، كمـا تنكبـت الشـركة المسـتفيدة( الشـركة الموحـدة ) عـن سـداد تلـك الكفالـة لصـندوق المـوانئ الاسـتثمارى ، كمـا قـدمت المتهمــة الأولـى لازاريفـا ماريـا بتــاريخ ٢٠١٣/٩/٣٠ علـى تحويـل مبلـغ ٢٠٠٠٠٠ دينـار كـويتى مـن حسـاب الصـندوق رقـم ٠٦٣٤٩٣٢٨٣٠٠٢ لـدى البنـك الأهـلى الكـويتى لـذات الشـركة سـالفة البيــان ( شـركة الموحـدة ) مسـتغلة صـفتها كمفـوض وحيـد علـى حسـابات الصـندوق ، فـى غيـر أغـراض إدارة أمـوال الصـندوق أو اسـتثمارها تسـهيلاً منهـا للاسـتيلاء علـى جميـع تلـك المبـالغ للمـتهم الثـانى / سـعيد إسـماعيل دشـتي الـذى مثـل الشـركة الموحـدة فـى التوقيـع علـى عقـد الكفالـة المـار ذكـره بتـاريخ ٢٠٠٩/٦/٢٧ ، وتـم إرجـاع مبلـغ ٢٠٠٠٠٠ دينـار كـويتى مـن الشـركة بتـاريخ ٢٠١٣/١٢/٢٣ ، المخالفـة العاشـرة : قـامت إدارة الصـندوق بتأسـيس شـركة اسـمها GLObal   Gateway

٥٧

Corporation Development وتعاقــدت عــن طريقهــا مــع الحكومــة الفلبينيــة علــى تنفيــذ أحـد المشاريع بالقــرب مــن مطار العاصمــة الفلبينيــة بنظــام BOT لمــدة خمســين عامــاً مــع إمكانيــة التجديـد لفتــرة أخــرى لا تزيـد عــن خمسـة وعشــرين عامــاً وتضــمن المشـروع مدينــة صبـاح الأحمــد اللوجســتية ، والمدينــة الطبيــة ، قامــت علــى إثـر ذلـك مــدير الصنــدوق المتهمــة الأولــى لازاريفــا بضـخ مبــالغ ماليــة ضخمة بلــغ إجماليهــا ٧٩١٦٩٦٦٢ دولار أمريكـى لمباشــرة المشــروع سـالف البيـان إلا أنــه لــم يـتم إنجــاز المشــروع فعليــاً ولــم يحقــق أى عوائــد ماليـة حتـى انتهـاء عمــر الصنــدوق فـى ٢٠١٤/١٢/٣١ ، وبإنــه رافـق ذلـك انتهـاء السـيولة الماليــة لصنــدوق المــوانئ الاستثمارى ، فقامــت مــدير الاستثمار المتهمــة الأولــى مــع المــتهم الثانـى / سـعيد إسماعيل دشتـى بنقـل ملكيـة شــركة Corporation Development Gateway GLObal ( مالكـة مشــروعى مدينــة صبـاح الأحمـد اللوجسـتية ، والمدينـة الطبيـة ) مــن صنــدوق المــوانئ الاستثمارى وبنسـبة ١٠٠% إلــى شـركة Clark Gateway Investment Group المملوكــة للمــتهم الثــانى / ســعيد إسماعيل دشتـى ، وفـق الثابـت مـن الخطـاب المرسـل مـن المـتهم الثـانى بتـاريخ ٢٠١٤/٤/١١ إلــى المتهمــة الأولــى والـذى أكـد فيـه عمليــة إتمــام البيــع وتحويـل الأسـهم مـن قبـل المتهم الثانى مـدير عـام Clark Gateway Investment Group ، ولــم يتبــين أثــر لهـذا الإجــراء علـى حسـابات الصنــدوق وذلـك فيمـا يتعلــق بإيـداع المبـالغ المحصلـة مقابـل عمليـة البيـع ويكــون حجـم الضـرر الـذى أصــاب أمــوأل الصنــدوق يعـادل المبـالغ المســتثمرة فـى المشــروع البالغـة ٦٦٢و١٦٩و٧٩ دولار أمريكـى ، وأضــاف بــأن المتهمــة الأولــى لــم تكتـف بنقــل ملكيـة المشـروعين سـالفى البيــان للمـتهم الثــانى للاسـتيلاء عليهمـا فحسـب إذ أقـدمت بتـاريخ ٢٠١٤/٩/٢ إلــى تحويـل مبلـغ مليـونى دولار أمريكـى إلـى شـركة Clark Gateway Investment Group المملوكـة للمـتهم الثـانى لتسـهيل ذلـك المتهمـة الأولـى /لازاريفـا ماريـا للمـتهم الثـانى سـالف الـذكر الاسـتيلاء

٥٨

علــــى أمـــوال الصـــندوق وأصـــوله بمبلـــغ إجمـــالى ٨١١٦٩٦٦٢ دولار أمريكـــى ، وأضـــاف بـــأن إجمـــالى رأس مـــال الصـــندوق مبلـــغ ١٦٦٠٠٩٧٥٦ دولار أمريكـــى( مائـــة وسـتة وسـتون مليـون وتسـعة آلاف وسـبعمائة وسـتة وخمســون دولار أمريكــى ) وأن حجم مســاهمة مؤسســتى المـوانئ الكويتيـة والتأمينـات الاجتماعيـة الكويتيـة فـى صـندوق المـوانئ الاسـتثمارى مبلـغ ١٢٥٤٠٠٠٠٠دولار أمريكــى بمـا يعـادل نسـبة ٢٢و٧٤% مـن رأس مـال الصــندوق ، وأنــه لـم يـتم توزيـع أيـة أربـاح منـذ تـاريخ تأسـيس الصـندوق وحتـى ٢٠١٥/٨/٣١ وهـو التـاريخ اللاحـق لانتهـاء المـدة القانونيـة للصـندوق والـذى ينتهـى فـى ٢٠١٤/٧/٢٨ ويعـدم تمكـن المسـاهمين ومـنهم الجهـات الحكوميـة مؤسسـة المـوانئ الكويتيـة مـن اسـترجاع المبـالغ المسـتثمرة فـى الصـندوق حتـى ٢٠١٥/٨/٣١ والأربـاح المقـررة وفقـاً لنشـرة وعقـود الاكتتـاب ، ويـأن هـذه المخالفـات المرتكبـة أضـرت بـأموال صـندوق المـوانئ الاسـتثمارى ويمسـاهمتى المؤسسـة العامـة للتأمينـات الاجتماعيـة ومؤسسـة المـوانئ الكويتيـة ، ويـأن إجمـالى حجـم الضـرر المـادى الـذى أصـاب صـندوق المـوانئ الاسـتثمارى هـو إجمـالى رأس مـال الصـندوق وهـو مبلـغ ١٦٦٠٠٩٧٥٦ دولار أمريكــى"مائـة وسـتة وسـتون مليـون وتسـعة آلاف وسبعمائة وستة وخمسون دولار أمريكى " .

ويسـؤال / محمـد مسـاعد محمـد منـدنى / مـدير إدارة الإدعـاء الجنـائى بالإنابـة بهيئـة أسـواق المـال – بتحقيقـات النيابـة العامـة – شـهد بـأن شـركة كـى جـى إل للاسـتثمار مـرخص لهـا مـن هيئـة أسـواق المـال وخاضـعة لرقابتهـا وفقـاً للقـانون رقـم ٧لسـنة ٢٠١٠ بشـأن إنشـاء هيئـة أسـواق المـال وتنظـيم نشـاط الأوراق الماليـة ولائحتـه التنفيذيـة وتعـديلاتهما أمـا صـندوق المـوانئ الاسـتثمارى وشـركة كـى جـى إل أنفسـمنت كايمـان فـإن هـذا الصـندوق أخـذ شـكل شـركة ذات مسـئولية محـدودة ومـدار مـن قبـل شـركة كـى جـى إل أنفسـمنت كايمـان وهمـا شـركتان أجنبيتـان موطنهمـا جـزر الكـايمون وبالتـالى فإنهمـا يخضـعان للقـوانين واللـوائح المنظمـة لهمـا فـى موطنهـا ولا تخضـعان للقـانون رقـم ٧لسـنة ٢٠١٠ بشـأن إنشـاء هيئـة

أسـواق المـال وتنظيـم نشـاط الأوراق الماليـة ولائحتـه التنفيذيـة وتعديلاتهمـا ، وبالتـالى لا تنطبـق عليهمـا المـواد ٢٩٥ ، ٣٠٠، ٣٠١ مـن اللائحـة التنفيذيـة للقانـون رقـم ٧لسنة ٢٠١٠ الملغـاة وليـس للهيئـة أى رقابـة علـى هـذا الصنـدوق ، وبـأن إختصاصـات هيئـة أسـواق المـال تنحسـر علـى إصـدار رخصـة لتسـويق وحـدات الصنـدوق الأجنبـى داخـل دولـة الكويـت فقـط إذا مـا أراد مـدير الاستثمار تسـويق وحـدات الصنـدوق داخـل دولـة الكويـت وهـو مـا لـم يتـم ، وأن وزارة التجـارة والصنـاعة حـال كونهـا المختـص أصـدرت ترخيصـاً لشـركة كـى إل للاستثمار باعتبارهـا مسـوق لوحـدات الصنـدوق داخـل دولـة الكويـت علمـاً بـأن صـلاحية هـذا الترخيـص بـدأت مـن تـاريخ ٢٠٠٧/٥/١٢ وينتهـى بتـاريخ ٢٠١٢/٥/٢ وأنـه كـان مـن الواجـب عليهـا استصـدار تـرخيص لتمديـد تسـويق وحـدات الصنـدوق مـن هيئـة أسـواق المـال لتتمكـن مـن تسـويق وحـدات الصنـدوق المذكـور بعـد إنتهـاء ترخيصـهـا بالتسـويق بتـاريخ ٢٠١٢/٥/٢ إلا انهـا لـم تقـم بـذلك فصـدر قـرار مجلـس التأديـب بهيئـة أسـواق المـال بجلسـته المنعقـدة بتـاريخ ٢٠١٤/١٠/٢٣ بشـأن المخالفتين (رقمـى ٢٠١٤/١٨ مجلـس التأديـب – ٢٢/ ٢٠١٤ هيئـة) ،و ( ٢٠١٤/٣٤ مجلـس التأديـب – ٢٠١٤/٧ شـكوى ) والـذى انتهـى إلـى إخضـاع شـركة كـى جـى إل للاستثمار لمزيـد مـن الرقابـة لمـدة سـنة وإلغـاء عمليـة تسـويق واكتتـاب مؤسسـة الموانئ الكويتيـة لمبلـغ ٣٥ مليـون دولار أمريكـى فـى صنـدوق الموانـئ إن امكـن ذلـك مـع مراعـاة الغيـر حسـن النيـة وفقـاً للضوابـط التـى ستضعهـا الهيئـة وذلـك علـى سـند قيامهـا بتسـويق وحـدات صنـدوق أجنبـى داخـل دولـة الكويـت دون الحصـول علـى تـرخيص مـن هيئـة أسـواق المـال لمزاولـة هـذا النشـاط ، وأن الثابـت مـن واقـع البيانـات الماليـة لشـركة كـى جـى إل للاستثمار المنتهيـة فـى ٢٠١٤/١٢/٣١ أنهـا تملـك مـا نسـبته ٦٧و١٣% مـن الوحـدات المشكلة لـرأس مـال صنـدوق الموانئ بقيمـة تبلـغ ٤و٢٦و٧١و١٧ دينـار كـويتى ، وأنـه تـم إعـادة تصنيـف ملكيتهـا فـى الصنـدوق بالبيانـات الماليـة المجمعـة للشـركة مـن بنـد الاستثمـار فـى

شـركات زميلــة كمـا فــى ٢٠١٣/١٢/٣١ إلــى بنــد موجـودات مصـنفة كمحـتفظ بهـا للبيـع كمـا فــى ٢٠١٤/١٢/٣١ وذلـك بسـبب انتهـاء مـدة الصـندوق فــى ٢٠١٤/١٢/٣١ ، وأن الكيانـات التابعـة لشـركة كــى جـى إل للاسـتثمار وفقـاً لميزانيـة شـركة كــى جـى إل للاسـتثمار المنتهيـة فــى ٢٠١٤/١٢/٣١ هـى شـركة كـى جـى إل بتروليـوم بالكويـت ( مقفلـة بنسـبة ٩٩و٨% ، وشـركة كابيتـال لينـك القابضـة بالكويـت مقفلـة بنسـبة ٩٦% ، وشـركة بترولينـك القابضـة بالكويـت مقفلـة بنسـبة ٥١% ، وشـركة أكسـفورد لنـك فــى الولايـات المتحـدة الأمريكيـة بنسـبة ١٠٠% ، وشـركة ورت لينـك فــى جـزر كايمـان بنسـبة ١٠٠% ، وشـركة كــى جـى إل أنفسـتمنت كايمـان ليميتـد فـى جـزر كايمـان بنسـة ١و٥٠% ، وشـركة كـى جـى إل للاسـتثمار أسـيا فـى جـزر كايمـان بنسـبة ١٠٠% ،وشـركة كـى جـى إل إنفسـتمنت أدفيـزورى كايمـان ليمتـد بجـزر كايمـان بنسـبة ١٠٠% ، وشـركة مـارى تـايم جلوبـال كونسـلتينج جـروب بجـزر كايمـان بنسـبة ١٠٠% ، وشـركة GP بجـزر كايمـان بنسـبة ١٠٠% ، وشـركة TPIF بجـزر كايمـان بنسـبة ١٠٠% ، وشـركة GP ILF بجـزر كايمـان بنسـبة ١٠٠% ، وشـركة كـى إيـه سـى التجاريـة بالكويـت بنسـبة ٤٥و٥٣% ، والشـركات الزميلـة هـى صـندوق المـوانئ شـركة توصيـة " بـوت فنـد " بجـزر كايمـان بنسـبة ٦٧و١٣% ، والشـركة الموحدة للنقـل والخدمـات اللوجسـتية بالأردن بنسـبة ٨١و٤١% .

ويسـؤال / يوسـف العبداللـه الصبـاح – مديـر عـام مؤسسـة المـوانئ الكويتيـة – بتحقيقـات النيابـة العامـة – شـهد أنـه صـدر قـرار محـافظ البنـك المركـزى رقـم ٢١/١/ ٢٠١٧ بتـاريخ ٢٠١٧/٢/١٩ بشـطب شـركة كــى جـى إل للاسـتثمار مـن سـجل الشـركات الاسـتثمارية لـدى بنـك الكويـت المركـزى وذلـك بنـاء علـى طلـب هـذه الشـركة ، وأنـه بصـفته الوظيفيـة مديـر عـام المؤسسـة فإنـه يـتهم هـذه الشـركة بتسـببها فـى ضـياع حقـوق المؤسسـة حيـث لـم تقـم بإعـادة رأس المـال للمؤسسـة ولا الأربـاح المقـررة للمؤسسـة علـى هـذا الاسـتثمار ، وأضـاف بـأن مؤسسـة المـوانئ الكويتيـة لـم تتحصـل

سـوى علـى ١١ مليـون دولار أمريكـى منـذ عـدة أشـهر ومماطلة صـندوق الموانئ فى رد باقى رأس مال المؤسسة والأرباح .

وبإستجواب المتهمــة الأولــى / لازاريفــا ماريــا– نائــب رئــيس مجلس إدارة شـركة كـى جـى إل والـرئيس التنفيـذى للشـركة – بتحقيقـات النيابـة العامـة – أنكـرت مـا نسـب إليهـا مـن اتهـام ،وقـررت بأنهـا الـرئيس التنفيـذى لشـركة كـى جـى إل للاسـتثمار والتـى يبلـغ رأس مالهـا سـبعة عشـر مليـون دينـار كـويتى والتـى تـم إنشـائها فـى نهايـة نـوفمبر لعـام ٢٠٠٦ وأن مؤسسـيها عـدد تسـعمائة شخصـاً وأنهـا مسـاهمة فيهـا بمائـة ألـف سـهم تقريبـاً وأن المتـهم الثـانى سـعيد دشـتى أحـد ملاك الشـركة وتـم انتخابـه مـؤخراً عضـو مجلس إدارة للشـركة وأن شـركة المرابطـون الدوليـة لـديها حصـة فـى شـركة كـى جـى إل للاسـتثمار وأن مجلـس إدارة شـركة كـى جـى إل للاسـتثمار اتخـذ قـراراً بإنشـاء صـندوق المـوانئ الاسـتثمارى وبـأن شـركة كـى جـى إل للاسـتثمار أنشـأت شـركة كـى جـى أل للاسـتثمار كـايمن لتكـون مـدير الاسـتثمار لصـندوق المـوانئ الاسـتثمارى وأن شـركة كـى جـى إل للاسـتثمار تملـك شـركة كـى جـى إل للاسـتثمار كـايمن بالكامـل وأنهـا مـديرة الشـركة الأخيـرة وتمثلهـا فـى التوقيـع وأن أمـوال تلـك الشـركة مـن نسـبة ٢% أتعـاب إدارة مـن صـندوق المـوانئ الاسـتثمارى وأنهـا وأخـرين القـائمين بإعـداد الدراسـات لإنشـاء هـذا الصـندوق وأن شـركة بجـزر كايمـان هـى مـن أعـدت نشـرة الاكتتـاب للصـندوق وأن أهـداف الصـندوق الاسـتثمار وتحقيـق الأربـاح للمسـاهمين بنسـبة ٣٠% أربـاح مسـتهدفة ويـبذل الجهـد لتحقيـق هـذا الهـدف وأن رأس مـال صـندوق المـوانئ المصـرح بـه خمسـمائة مليـون دولار أمريكـى وأن مـن ضـمن المسـاهمين فـى صـندوق المـوانئ المؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة ، ومؤسسـة المـوانئ الكويتيـة وشـركات ومؤسسـات أخـرى منهـا شـركة بترولينـك القابضـة والتـى تملـك شـركة كـى جـى إل نسـبة ٥١% مـن رأس مالهـا وأن جميـع المسـاهمين يسـتطيعوا سـداد حصصـهم فـى الصـندوق وأن مؤسسـة المـوانئ الكويتيـة سـاهمت فـى الصـندوق علـى مـرتين الأولـى فـى عـام ٢٠١٠ والثانيـة فـى

٦٢

عـام ٢٠١٣ وتـم احتسـاب المسـاهمة بـأثر رجعـى منـذ تـاريخ إنشـاء الصندوق فـى عـام ٢٠٠٧ وهـذا إجـراء اعتيـادى لا يوجـد فيـه أى تميـز ولـم يكـن هنـاك تـأثير فـى الأربـاح لكـون الأربـاح التـى تسـجيلها أربـاح دفتريـة ويأنهـا مـدير اسـتثمار أمـوال الصـندوق ولهنـا سـلطات مطلقـة ويأنهـا المخولـة بـالتوقيع منفـرداً علـى جميـع حسـابات صـندوق المـوانئ الاسـتثمارى لـدى جميـع البنـوك ويـأن شـركة كـى جـى إل للاسـتثمار لـم يسـبق لهـا وأن أسسـت صـندوق اسـتثمارياً قبـل صـندوق المـوانئ الاسـتثمارى ويأنهـا مـن طلبـت إعـداد نشـرة الاكتتـاب للصـندوق ويـأن صـندوق المـوانئ الاسـتثمارى انتهـى عمـره فـى ٢٠١٤/١٢/٣١ ويأنـه لا يـتم الاحتفـاظ بـأموال فـى حسـابات الصـندوق ويمجـرد الحصـول علـى أمـوال يـتم إرجاعهـا مـع الأربـاح للمسـاهمين ، وأن الصـندوق يمتلـك أصـول بدولـة الفلبـين ومسـتنداتها بجـزر الكايمـان مـع المـدققين ،وأن الصـندوق لـم يـوزع حصـص المسـاهمين أو أى أربـاح رغـم انتهـاءه فـى ٢٠١٤/١٢/٣١ لعـدم وجـود تـاريخ محـدد للتخـارج مـن الصـندوق والتـى يأخـذ عـادة مـن سـنتين إلـى ثـلاث سـنوات ، ويأنـه لا يوجـد فـى حسـابات الصـندوق مـا يغطـى رأس مالـه ، ويـأن صـندوق المـوانئ الاسـتثمارى اسـتثمر أموالـه فـى خمـس شـركات رئيسـية منـذ إنشـائه وحتـى انتهـاءه الأولـى شـركة MPC وهـى تسـتثمر فـى الشـحن الـدولى بألمانيـا ، والثانيـة شـركة ديبكـو بجمهوريـة مصـر العربيـة وهـى شـركة أنشـأت لتطـوير مينـاء دميـاط ، والثالثـة شـركة NN للشـحن والأعمـال اللوجسـتية فـى الفلبـين ، والرابعـة شـركة ATS للشـحن والأعمـال اللوجسـتية وإدارة المـوانئ فـى الفلبـين ، والخامسـة شـركة جلويـل جيـت أوى ( مدينـة صـباح الأحمـد اللوجسـتية فـى الفلبـين ) ، وأن كـل اسـتثمار مـن هـذه الاسـتثمارات مملـوك للصـندوق ولكـن لـيس ملكيـة كاملـة ، وأنـه تـم خسـارة جميـع أمـوال الصـندوق المسـتثمرة فـى شـركة MPC فـى عـامى ٢٠٠٧ ، ٢٠٠٨ بسـبب الأزمـة الماليـة العالميـة فـى عـام ٢٠٠٨ ، وأكـدت علـى عـدم قيامهـا بتحويـل أى أمـوال للصـندوق لشـركة MPC بعـد خسـارة الاسـتثمار ، وأضـافت بـأن مـن حـق

٦٣

صندوق المـوانئ مـنح قـروض وائتمانـات لأى طـرف وسند ذلـك فـى نشـرة اكتتـاب الصندوق ، ويأنـه تـم مـنح شـركة كـى جـى إل الدوليـة للمـوانئ والتخـزين والنقـل قـرض بقيمـة ٢٠ مليـون دولار أمريكـى ( عشـرون مليـون دولار أمريكـى ) مـن أمـوال صـندوق المـوانئ فـى عـامى ٢٠٠٧ ، ٢٠٠٨ بنـاء علـى موافقـة مجلـس إدارة الصـندوق وذلـك بموجـب عقـد وتحويـل بنكـى كاسـتثمار حتـى تقـوم هـذه الشـركة باسـتثمار الأمـوال فـى شـركة ديبكـو ، ويأنهـا القائمـة بتحويـل هـذا المبلـغ مـن الصـندوق ، ويأنـه لـم يـتم تحصـيل فائـدة ٢٨% علـى هـذا القـرض لصـالح صـندوق المـوانئ لكـون الأمـر يخضـع لـلإرادة المنفـردة لشـركة كـى جـى إل للمـوانئ فلهـا الخيـار فـى مـنح ١٠% مـن أسـهم شـركة ديبكـو للصـندوق أو ٢٨% كأربـاح سـنوية ،وأن صـندوق المـوانئ الاسـتثمارى تـم منحـه نسـبة ١٠% فـى شـركة ديبكـو وذلـك مـا نـص عليـه فـى الاتفاقيـة المبرمـة مـع شـركة كـى جـى إل للمـوانئ والموجـودة فـى جـزر كايمـان وأنـه حتـى الآن لـم تعـد أى منفعـة علـى الصـندوق مـن مـنح هـذا القـرض وقـد لا تكـون هنـاك منفعـة ، ويـأن صـندوق المـوانئ يعمـل وفـق قـوانين جزيـرة كايمـان ، ولا يحتـاج لموافقـة السـلطات المختصـة فـى الكويـت لمـنح الائتمانـات والقـروض ، ويعـدم علمهـا بصـلة المـتهم الثـانى / سـعيد دشـتى بشـركة كـى جـى إل الدوليـة للمـوانئ ، ويـأن المـتهم الثـانى / سـعيد إسـماعيل دشـتي هـو رئـيس المجلـس الاسـتشارى لصـندوق المـوانئ الاسـتثمارى والمـدير غيـر التنفيـذى ، ويمواجهتهـا بمـا جـاء بتقريـر الفحـص المعـد بمعرفـة / حمـد أحمـد العليـان ، ومـا شـهد بـه بتحقيقـات النيابـة العامـة مـن عـدم سـداد شـركة كـى جـى إل للاسـتثمار حصـتها فـى رأس مـال الصـندوق والبالغـة ٢٠ مليـون دولار أمريكـى منـذ تأسـيس الصـندوق وحتـى بعـد انتهـاء عمـر الصـندوق ، وعـدم سـداد شـركة بترولينـك القابضـة وهـى إحـدى الشـركات التابعـة لشـركة كـى جـى إل للاسـتثمار حصـتها فـى رأس مـال الصـندوق والبالغـة ٣ مليـون دولار أمريكـى نفـت ذلـك وقـررت بـأن شـركة كـى جـى إل للاسـتثمار سـددت مبلـغ ١٧ مليـون مـن مسـاهمتها فـى رأس مـال الصـندوق ومتبقـى مبلـغ ٣

مليون دولار أمريكى ستدفع غرامة عنه بنسبة ٨% سنوياً وذلك ثابت فى التقارير السنوية للصندوق ومتفق مع قوانين جزر الكايمان ، وأن شركة بترولينك اشترت حصة الشركة الأهلية للتأمين فى عام ٢٠١٢ فى رأس مال الصندوق وحلت محلها  ، ويمواجهتها بما جاء بتقرير الفحص سالف البيان وما شهد به معد التقرير سالف الذكر بتحقيقات النيابة العامة من قيام إدارة  صندوق الموانئ الاستثمارى ببيع استثمارها MPC-GMO خلال السنة المالية ٢٠١٣ بقيمة التصفية بمبلغ بقيمة التصفية بمبلغ ٥٨٩و٠٥٠و٢ دولار أمريكى محققة بذلك خسائر بلغت ٩٧٣و٢٨٠و١٥ دولار أمريكى وفقاً لما هو مثبت فى البيانات المالية المعتمدة للسنة المالية ٢٠١٣ وأنها لم تكتف بتلك الخسائر وإنما عمدت إلى استغلال صفتها كمفوض وحيد على جميع حسابات صندوق الموانئ الاستثمارى بداخل الكويت وحولت خلال الفترة من ٢٠١٤/٣/٣١حتى ٢٠١٥/٧/٩ أموال من حسابى الصندوق رقمى ٠٠٢٤٩٣٢٨٣٠٠١، و٠٠٢٤٩٣٢٨٣٠٠١لدى البنك الأهلى الكويتى بعد انتهاء استثمار الصندوق مع شركة MPC-GMO حيث تم بيع هذا الاستثمار خلال السنة المالية المنتهية فى ٢٠١٣/١٢/٣١،ويعد إنقضاء أجل صندوق الموانئ الاستثمارى بإجمالى مبلغ ١٤و٤٠١١٣٧ دولار أمريكى ، ومبلغ ٦٨٠و٣٠٧٠٩٤ دينار كويتى لتسهل بذلك ل شركة MPC-GMO الاستيلاء على هذا المبلغ وفى غير أغراض إدارة أموال الصندوق واستثمارها نفت ذلك وقررت بأن هذه الأموال جزء من أموال الصندوق المستثمرة فى شركةMPC-GMO على دفعات طبقاً للعقد المبرم معها وهذا العقد بجزر كايمان ، وأضافت بأن خسائر الصندوق مستمرة فى هذا الاستثمار حتى ما بعد عام ٢٠١٣ ، ويمواجهتها بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بتحقيقات النيابة العامة من قيامها حال كونها مدير الاستثمار ( شركة كى جى إل للاستثمار – كايمان )للصندوق الموانئ الاستثمارى بتقديم قروض بالمخالفة للأغراض الرئيسية

للصندوق حيث أن الصندوق لـيـس مـن ضـمـن أغـراضـه مـنـح قـروض حيـث قامت بمـنـح قـرض لشـركـة كـى جـى إل الدولية للمـوانـئ والتـخـزيـن والنقـل ش م ك م بمبلـغ عشـرون مليـون دولار أمـريكـى بتـاريخ ٢٠٠٧/٨/٢٦ بفائـدة سـنـويـة ٢٨% وهـو ذات تـاريخ الـذى تـم تأسيـس الصـنـدوق وطرحـه للاكتتـاب مـن قـبـل شـركـة كـى جـى إل للاسـتثمار لمـدة خمـس سنـوات قابلـة للتجديـد لمـدة عـامـيـن فقـط ، وتـم خـلال السـنـة الماليـة ٢٠١٢ تعـديـل اتفاقيـة القـرض مـن قبلها بشـكل منفـرد ألغت بموجبـه كافـة الفوائـد المقـررة على القـرض وتكـوين مخصـص مقابلها وفقـاً لمـا هـو مثبـت فـى البيانـات الماليـة المعتمـدة للصـندوق عـن السـنـة الماليـة المنتهيـة فـى ٢٠١٢/١٢/٣١ ،ممـا أفقـد الصـنـدوق عوائـد ماليـة كبيـرة وألحـق ضـرراً بالمـال العـام يقـدر بمبلـغ ٣٦٨٨٢٤٧٧ دولار أمريكـى، نفـت ذلـك وقـررت بأنـه لا يوجـد مـا يفيـد هـذا الضـرر المـادى لكـون نسـبة ٢٨% لـم تكـن ضـمـانـاً والخسـارة فقـط كانـت مبلـغ العشـرين مليـون دولار أمـريكـى كاسـتثمار ، ويمواجهتهـا بمـا جـاء بتقريـر الفحـص سـالف البيـان ، ومـا شـهد بـه معـد التقريـر سـالـف الـذكر بالتحقيقـات مـن قيامهـا حـال كونهـا مـديـر الاسـتثمار فـى صـنـدوق المـوانـئ الاسـتثمارى مـن خـلال الصـلاحيات والتفويضـات المنفـردة التـى تملكهـا والمتعلقـة بأعمـال السـحب والتحويـل مـن حسـابات الصـنـدوق لـدى البنـوك بتحويـل مبـالغ ماليـة كبيـرة بطريـق غيـر مباشـر مـن صـنـدوق المـوانـئ الاسـتثمارى لصـالح شـركـة مجموعـة المرابطـون الدوليـة المملوكـة للمـتـهم الثـانـى / سـعيد إسـماعيل علـى دشـتـى ، وفـؤاد إسـماعيل علـى دشـتـى بـأن قامـت بعـد قيـام مؤسسـة المـوانـئ الكويتيـة بسـداد حصتها ٥٠ مليـون دولار أمريكـى فـى حسـاب صـنـدوق المـوانـئ الاسـتثمارى لـدى بنـك HSBC بتـاريخ ٢٠١٠/٧/١٥ بتحويـل مبلـغ ٥٣و٤٣٧و٠٦٧و٨ دولار أمريكـى مـن أمـوال الصـنـدوق خـلال الفتـرة مـن ٢٠١٠/٧/٢٥ حتـى ٢٠١٠/٨/١١ إلـى حسـاب شـركـة كـى جـى إل للاسـتثمار رقـم ٠٦٠٣٧٢٣٥٤٩٦ لـدى البنـك الأهلـى الكـويتى دون وجـود مـا يبـرر ذلـك التصـرف ويمـا لا يتفـق مـع أغـراض الصـنـدوق بهـذا الشـأن ليـتم بعـد

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة  المقيدة برقم ٢٣/٢٠١٥ جنايات المباحث والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة  ١١/ ١١ /٢٠١٩ جنايات ٣/

ذلك استغلال تلك المبالغ فى تحويل أجزاء منها حيث قامت بتحويل مبلغ
٧١٩١٠٠ دينار كويتى إلـى حساب شركة المرابطـون الدوليـة للتجـارة
العامـة والمقـاولات ببنـك برقـان رقـم ٣١٦٠٠٠١٣١٩ والمملوكـة للمـتهم
الثـانى / سعيد إسماعيل علـى دشتـى ، وفـؤاد إسماعيل علـى دشتـى وفقـاً
لمـا هـو مبيـن فـى عقـد تعديـل مـلاك الشركة وجـاءت عمليـة تحويـل هـذا
المبلـغ لشركة المرابطـون الدوليـة للتجـارة العامـة والمقـاولات علـى دفعتيـن
الأولـى بمبلـغ ٣٠٩١٠٠ دينار كويتى بتاريخ ٢٦/٨/ ٢٠١٠ ورقـم
تلكـس التحويـل BR٠٧٠٠٢٠١٠٠٢٠٠٦٦ ، والثانيـة بمبلـغ
٤١٠٠٠٠ دينـار كويتى بتاريخ ٢٠١٠/٨/٢٦ ورقـم تلكـس التحويـل
BR٠٧٠٠٢٠١٠٠٢٠٠٦٩، كمـا قامـت بتحويـل مبلـغ ثلاثمائـة
وخمسـين ألـف دينـار كويتى إلـى المـتهم الثـانى / سعيد إسماعيل علـى
دشتـى بحسـابه رقـم ٢٠٦٠١٢١٧٣١ ببنـك برقـان بتاريـخ
٢٠١٠/١٠/٤ ورقـم تلكـس التحويـل BR٧٠٠٢٠١٠٠٢ ٧٠٠٣ ، ولـم
يتـم إرجـاع هـذه المبالـغ للصندوق ليبلـغ إجمالـى حجـم الضـرر المـادى الـذى
لحـق بالمـال العـام والمترتـب علـى هـذه التحويـلات مبلـغ ١٠٠و٠٦٩و١
دينـار كويتى يضـاف لهـا حجـم الأربـاح المقـررة وفقـاً لنشـرة الاكتتـاب فـى
صـندوق المـوانئ البالغـة ٣٠% سـنوياً ، لـم تبـدى مبـرراً لـذلك وطلبـت
مراجعـة أسـباب هـذا التحويـل ، ويمواجهتهـا بمـا جـاء بتقريـر الفحـص
سـالف البيـان ، ومـا شـهد بـه معد التقريـر سـالف الـذكر بالتحقيقـات مـن
قيامهـا حـال كونهـا مـدير الاسـتثمار فـى صـندوق المـوانئ الاسـتثمارى
باسـتغلال الصـلاحيات المفوضـة والمنفـردة لـه بالسـحب والتحويـل مـن
حسـابات صـندوق المـوانئ الاسـتثمارى فـى أعمـال الاسـتيلاء علـى أمـوال
الصـندوق لصـالح شـركة كـى جـى إل للاسـتثمار وشـركاتها التابعـة والزميلـة
لهـا حيـث قامـت بتحويـل مبلـغ ٠٠٠و٠٣٩و١ دينـار كويتـى ، ومبلـغ
١٢و٥١٩و٣٤ دولار أمريكـى لصـالح شـركة كـى جـى إل للاسـتثمار ، و
مبلـغ ٢٠٠و دينـار كويتى لصـالح شـركة رابطـة الكويـت والخليـج للنفـط ،
ومبلـغ ٦٠٠و٢٠ دولار أمريكـى لصـالح شـركة كـى جـى إل للمـوانئ

٦٧

والتخـزين والنقـل ، ومبلـغ ٧٦٣و٧١١و١٧ دولار أمريكـى لصـالح شـركة كـى جـى إل أم القابضـة ، ومبلـغ ١٠٠٠٠٠٠ دولار أمريكـى لصـالح شـركة بترولنـك القابضـة ، ومبلـغ ٠٠٠و٧٠٠و٦ دولار أمريكـى لصـالح شـركة كـى جـى إل أسـيا ROHO ، ومبلـغ ٦٨و٣٥٨و١٤٣ دولار أمريكـى لصـالح شـركة كابيتـال لينـك ، ومبلـغ ٠٠٠و٠٩٠و٧ دولار أمريكـى لصـالح شـركة كـى جـى إل البتروليـة ، ومبلـغ ٢٠٠٠٠٠٠ دولار أمريكـى لصـالح شـركة كـلارك جيـت واى انفسـتمنت قـروب ،وأنهـا اسـتمرت فـى تسـهيل الاسـتيلاء علـى أمـوال الصـندوق حتـى بعـد انتهـاء المـدة القانونيـة للصـندوق فـى ٢٠١٤/٧/٢٨ حيـث بلـغ حجـم المبـالغ المسـحوبة والمحولـة مـن حسـاب الصـندوق لـدى البنـك الأهلـى الكـويتى بعـد تـاريخ ٢٠١٤/٧/٢٨ ولغايـة ٢٠١٥/٣/٤ مبلـغ ٠٨٧/٠٨و٨٠٦ دولار أمريكـى إلـى شـركات كـى جـى إل البتروليـة ، وكـلارك جيـت أواى للاسـتثمار ، وكابيتـال لينـك القابضـة وليصـبح إجمـالى المبـالغ المسـحوبة والمحولـة لهـذه الشـركات مبلـغ ١٠٥٩٠٠٠ دينـار كـويتى ، ومبلـغ ٦٨و٥٣٣و٧٦٤و٨٩ دولار أمريكـى قـررت بـأن التحـويلات مشـروعة وقانونيـة ، وأضافت بـأن شـركة كـى جـى إل للاسـتثمار وشـركة بترولينـك القابضـة كـل منهمـا مسـاهم فـى صـندوق المـوانئ ، وأن صـندوق المـوانئ يملـك ٨٠% مـن شـركة كـى جـى إل أم القابضـة ، وأن صـندوق المـوانئ الاسـتثمارى يمتلـك شـركة كـلارك جيـت واى انفسـمنت جـروب ، وأنـه لا توجـد علاقـة بـين شـركة المرابطـون الدوليـة وصـندوق المـوانئ الاسـتثمارى ، وبأنـه لا توجـد علاقـة بـين شـركة رابطـة الكـويت والخلـيج للنقـل وصـندوق المـوانئ ،وبأنـه لا توجـد علاقـة بـين شـركة كابيتـال لينـك وصـندوق المـوانئ ، وبأنـه لا توجـد علاقـة بـين شـركة كـى جـى إل بتروليـوم وصـندوق المـوانئ ، وأن شـركة كـى جـى إل أسـيا وشـركة كابيتـال لينـك وشـركة كـى جـى إل بتروليـوم مملـوكين جميعـاً لشـركة كـى جـى إل للاسـتثمار ، ويمواجهتهـا بمـا جـاء بتقريـر الفحـص سـالف البيـان ، ومـا شـهد بـه معد التقريـر سـالف الـذكر بالتحقيقـات مـن قيامهـا حـال كونهـا

مـديـر الاسـتثمـار فـى صـنـدوق المـوانـئ الاسـتثمـارى مـن خـلال الصـلاحيـات
والتفويضـات المنفـردة التـى تملكهـا والمتعلقـة بأعمـال السـحب والتحويـل مـن
حسـابات الصـنـدوق لـدى البنـوك بتسـهيل الاسـتيلاء علـى أمـوال صـنـدوق
المـوانـئ الاسـتثمـارى بـأن قامـت بصـرف مبالـغ ماليـة لنفسـها  بـدون وجـه
حـق حـال كـونهـا مـديـر الصـنـدوق والمفوضـة بـالتوقيـع علـى جميـع حسـابات
الصـنـدوق وهـى مبلـغ ١٢٩٤٤٢ دينـار كـويتى ، ومبلـغ ٦٠٦٠ دولار
أمريكـى قـررت بـأن جميـع المبالـغ المنصـرفة لهـا مشـروعة ولهـا أسـباب
تبررهـا ، ويـأن المـتهم الثـانى / سـعيد إسـماعيل دشـتى هـو رئيـس المجلـس
الاستشـارى لصـندوق المـوانـئ الاسـتثمـارى والمـديـر غيـر التنفيـذى وأحـد
المسـاهمين فـى شـركة كـى جـى إل للاسـتثمـار عـن طريـق شـركة المرابيطـون
الدوليـة ، ويـأن جميـع أعضـاء المجلـس الاستشـارى لصـندوق المـوانـئ
يحصـلون علـى مقابـل مـادى مـن أمـوال صـندوق المـوانـئ الاسـتثمـارى
مـذكور فـى اللائحـة الداخليـة للمجلـس الاستشـارى ومثبـت ذلـك فـى البيانـات
الماليـة فـى الصـندوق ، ويمواجهتهـا بمـا جـاء بتقريـر الفحـص سـالف
البيـان ، ومـا شـهد بـه معد التقريـر سـالف الـذكر بالتحقيقـات مـن قيـام إدارة
الصـندوق بتأسـيس شـركة  اسـمها GLObal          Gateway
Development        Corporation وتعاقـدت عـن طريقهـا مـع الحكومـة
الفلبينيـة علـى تنفيـذ أحـد المشـاريع بـالقرب مـن مطـار العاصمـة الفلبينيـة
بنظـام BOT لمـدة خمسـين عامـاً مـع إمكانيـة التجديـد لفتـرة اخـرى لا تزيـد
عـن خمسـة وعشـرين عامـاً  وتضـمن المشـروع مدينـة صبـاح الأحمـد
اللوجسـتية ، والمدينـة الطبيـة ، وأنهـا قامـت علـى إثـر ذلـك حـال كـونهـا
مـديـر الصـنـدوق بضـح مبالـغ ماليـة ضـخمة بلـغ إجماليهـا
٧٩١٦٩٦٦٢ دولار أمريكـى لمباشـرة المشـروع سـالف البيـان إلا أنـه لـم
يـتم إنجـاز المشـروع فعليـاً ولـم يحقـق أى عوائـد ماليـة حتـى انتهـاء عمـر
الصـندوق فـى ٢٠١٤/١٢/٣١ ، ويبانـه رافـق ذلـك انتهـاء السـيولة الماليـة
لصـندوق المـوانـئ الاسـتثمـارى ، فقامـت حـال كـونهـا مـديـر الاسـتثمـار مـع
المـتهم الثـانى / سـعيد إسـماعيل دشـتي بنقـل ملكيـة شـركة GLObal

٦٩

Corporation Development Gateway ( مالكــة المشروعيـن سـالفى البيـان ) مـن صنـدوق المـوانئ الاستثمـارى وبنسبـة ١٠٠% إلـى شـركـة Group Investment Gateway Clark المملوكــة للمتهم الثـانى وفـق الثابـت مـن الخطـاب المرسـل لهـا مـن المتهم الثـانى بتـاريخ ٢٠١٤/٤/١١ والـذى أكـد فيـه عمليـة إتمـام البيـع وتحويـل الأسهم مـن قبـل المتهم الثـانى مـدير عـام Investment Gateway Clark Group، ولـم يتبيـن أثـر لهـذا الإجـراء علـى حسـابات الصنـدوق وذلك فيمـا يتعلـق بإيـداع المبالـغ المحصلـة مقابـل عمليـة البيـع وبـأن حجـم الضـرر المـادى الـذى أصـاب أمـوال الصنـدوق يعـادل المبـالغ المستثمـرة فـى المشـروع البالغـة ٦٦٢و١٦٩ او٧٩ دولار أمريكـى ، ويأنهـا لـم تكتـف بنقـل ملكيـة المشروعيـن سـالفى البيـان للمتهم الثـانى للاستيـلاء عليهمـا فحسـب وقامـت بتـاريخ ٢٠١٤/٩/٢ بتحويـل مبلـغ مليـونى دولار أمريكـى إلـى شـركـة Group Investment Gateway Clark المملوكـة للمتهم الثـانى لتسهـل بـذلك للمتهم الثـانى سـالف الـذكر الاستيـلاء علـى أمـوال الصنـدوق وأصـولـه بمبلـغ إجمالـى ٨١١٦٩٦٦٢دولار أمريكـى نفـت ذلك وقـررت بـأن هـذا الاستثمـار مـا زال سـارياً ومملـوك لصنـدوق المـوانئ الاستثمـارى وأن شـركـة Group Investment Gateway Clark مملوكـة لصنـدوق المـوانئ الاستثمـارى بنسبـة ١٠٠% وأنهـا سـتقدم المستنـد الـدال علـى ذلك ، وأضافـت بعـدم صحـة مـا جـاء بتقريـر ديـوان المحاسبـة ومـا قـرره / حمـد العليـان معـد التقريـر بتحقيقـات النيابـة العامـة، ويـأن صنـدوق المـوانئ الاستثمـارى يملـك أصـول أكبـر مـن رأس مـال الصنـدوق .

ويإستجـواب المتهم الثـانى / سعيـد إسماعيـل علـى دشـتي – عضـو فـى المجلـس الاستشـارى ومـدير غيـر تنفيـذى فـى صنـدوق المـوانئ الاستثمـارى – بتحقيقـات النيابـة العامـة – أنكـر مـا نسـب إليـه مـن اتهـام ، وقـرر بأنـه موسسـى شـركـة كـى إل للاستثمـار ولـم يسـاهم فـى رأس مالهـا وأنـه طـرح فكـرة إنشـائها وقـام المسـاهمين بإعطائـه تـوكيلاً عنهـم لتسجيلهـا فقـط

٧٠

، وأنه رئيس مجلس إدارة شركة رابطة الكويت والخليج للنقل ، ولا صلة له بشركة كى جى إل الدولية لإدارة الموانئ والتخزين والنقل وأن توقيعه على عقد تأسيسها المؤرخ ٢٠٠٤/٧/٢٤ حسب اعتقاده ممثلاً عن شركة رابطة الكويت والخليج للنقل ، وأن شركة المرابطون الدولية شركة خاصة مملوكة له ولأخوته وأنه أحد مديرى هذه الشركة ، وأن شركة كى جى إل للاستثمار هى التى أنشأت صندوق الموانئ الاستثمارى ، ولا صلة له بصندوق الموانئ ، وعدم تذكره أى شئ عن هذا الصندوق ولا دور له فى التسويق أو الترويج لهذا الصندوق ، وأنه لا صلة لشركة رابطة الكويت والخليج للنقل ، وشركة المرابطون الدولية، وشركة كى جى إل للموانئ بصندوق الموانئ الاستثمارى ،وأن المتهمة الأولى العضو المنتدب لشركة كى جى إل للاستثمار ، وبمواجهته بما جاء بتقرير ديوان المحاسبة المعد بمعرفة / حمد أحمد العليان ، وما شهد به سالف الذكر بتحقيقات النيابة العامة وبما ثبت من كشف الحساب من أنه تحويل مبلغ ٧١٩١٠٠ دينار كويتى من حساب شركة كى جى إل للاستثمار رقم ٠٦٠٣٧١٣٥٤٩٢٠١، لدى البنك الأهلى الكويتى إلى حساب شركة المرابطون الدولية للتجارة العامة والمقاولات ببنك برقان رقم ٣١٦٠٠٠١٣١٩ والمملوكة له وجاءت عملية تحويل هذا المبلغ لشركة المرابطون الدولية للتجارة العامة والمقاولات على دفعتين الأولى بمبلغ ١٠٠و٣٠٩ دينار كويتى بتاريخ ٢٠١٠/٨/٢٦ ورقم تلكس التحويل ٢٠٦٦.٢٠١٠.٧٠٠BR،والثانية بمبلغ ٤١٠٠٠٠دينار كويتى بتاريخ ٢٠١٠/٨/٢٦ ورقم تلكس التحويل ٢٠٠٦٩.٢٠١٠.٧٠٠BR، وما ثبت من كشف الحساب من تحويل مبلغ ثلاثمائة وخمسين ألف دينار كويتى لحسابه رقم ٢٠٦٠١٢١٧٣١ ببنك برقان بتاريخ ٢٠١٠/١٠/٤ ورقم تلكس التحويل ١٠٠٢.٢٠١٠.٧٠٠ BR ٢٠٠٣، نفى ذلك وقرر بأنه عمل تجارى بين شركة المرابطون وشركة كى جى إل للاستثمار ، وبمواجهته بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بالتحقيقات من أن

المتهمـــة الأولـــى قامـت بصـرف مبلـغ ١٢١٠٠٠ دينـار كــويتى لـه مـن حسـاب صنـدوق المـوانئ الاسـتثمارى وذلـك عبـر تحويـل مالـى بتـاريخ ٢٠١٠/٨/٢٦ بمبلـغ ٢٧٠٠٠ دينـار كــويتى مـن حسـاب صنـدوق المـوانئ الاسـتثمارى رقـم ٠٠١٠٠٤٠٠١١٦٠ لـدى بنـك HSBC، وإصـدار شـيكات لـه هـى رقـم ٢١٤٤٥٣ بمبلـغ ٩٠٠٠ دينـار كــويتى ، ورقـم ٢١٤٤٥٨ بمبلـغ ١٠٠٠٠ دينـار كــويتى ، ورقـم ٢١٤٤٦٤ بمبلـغ ٧٠٠٠ دينـار كــويتى ، ورقـم ٢١٤٤٦٨ بمبلـغ ١٨٠٠٠ دينـار كــويتى  مسـحوبة مـن حسـاب صنـدوق المـوانئ الاسـتثمارى رقـم ٠٠١٠٠٤٠٠١١١٦٠ لـدى بنـك HSBC، والشـيك رقـم ٣ بمبلـغ ١٨٠٠٠ دينـار كــويتى ، ورقـم ٥ بمبلـغ ٧٠٠٠ دينـار كــويتى ، ورقـم ١٨ بمبلـغ ١٨٠٠٠ دينـار كــويتى ، ورقـم ٢٠ بمبلـغ ٧٠٠٠ دينـار كــويتى ) طلـب مراجعـة حسـاباته ، ويمواجهتـه بمـا جـاء بتقريـر الفحـص سـالف البيـان ، ومـا شـهد بـه معـد التقريـر سـالف الـذكر بالتحقيقـات مـن أن إدارة الصنـدوق قامـت بتأسـيس شـركة  اسـمها GLObal  Gateway  Development  Corporation وتعاقـدت عـن طريقهـا مـع الحكومـة الفلبينيـة علـى تنفيـذ أحـد المشـاريع بـالقرب مـن مطـار العاصـمة الفلبينيـة بنظـام BOT لمـدة خمسـين عامـاً مـع إمكانيـة التجديـد لفتـرة أخـرى لا تزيـد عـن خمسـة وعشـرين عامـاً  وتضـمن المشـروع مدينـة صبـاح الأحمـد اللوجسـتية ، والمدينـة الطبيـة ، قامـت علـى إثـر ذلـك مـدير الصنـدوق المتهمـة الأولـى لازاريفـا ماريـا بضـخ مبالـغ ماليـة ضـخمة بلـغ إجماليهـا ٧٩١٦٩٦٦٢ دولار أمريكـى لمباشـرة المشـروع سـالف البيـان إلا انـه لـم يـتم إنجـاز المشـروع فعليـاً ولـم يحقـق أى عوائـد ماليـة حتـى انتهـاء عمـر الصنـدوق فـى ٢٠١٤/١٢/٣١ ، وبإنـه رافـق ذلـك انتهـاء السـيولة الماليـة لصنـدوق المـوانئ الاسـتثمارى ، وقيامـه والمتهمـة الأولـى مـدير الاسـتثمار بصنـدوق المـوانئ الاسـتثمارى بنقـل ملكيـة شـركة Global  Gateway  Development  Corporation ( مالكـة المشـروع عـين سـالفى البيـان ) مـن صنـدوق المـوانئ الاسـتثمارى وبنسـبة Clark  Gateway  Investment  Group شـركة

٧٢

المملوكــة لـــه وفــق الثابــت مــن الخطــاب المرسـل لهـا منـه بتـاريخ ٢٠١٤/٤/١١ والـذى أكـد فيـه عمليـة إتمـام البيـع وتحويـل الأسـهم مـن قبلـه كمديـر عـام Clark Gateway Investment Group ، ولـم يتبيـن أثـر لهـذا الإجـراء علـى حسـابات الصنـدوق وذلـك فيمـا يتعلـق بإيـداع المبالـغ المحصلـة مقابـل عمليـة البيـع ويـأن حجـم الضـرر المـادى الـذى أصـاب أمـوال الصنـدوق يعـادل المبالـغ المسـتثمرة فـى المشـروع البالغـة ٦٦٢و١٦٩و٧٩ دولار أمريكـى ، ويـأن المتهمـة الأولـى لـم تكتـف بنقـل ملكيـة المشـروعين سـالفى البيـان لـك للاسـتيلاء عليهمـا فحسـب وقامـت بتـاريخ ٢٠١٤/٩/٢ بتحويـل مبلـغ مليـونى دولار أمريكـى إلـى شـركة Clark Gateway Investment Group المملوكـة لـك لتسـهل بـذلك للمتهـم الثـانى سـالف الـذكر الاسـتيلاء علـى أمـوال الصنـدوق وأصولـه بمبلـغ إجمـالى ٨١١٦٩٦٦٢دولار أمريكـى نفـى ذلـك وقـرر بأنـه لا صلـة لـه بشـركةGroup Clark Gateway Investment ، ويمواجهتـه بمـا جـاء بتقريـر الفحـص سـالف البيـان ، ومـا شـهد بـه معـد التقريـر سـالف الـذكر بالتحقيقـات مـن قيـام المتهمـة الأولـى مديـر الاسـتثمار ( شـركة كـى جـى إل للاسـتثمار – كايمـان ) لصنـدوق المـوانئ الاسـتثمارى بتقديـم قـروض بالمخالفـة للأغـراض الرئيسـية للصنـدوق حيـث أن الصنـدوق لـيس مـن ضمـن اغراضـه مـنح قـروض حيـث قـام بمنـح قـرض لشـركة كـى جـى إل الدوليـة للمـوانئ والتخـزين والنقـل ش م ك م بمبلـغ عشـرون مليـون دولار أمريكـى بتـاريخ ٢٠٠٧/٨/٢٦ بفائـدة سـنوية ٢٨% ، وتـم خـلال السـنة الماليـة ٢٠١٢ تعديـل اتفاقيـة القـرض مـن قبـل مديـر الاسـتثمار بشـكل منفـرد ألغـى بموجبهـا كافـة الفوائـد المقـررة علـى القـرض وتكويـن مخصـص مقابلهـا وفقـاً لمـا هـو مثبـت فـى البيانـات الماليـة المعتمـدة للصنـدوق عـن السـنة الماليـة المنتهيـة فـى ٢٠١٢/١٢/٣١ ،ممـا أفقـد الصنـدوق عوائـد ماليـة كبيـرة تقـدر بمبلـغ ٣٦٨٨٢٤٧٧ دولار أمريكـى ، ويمواجهتـه بـذلك ، ويمواجهتـه بمـا جـاء بتقريـر الفحـص سـالف البيـان ، ومـا شـهد بـه معـد التقريـر سـالف الـذكر بالتحقيقـات مـن قيـام مديـر

الاستثمار المتهمة الأولى / لازاريفا ماريا بتاريخ ٢٠٠٩/٦/٢٧ بتقديم تسهيلات مالية للشركة الموحدة للنقل والخدمات اللوجستية الأردنية – وهو الممثل القانونى لها – على شكل كفالة بنكية بمبلغ ٩٠٠٠٠٠ دولار أمريكى فى غير أغراض إدارة أموال الصندوق أو استثمارها ، بأن استغلت صفتها كمفوض وحيد على حسابات الصندوق وحولت مبلغ تلك الكفالة للشركة المستفيدة لدى البنك الأردنى الكويتى بالمملكة الأردنية ، وذلك حتى تستطيع الشركة الموحدة من الحصول على قرض من البنك الأردنى وبالفعل تم هذا الأمر وقد تعثرت الشركة الموحدة فى سداد المبلغ فقام البنك بتسييل مبلغ الكفالة البنكية ، كما تنكبت الشركة المستفيدة( الشركة الموحدة ) عن سداد تلك الكفالة لصندوق الموانئ الاستثمارى تسهيلاً من المتهمة الأولى له للاستيلاء على أموال الصندوق ، كما قامت المتهمة الأولى لازاريفا ماريا بتاريخ ٢٠١٣/٩/٣٠ على تحويل مبلغ ٢٠٠٠٠٠ دينار كويتى من حساب الصندوق رقم ٠٦٣٤٩٣٢٨٣٠٠٢ لدى البنك الأهلى الكويتى لذات الشركة سالفة البيان ( شركة الموحدة ) مستغلة صفتها كمفوض وحيد على حسابات الصندوق ، فى غير أغراض إدارة أموال الصندوق أو استثمارها تسهيلاً منها له للاستيلاء على جميع تلك المبالغ حال كونه من مثل الشركة الموحدة فى التوقيع على عقد الكفالة المار ذكره بتاريخ ٢٠٠٩/٦/٢٧ نفى علمه بذلك وقرر بأنه كان رئيس مجلس إدارة الشركة الموحدة ، ويمواجهته بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بالتحقيقات من أن توقيعه عن ٦٧٦ مؤسس فى شركة كى جى إل للاستثمار يشكل شبهات جدية من امتلاكه هذه الشركة وإنه استمر فى عضوية مجلس إدارة هذه الشركة بصفته ممثل عن شركة المرابطون الدولية التى تملك نسبة ٧٥٪ فى تلك الشركة نفى ذلك ، ويمواجهته بما جاء بتقرير الفحص سالف البيان وقد شهد به معد التقرير سالف الذكر بالتحقيقات بشأن باقى

المخالفـــــات الـــــواردة بتقريــــر الفحـــص المعـــد منـــه طلـــب أجـــلاً للرجـــوع للمستندات حتى يتمكن من الرد .

وبإســـتجواب المـــتهم الثالـــث / محمـــد عبدالمحســـن عبداللطيـــف العصـــفور – نائـــب رئـــيس مجلـــس إدارة مؤسســـة المـــوانئ الكويتيـــة – بتحقيقـــات النيابـــة العامـــة– أنكـــر مـــا نســـب إليـــه مـــن اتهـــام ، وقـــرر بـــأن شـــركة كـــى جـــى إل للاستثمار عرضـت علـى مؤسسـة المـوانئ الكويتيـة أن تسـاهم فـى صـندوق المـــوانئ الاستثمـــارى فـــتم عـــرض الأمـــر علـــى مجلـــس إدارة المؤسســـة والـــذى حـــول هـــذا الموضـــوع للجنـــة تنفيذيـــة منبثقـــة عـــن مجلـــس الإدارة ترأســـها هـــو وبعضـــوية كـــلاً مـــن عصـــام البحـــر ، وعبدالعزيـــز العصـــيمى ، وصـــباح جـــابر العلـــى ، وعصـــام البـــدر ، ومنصـــور حيـــاة فشـــكلت اللجنـــة التنفيذيـــة لجنـــة مصـــغرة مـــن عصـــام البـــدر ،ومنصـــور حيـــاة ،وعبدالله بـــدر الشـــمالى لدراســـة الطلـــب وقـــدمت هـــذه اللجنـــة تقريـــراً انتهـــى للموافقـــة علـــى مشـــاركة مؤسســـة المـــوانئ الكويتيـــة فـــى صـــندوق المـــوانئ رفـــع هـــذا التقريـــر لـــه فقـــام برفعـــه لمـــدير عـــام المؤسســـة بعـــد أن تأشـــر منـــه بعـــرض الموضـــوع علـــى رئـــيس مجلـــس إدارة المؤسســـة لاتخـــاذ مـــا يـــراه مناســـباً فـــتم عـــرض الأمـــر علـــى مجلـــس إدارة المؤسســـة ، وبأنـــه قـــام بـــالتوقيع علـــى عقـــد الاكتتـــاب ومشـــاركة مؤسســـة المـــوانئ الكويتيـــة فـــى صـــندوق المـــوانئ الاستثمـــارى المـــؤرخ ٢٠١٠/٧/١٤ بنـــاء علـــى طلـــب مـــن وزيـــر المواصـــلات الـــدكتور / محمـــد البصـــيرى فـــى ذلـــك الوقـــت وبتفـــويض كتـــابى منـــه ، وأنـــه لـــم يطلـــع علـــى نشـــرة الاكتتـــاب الخاصـــة بالصـــندوق ، وتـــم ســـداد مســـاهمة المؤسســـة مبلـــغ خمســـون مليـــون دولار أمريكـــى فـــى صـــندوق المـــوانئ الاستثمـــارى بتحويـــل بنكـــى وأنـــه الـــذى أمـــر بهـــذا التحويـــل بنـــاء علـــى التفـــويض الكتـــابى الممنـــوح لـــه مـــن وزيـــر المواصـــلات ، وأن مـــن وقـــع علـــى ملحـــق العقـــد فـــى عـــام ٢٠١٣ بزيـــادة مســـاهمة مؤسســـة المـــوانئ الكويتيـــة فـــى صـــندوق المـــوانئ الاستثمـــارى وزيـــر المواصـــلات الســـابق / ســـالم الأذينـــة ، ويمواجهتـــه بمـــا جـــاء بتقريـــر ديـــوان المحاســـبة المعـــد بمعرفـــة / حمـــد أحمـــد العليـــان ومـــا شـــهد بـــه ســـالف الـــذكر بتحقيقـــات النيابـــة العامـــة مـــن عـــدم ســـداد شـــركة كـــى

جى أل للاستثمار حصتها فى رأس مال الصندوق والبالغة ٢٠ مليون دولار أمريكى منذ تأسيس الصندوق وحتى بعد انتهاء عمر الصندوق نفى علمه بذلك ، ويمواجهته بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بالتحقيقات من أنه اتخذ قرار مساهمة المؤسسة فى صندوق الموانئ الاستثمارى وأنه كان من ضمن من وضعوا أهداف مساهمة مؤسسة الموانئ الكويتية فى صندوق الموانئ الاستثمارى نفى ذلك ، ويمواجهته بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بالتحقيقات من أنه وافق على زيادة رأس مال المؤسسة بمبلغ ٣٥ مليون دولار أمريكى فى صندوق الموانئ الاستثمارى نفى ذلك وقرر بأن مجلس الوزراء هو الذى وافق على ذلك ، ويمواجهته بما جاء بتقرير الفحص سالف البيان ، وما شهد به معد التقرير سالف الذكر بالتحقيقات من أنه حصل شركة كى جى إل كايمان مدير استثمار الصندوق على مبالغ مالية بدون وجه حق بلغ إجماليها مبلغ ٢٦٠و٨٩٨و٣ دولار أمريكى مقابل أتعاب الإدارة لحصة مؤسسة الموانئ الكويتية بأثر رجعى ، وقد نتج هذا الضرر المادى بالنسبة لأتعاب الإدارة نتيجة تقديم اكتتاب مؤسسة الموانئ الكويتية إلى تاريخ تأسيس الصندوق فى عام ٢٠٠٧ بدلاً من تاريخ مساهمتها الفعلية فى يوليوعام ٢٠١٠ حيث حصل مدير استثمار الصندوق بموجب ذلك على مبالغ بدون وجه حق ، وأنه المسئول عن هذه المخالفة حال كونه نائب رئيس مؤسسة الموانئ الكويتية والقائم بإبرام عقد الاكتتاب فى ٢٠١٠/٧/١٤ وموافقته على تعديل العقد بأثر رجعى منذ تأسيس الصندوق فى ٢٠٠٧، وأنه تربطه علاقات تجارية بأحد الأطراف المستفيدين وهو المتهم الثانى / سعيد دشتى الذى يعد أحد المؤسسين فى شركة كى جى إل للاستثمار ويمثلها قانوناً حيث ارتبط معه فى شراكة فى الشركة الوطنية للتنظيف وشركات أخرى يثبت من خلالها تحصله على منفعة وربح نتيجة هذه الشراكة بالإضافة إلى تأثير هذه الشراكة على القرار الاستثمارى فى مؤسسة الموانئ إن كان

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٠١٥/٢٢ جنايات المباحث والمنضم لها الجنايتين رقمى ٢٠١٣/٥٤٧، ٢٠١٤/١٧١٩ جلسة ١١/ ١١/ ٢٠١٩ جنايات ٣/

يــرأس الاجتمــاع الــذى تمــت فيــه مناقشــة استــثمار وإكتتــاب مؤسســة المــوانئ فــى صنــدوق المــوانئ نفــى ذلــك وقــرر بأنــه أكــد فــى ذلــك المحضــر بــان رئاســته للمجلــس بنــاء علــى تكليـف مــن وزيــر المواصـلات ، وأضـاف بــأن وزيــر المواصــلات أشــر بالاعتمــاد علــى محضــر الاجتمــاع ، ويمواجهتـه بمــا جــاء بتقريــر الفحـص سـالف البيــان ، ومـا شــهد بـه معـد التقريــر ســالف الــذكر بالتحقيقــات وبمــا هــو ثابــت مــن البيــان الصــادر مــن قســم التــراخيص والإحصــاء بتــاريخ ٢٠١٥/١٢/٣١ بــأن أعضــاء مجلــس إدارة شــركة الوطنيــة للتنظيـف كـى هـم فـؤاد إسـماعيل علـى دشـتى رئيسـاً ، وهـو كنائـب رئيـس ، وشــهد ســعيد دشــتى ، وضيــاء عبدالله الــوزران كأعضــاء ،وبــأن شــركة صبحـان للمقـاولات الزراعيـة يملـك فيهـا حصـة واحـدة ، و ٩٩ حصـة للشــركة الوطنيــة للتنظيــف ،وأن كبــار المســاهمين فــى الشــركة الوطنيــة للتنظيــف هــم ســعيد إسـماعيل دشـتى وشـركة رابطـة الكويـت والخليـج للنقــل وشــركاتها الزميلــة وشـركة رابطـة الكويــت والخليــج القابضـة وشـركتين أخريــن لم يبدى مبرراً .

وحيـث أصـدرت النيابـة العامـة بتـاريخ ٢٠١٧/٤/٢٦ قـراراً بضـم القضيـة رقــم ٢٠١٣/٥٤٧ حصـر أمـوال عامـة ، والقضيـة رقـم ٢٠١٤/١٧١٩ حصـر أمـوال عامـة للقضيـة الراهنـة رقـم ٢٠١٢/١٤٩٦ حصـر أمـوال عامـة ليصدر فيهم قراراً واحداً .

وحيـث تتحصـل واقعـات الـدعوى رقـم ٢٠١٣/٥٤٧ حصـر أمـوال عامـة فيمـا أبلغـت بـه / منـى عبدالمنعم محمـود – موظفـة سـابقة فـى شـركة كـى جـى أل للاسـتثمار – ومـا شـهدت بـه بتحقيقـات النيابـة العامـة مـن إنهـا بمناسـبة عملهـا فـى شـركة كـى جـى إل للاسـتثمار خـلال الفتـرة مـن ٢٠٠٧/١/١حتـى ٢٠١٠/٣/٣٠ تكشـف لهـا قيـام شـركة كـى جـى إل للاسـتثمار KGLINVESTMENT – شـركة مسـاهمة كويتيـة مقفلـة – بصفتهـا كوكيـل اكتتـاب ومديـر اسـتثمار بإنشـاء صنـدوق المـوانئ الاسـتثمارى فـى جـزر كـايمن، وذلـك بعـد اسـتصدارها التـرخيص رقـم الصـادر فـى ٢٠٠٧/٥/١٢ مـن وزارة التجـارة والصـناعة ،

وجاء فى نشرة الاكتتاب أن الصندوق يهدف إلى تحقيق معدل عائد داخلى بنسبة ٣٠% على إجمالى استثمارات الصندوق ، عن طريق تقديم الفرصة للمستثمرين للاكتتاب فى نمو وتطوير الأعمال ذات العلاقة بالميناء والاستثمارات الأخرى ، وقد تولى مدير الصندوق شركة " كى جى أل كايمان للاستثمار المحدودة " ، وتولى بنك "أتش إس بى سى الشرق الأوسط المحدود " أميناً للاستثمار ، وأن للصندوق فى البنك سالف البيان حسابين الأول بعملة الدينار الكويتى يحمل رقم ١٠٠١٤٠٠١٠٠،٠٠، والحساب الثانى بعملة الدولار الأمريكى يحمل رقم ١١٦٠٤٠٠١٠٠،٠٠ ، وأنه بناء على هذا الترخيص سالف البيان أعلنت شركة كى جى أل للاستثمار عن نشرة الاكتتاب فى الصندوق مبيناً بها أن صندوق الموانئ المؤسس فى جزر كايمان ومكاتبه الرئيسية بالكويت وزوتـردوم بهولنـدا يعـرض علـى المستثمرين المتخصصين فرصة المشاركة فى تطوير وتعزيز صناعة إدارة الموانئ والقطاعات المتصلة بها من خلال استثمارات خاصة فى شركات واعدة فى مختلف أنحاء العالم وأن متوسط العائد الداخلى السنوى المستهدف للمستثمرين ٣٠% طوال مدة الصندوق ، وأن الصندوق مقفل ومدته خمس سنوات قابلة للتجديد لفترتين متتاليتين كل فترة سنة واحدة ، وبناء على نشرة الاكتتاب سالفة الذكر فقد ساهمت المؤسسة العامة للتأمينات الاجتماعية الكويتية فى رأس مال صندوق الموانئ الاستثمارى سالف الذكر بمبلغ أربعين مليون دولار أمريكى بالإضافة إلى تحمل المؤسسة المذكورة مبلغ أربعمائة ألف دولار أمريكى رسوم إدارية لازمة للاكتتاب وهو ما يمثل ٠,٠٨و٤٣% من رأس مال الصندوق وذلك بموجب العقد رقم ٥١/٢٠٠٧ المؤرخ ٢٠٠٧/٧/٣١ والمحرر بين مدير عام المؤسسة ويبين العضو المنتدب لشركة كى جى إل للاستثمار المتهمة الثانية / ماريا لازاريفا ، ونفاذاً لهذا العقد فقد أودعت المؤسسة العامة للتأمينات المبلغ أنف البيان فى حسابات الصندوق لدى البنك أمين الاستثمار وقد تبين لها من متابعة كيفية إنشاء الصندوق ووسيلة

اكتتـــاب المؤسســـة العامـــة للتأمينـــات الاجتماعيـــة الكويتيـــة فيــه وأصــول إدارة أموالــه والتصـرف فيهـا ارتكـاب المتهمـين الأولـى / ماريـا لازاريفـا نائـب رئـــيس مجلــس إدارة شــركة كــى جـى إل للاســتثمار والعضــو المنتــدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى والمتهـم الثـانى / سـعيد إسـماعيل دشـتي الـرئيس التنفيـذى فـى صـندوق المـوانئ الاسـتثمارى والمفـوض بـالتوقيع عـن الصـندوق وعضـو مجلــس إدارة شــركة كــى جـى إل للاســتثمار مخالفــات إداريـــة وماليـــة حــول اخـتلاس أمـوال الصـندوق والإضـرار بمسـاهمة مؤسسـة التأمينـات الاجتماعيـــة الكويتيـــة للحصــول علــى ربــح والاســتيلاء علـى تلـك الأمـوال دون وجـه حـق ، وقـد تمثلـت تلـك المخالفـات فـى الأتـى :- المخالفـة الأولـى :- إلتجـاء شـركة كـى جـى إل للاسـتثمار " مـدير الاسـتثمار " إلـى وســائل احتياليـــة فـــى إقنـــاع المؤسســة العامـــة للتأمينـــات الاجتماعيـــة الكويتيـــة للمســاهمة فــى رأس مـال صـندوق المـوانئ بـأن أظهـرت المتهمـة الأولـى / ماريـا لازاريفـا نائـب رئـيس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بـالتوقيع عـن الشـركة وعـن صـندوق المـوانئ الاسـتثمارى علـى خـلاف الحقيقـة قيـام بعـض المسـتثمرين بالمسـاهمة فـى هـذا الصـندوق وأن للصـندوق أفـرع فـى هولنـدا ، وأظهـرت حجـم مـالى كبيـر للصـندوق وسـداد الشـركة وبعـض المسـتثمرين لمسـاهماتهم فـى وحـدات ذلـك الصـندوق ، وأن لـه أنشـطة متنوعـة ومتميـزة ويحقـق أربـاح وكـل هـذا بالمخالفـة للحقيقـة وذلـك علـى النحـو الأتـى :-

١- أن مسـاهمة شـركة كابيتـال لينـك فـى الصـندوق وهميـة حيـث أن العقـد المحـرر مـع شـركة كابيتـال لينـك بمشـاركتها فـى الصـندوق بمبلـغ عشـرين مليـون وسـتمائة ألـف دولار أمريكـى عقـد صـورى إذ أن شـركة كابيتـال لينـك إحـدى الشـركات التابعـة لشـركة كـى جـى ال للاسـتثمار وتمتلـك رأس مالهـا بنسـبة ١٠٠% حيـث لـم يـتم إيـداع المبلـغ محـل العقـد فـى حسـابات الصـندوق لـدى البنـك أمـين الاسـتثمار ، ٢- أنـه لـم يكـن للصـندوق وقـت انشـاء نشـرة الاكتتـاب بـه أيـة أفـرع فـى هولنـدا بخـلاف مـا ورد بتلـك النشـرة إذ

تــم تعييـن السـيد / هنريـك سـتيفن المسـئول عـن الفـرع فـى هولنـدا فـى نــوفمبر عــام ٢٠٠٧ فــى حيــن أن النشـرة كانـت بتـاريخ أبريـل لعـام ٢٠٠٧ ، وأبرمــت عقــود الخــدمات بيــن كــى جــى ال للاسـتثمار فـرع هولنـدا وصنـدوق المـوانئ فـى عـام ٢٠٠٨ بعـد صـدور نشـرة الاكتتـاب بعـام كامـل ، ٣- تضــمنت نشـرة الاكتتـاب الخاصـة بالصنـدوق أنـه يحقـق متوسـط عائــد داخلــى سـنوى للمسـتثمرين بواقـع ٣٠% سـنوياً طـوال مـدة عمـل الصنـدوق وهـى خمـس سـنوات بيـد أن هـذا الصنـدوق لـم يحقـق فعليـاً أيـة أريـاح فعليـة للمسـتثمرين وكانـت الأربـاح وهميـة لإيهـام المسـتثمرين بالأربــاح علـى خـلاف الحقيقـة ، ٤- زعمـت شـركة كـى جـى إل للاسـتثمار فـى نشـرة الاكتتـاب المشـار إليهـا بـأن صنـدوق المـوانئ يعمـل فـى مجـال البنيــة التحتيــة وأسسـت هـذا الـزعم علـى أن هـذا الصنـدوق يسـاهم بمبلـغ عشــرين مليـون وسـتمائة الـف دولار أمريكـى فـى مشـروع مينـاء دميـاط بجمهوريـة مصـر العربيـة وأن مـا زعمتـه مخالفـاً للحقيقـة حيـث أنهـا لـم تسـاهم بهـذا المبلـغ ولـم تودعـه فـى الصنـدوق ، وتحصلـت علـى أمـوال المسـتثمرين المودعـة فـى الصنـدوق ومنحـت بهـا قرضـاً بمبلـغ عشـرين مليـون وسـتمائة الـف دولار أمريكـى لشـركى كـى جـى إلـى الدوليـة للمـوانئ لاسـتثمار هـذا المبلـغ باسـمها وليـس بإسـم الصنـدوق فـى مشـروع مينـاء المشـار إليـه ، المخالفـة الثانيـة :- عـدم التـزام شـركة كـى جـى إل للاسـتثمار بإيـداع حصتهـا فـى رأس مـال صنـدوق المـوانئ الاسـتثمارى بمقـدار ٢٠ مليـون دولار أمريكـى " عشـرون مليـون دولار أمريكـى " بمـا يعـادل ٥٤و٢١% مـن رأس المـال وهـو المبلـغ المشـار إليـه متضمنـاً ستمائة ألـف دولار أمريكـى رسـوم إصـدار إداريـة بواقـع ٣% مـن حصـة كـل مسـاهم وفقـاً لمـا هـو ثابـت مـن كشـف الحسـاب الصـادر مـن أميـن الاسـتثمار " بنـك إتـش إس بـى سـى " بتـاريخ ٢٠٠٧/٨/٣٠ بمـا يعكـس تعمـد الشـركة المذكـورة التدليـس علـى المسـاهمين فـى الصنـدوق المشـار إليـه بغـرض اسـتدراج مسـاهماتهم والاسـتيلاء عليهـا وتبديدهـا ، المخالفـة الثالثـة :- تعمـد شـركة كـى جـى إل للإسـتثمار التدليـس علـى المسـاهمين

٨٠

فى صندوق الموانئ ومنهم المؤسسة العامة للتأمينات الاجتماعية بأن أوهمتها على خلاف الحقيقة أنها ساهمت فى أموال الصندوق بنسبة ٥٤ و٢١% وقامت المتهمة الأولى / ماريــا لازاريفــا نائــب رئيـس مجلس إدارة شركة كى جى إل للاستثمار والعضو المنتدب للشركة والمفوضة بالتوقيع عن الشركة وعن صندوق الموانئ الاستثمارى بإستخدام هذه النسبة فى إقراض شركة أخرى تابعة لها وهى شركة كى جى إل الدولية للموانئ والتخزين والنقل والمملوكة للمتهم الثانى / سعيد إسماعيل دشتى مبلغ عشرون مليون وستمائة ألف دولار أمريكى حولتها مــن أمـوال المسـاهمين – ومنهــا أمــوال المؤسسـة العامـة للتأمينــات الاجتماعيـة– فـى صندوق الموانئ للاستثماروفى غير أغــراض الصندوق باسمها وليس بإسـم الصندوق فـى مشـروع مينــاء دميــاط بجمهوريـة مصـر العربيـة ، وذلـك وفقـاً لمـا هـو ثابـت فـى البيانـات الماليـة للصندوق عـن الفتـرة مـن ٢٠٠٧/٣/٢١ حتـى ٢٠٠٨/١٢/٣١ فـى البنـد ٥ منـه ( القـروض والـذمم المدينـة )ورغم أن شـركة كـى جـى إل للاسـتثمار لـم تـودع حصـتها بصـندوق الموانئ الاستثمارى مـن الأسـاس وذلـك لتحقيـق منفعـة ومصـلحة للمتهـم الثـانى ، المخالفـة الرابعـة:- قيـام مديـر الصندوق شـركة كـى جـى أل للاسـتثمار المتهمـة الأولى / ماريـا لازاريفـا نائـب رئيـس مجلـس إدارة شـركة كـى جـى إل للاسـتثمار والعضـو المنتـدب للشـركة والمفوضـة بالتوقيـع عـن الشـركة وعـن صـندوق المـوانئ بالتزويـر فـى البيانـات الماليـة لإظهـار الموقـف المـالى لصـندوق المـوانئ فـى حالـة رواج وإنتعـاش وتحقيـق أربـاح علـى خـلاف الحقيقـة ،حيـث تطـور رأس مـال صـندوق المـوانئ بعـد مسـاهمة المؤسسـة العامـة لتأمينـات الاجتماعيـة بمبلـغ ٤٠ مليـون دولار أمريكـى بالإضافة إلـى مبلـغ ٤٠٠ ألـف دولار أمريكـى رسـوم إداريـة وهـذا المبلـغ يمثـل ٤٣ و٠٨% مـن رأس مـال الصـندوق والبالـغ قيمتـه ٢ و٨٥٢ و٠٠٠ و٩دولار أمريكـى ولـم يحقـق صـندوق المـوانئ أيـة أربـاح بـل تعـرض لتنـاقص أموالـه وتآكلهـا حيـث أن رأس مـال أصـبح مبلـغ مائـة وإثنـين وأربعـين ألـف دولار و٢٢ سـنت حسبما

٨١

هو ثابت من كشف بنك اتش اس بى سى المؤرخ ٢٠١٠/٧/١٨ بدلاً من اثنين وتسعين مليون وثمانمائة واثنين وخمسين دولار أى كاد الصندوق يفقد كل أمواله ، ثم أصدر البنك كشفاً أخر يوضح أن رأس مال الصندوق أصبح ٢٢ و٤٢١و ٥٠ مليون دولار أمريكى بعد أن قامت مؤسسة الموانئ الكويتية بالمساهمة فى الصندوق بمبلغ خمسين مليون دولار أمريكى بناء على البيانات المالية الكاذبة الصادرة من شركة كى إل للإستثمار عن تحسن الأحوال المالية للصندوق على خلاف الحقيقة ، وقد صدر عن الشركة سالفة البيان بيانات مالية عن الصندوق حتى ٢٠١٠/١٢/٣١ متضمنة أن الصندوق به ٣٧٥و٣٠٩و٢١٦ دولار أمريكى يخص المؤسسة العامة للتأمينات منه مبلغ ٧٣٥و٤٧٨و٦٦ دولار أمريكى ، وأن الشركة تعمدت ذكر بيانات مالية مبالغ فيها عن الموقف المالى للصندوق لإيهام المؤسسة العامة للتأمينات بأن حصتها الأساسية فى الصندوق قائمة وتحقق أرباح على خلاف الحقيقة معتمدة على أن مؤسسة التأمينات الاجتماعية ليس لها الحق فى الانسحاب من الصندوق إلا بعد انتهاء مدته بالنسبة لها فى أغسطس عام ٢٠١٢ وعند حلول الأجل يكون المسئولون عن هذه الشركة خارج البلاد وأنهوا أعمالهم بالكويت ويصعب ملاحقتهم بشأن ما ارتكبوه ، وأضافت بأن مرتكبى هذه المخالفات هما المتهمة الأولى / ماريا لازاريفا نائب رئيس مجلس إدارة شركة كى إل للاستثمار والعضو المنتدب للشركة والمفوضة بالتوقيع عن الشركة وعن صندوق الموانئ الاستثمارى والمتهم الثانى / سعيد إسماعيل دشتى الرئيس التنفيذى فى صندوق الموانئ الاستثمارى والمفوض بالتوقيع عن الصندوق وعضو مجلس إدارة شركة كى جى إل للاستثمار .

ويسوّال الشيخ / عبدالله جابر الأحمد الجابر الصباح – نائب المدير العام لشئون الاستثمار بالمؤسسة العامة للتأمينات اجتماعية – بتحقيقات النيابة العامة– شهد بأن المؤسسة تلقت من شركة كى جى إل لاستثمار لشرة الاكتتاب فى صندوق الموانئ الاستثمارى وذلك فى

٨٢

غضـون شـهر مايـو عـام ٢٠٠٧ للمسـاهمة فـى الصنـدوق وبنـاء علـى ذلـك قامـت المؤسسـة العامـة للتأمينـات الإجتماعيـة بإتخـاذ كافـة الإجـراءات حسـب اللـوائـح والـنظم المعمـول بهـا فـى المؤسسـة بـأن قامـت إدارة الاسـتثمار المباشـر بالمؤسسـة وهـى المختصـة فـى شـأن إدارة أمـوال المؤسسـة واسـتثمارها عـن طريـق الإدارة الفنيـة بالمؤسسـة بعمـل دراسـة جـدوى للاسـتثمار فـى صنـدوق المـوانئ الاسـتثمارى ورفعـت الإدارة الفنيـة تقريـراً بـذلك للجنـة الاسـتثمار الـداخلى التـى وافقـت علـى الـدخول فـى ذلـك الاسـتثمار وأن المسـئول عـن هـذه اللجنـة جميـع مـديرى الاسـتثمار فـى المؤسسـة ، ويتـاريـخ ٢٠٠٧/٦/٥ وافقـت المؤسسـة علـى الـدخول فـى صنـدوق المـوانئ الاسـتثمارى وتـم إبـرام العقـد رقـم ٢٠٠٧/٥١ مـع شـركة كـى جـى إل للاسـتثمار بتـاريـخ ٢٠٠٧/٦/٥ للمسـاهمة فـى ذلـك الصنـدوق بمبلـغ ٤٠ مليـون دولار أمريكـى بنسـبة ٢٨% مـن رأس مـال الصنـدوق وقامـت المؤسسـة بـدفع ذلـك المبلـغ علـى فتـرات متفـاوتـة وتـم تعييـن ممثـل للمؤسسـة العامـة للتأمينـات الاجتماعيـة فـى ذلـك الصنـدوق ، وأضـاف بـأن الاسـتثمار فـى ذلـك الصنـدوق حقـق أريـاح حتـى ٢٠١٣/٩/٣٠ للمؤسسـة بعائـد سـنوى ٢٣,٠٣% بواقـع ٥٠مليـون دولار أمريكـى وأن ذلـك ثابـت مـن خـلال البيانـات الماليـة وأنـه سـوف يتـم اسـتلام الأربـاح فـى نهايـة مـدة الصنـدوق والـذى تنتهـى مدتـه فـى ٢٠١٤/١٢/٣١وأنـه لـيس هنـاك ثمـة ضـرر لحـق بـأمـوال المؤسسـة مـن جـراء المسـاهمة فـى صنـدوق المـوانئ الاسـتثمارى ، ويمواجهتـه بمـا أبلغـت الشـاكية / منـى عبدالمنعم محمـود بـه و مـا شـهدت بـه بتحقيقـات النيابـة العامـة قـرر بعـدم صحـة مـا قررتـه الشـاكية .

ويسـؤأل / يوسـف عبدالله السـليمان الأحمـد – مـدير إدارة التـدقيق الـداخلى بالإنابـة بالمؤسسـة العامـة للتأمينـات الاجتماعيـة – بتحقيقـات النيابـة العامـة شـهد بـأن المؤسسـة تلقـت مـن شـركة كـى جـى إل للاسـتثمار نشـرة الاكتتـاب فـى صنـدوق المـوانئ الاسـتثمارى وذلـك فـى غضـون شـهر مـايـو عـام ٢٠٠٧ للمسـاهمة فـى الصنـدوق وبنـاء علـى ذلـك قامـت

المؤسسة العامة للتأمينات الاجتماعية بإتخاذ كافة الإجراءات حسب اللوائح والنظم المعمول بها فى المؤسسة بأن قامت إدارة الاستثمار المباشر بالمؤسسة وهى المختصة فى شأن إدارة أموال المؤسسة واستثمارها عن طريق الإدارة الفنية بالمؤسسة بعمل دراسة جدوى للاستثمار فى صندوق الموانئ الاستثمارى ورفعت الإدارة الفنية تقريراً بذلك للجنة الاستثمار الداخلى التى وافقت على الدخول فى ذلك الاستثمار وأن المسئول عن هذه اللجنة جميع مديرى الاستثمار فى المؤسسة ، وبناء على ذلك وافقت المؤسسة على الدخول فى صندوق الموانئ الاستثمارى وتم إبرام العقد رقم ٥١/٢٠٠٧ مع شركة كى جى إل للاستثمار بتاريخ ٥/٦/٢٠٠٧ للمساهمة فى ذلك الصندوق بمبلغ ٤٠ مليون دولار أمريكى بنسبة ٢٨% من رأس مال الصندوق ، وقامت المؤسسة بدفع ذلك المبلغ على فترات متفاوتة وتم تعيين ممثل للمؤسسة العامة للتأمينات الاجتماعية فى ذلك الصندوق ، وأضاف بأن الاستثمار فى ذلك الصندوق حقق أرباح حتى ٣٠/٩/٢٠١٣ للمؤسسة بعائد سنوى ٢٣و٠٣% بواقع ٥٠مليون دولار أمريكى وأن ذلك ثابت من خلال البيانات المالية وأنه سوف يتم استلام الأرباح فى نهاية مدة الصندوق والذى تنتهى مدته فى ٣١/١٢/٢٠١٤ ، وأضاف بأن إدارة التدقيق الداخلى قامت بالتدقيق على الإجراءات التى اتخذتها المؤسسة العامة للتأمينات الاجتماعية للمساهمة فى صندوق الموانئ الاستثمارى ، فتبين لها أنها صحيحة ولا يوجد ثمة ملاحظات بها ، وأنه تم إعداد تقرير من إدارة التدقيق الداخلى خلال الفترة من ١/١/٢٠١٠ حتى ٣٠/٦/٢٠١٠ أثبت به أنه لا توجد ثمة مخالفة أو ملاحظات على إجراءات مساهمة المؤسسة فى ذلك الصندوق ، وأنه من واقع التدقيق على المستندات الخاصة بتلك المساهمة لا يوجد حتى الآن ضرر لحق بالمال العام وأنه حسب تقييم إدارة الاستثمار المباشر فإنه توجد أرباح غير معلنة من جراء تلك المساهمة فى ذلك الصندوق .

ويسـأل / طـارق فـوزى محمـود حسـين – كبيـر المـدققين بقطـاع الرقابـة
علـى الجهـات الملحقـة والاستثمار بـديوان المحاسـبة – بتحقيقـات النيابـة
العامـة – شـهد بأنـه رئـيس فريـق التـدقيق الـذى أعـد تقريـر فحـص ديـوان
المحاسـبة بشـأن الملاحظـات التـى شـابت مسـاهمة المؤسسـة العامـة
للتأمينـات الاجتماعيـة فـى صـندوق المـوانئ الاستثمارى عـن السـنة الماليـة
٢٠١٢/٢٠١٣ وقد شـاركه فـى هـذا الفحـص / حمـد عبدالمجيـد جـواد
الأميـر – مـدقق بقطـاع الرقابـة علـى الجهـات الملحقـة والاستثمار بـديوان
المحاسـبة ، وأنـه قـد أسـفر الفحـص عـن مسـاهمة المؤسسـة العامـة
للتأمينـات الاجتماعيـة فـى صـندوق المـوانئ الاستثمارى بمبلـغ
٠٠٠,٤٠٠ و ٤٠ دولار أمريكـى وأن هـذا الصـندوق الاسـتثمارى مقفـل
ومسـجل فـى جـزر الكايمـان وأن رأس مالـه مبلـغ وقـدره خمسـمائة مليـون
دولار أمريكـى ومدتـه خمـس سـنوات قابلـة للتجديـد وتنتهـى مدتـه فـى
٢٠١٢/١٢/٣١ وأنـه تـم تمديـده بتـاريخ ٢٠١٢/٧/٢٨ لمـدة سـنتين حتـى
٢٠١٤/١٢/٣١ ، وأضـاف بـأن الإجـراءات الخاصـة بمسـاهمة المؤسسـة
العامـة للتأمينـات الاجتماعيـة فـى ذلـك الصـندوق لا توجـد بهـا ثمـة
مخالفـات وأنهـا تمـت طبقـاً للـوائح والـنظم المعمـول بهـا فـى المؤسسـة
باستـثناء عـدم استخدام المؤسسـة لحقهـا فـى تعيـين ممثـل لهـا فـى
الصـندوق خـلال الفتـرة مـن عـام ٢٠٠٧ حتـى أكتـوبر مـن عـام ٢٠١٠ وأن
ذلـك يعـد مخالفـة إداريـة بحتـة وأنـه بعـد ذلـك التـاريخ تـم تلافـى تلـك
المخالفـة وتعيـين ممثـل لهـا فـى ذلـك الصـندوق ، كمـا تبـين مـن الفحـص
وجـود بعـض الملاحظـات تمثلـت فـى ١ – عـدم وضـوح أسـس احتسـاب
رسـوم التـأخير عـن زيـادة المسـاهمين مـن مؤسسـة المـوانئ الكويتيـة
وشـركة بهبهانى للاستثمار وهـذه الأسـس تـم إيضـاحها لاحقـاً مـن قبـل
المؤسسـة العامـة للتأمينـات الاجتماعيـة بعـد مراسـلة إدارة الصـندوق وأنـه
تـم احتسـاب مبلـغ ٧٠٦٠٠٠ دولار أمريكـى مصـروفات إدارة بالزيـادة
نتيجـة إثبـات مسـاهمة كـلاً مـن مؤسسـة المـوانئ الكويتيـة وشـركة بهبهانى
للاستثمار كمسـتحقات فـى ٢٠١٢/١٢/٣١ ، وهـذا وقـد سـبق لمـدير

الصندوق احتساب مليــون دولار مصروفات إدارة بالزيـادة نتيجــة إثبــات مساهمة مؤسسـة المـوانئ الكويتيـة البالغـة خمسـون مليــون دولار أمريكـى كمستحقات فى ٢٠٠٩/١٢/٣١ ، وأنـه تـنج عـن ذلـك حصـول مـدير الصندوق علــى أتعـاب إدارة بمبلــغ ٠٠٠،٧٠٦و١ دولار أمريكـى ناتجـة عـن إثبـات بعـض زيـادات المساهمة فـى رأس مـال الصـندوق كمستحقات لــم يـتم سـدادها فـى السـنوات الماليـة التاليـة وقـد تحملـت مؤسسـة التأمينـات الاجتماعيـة جـزء مـن هـذه المصـروفات بنسـبة مساهمتها فـى ذلـك الصندوق ، ٢- قيام صندوق المـوانئ الاستثمارى بمـنح شـركة كـى جـى إل الدوليـة للمـوانئ والتخـزين والنقـل قـرض قابـل للتحويـل إلـى أسـهم بشـركة دميـاط الدوليـة للمـوانئ بمبلـغ ٢٠ مليــون دولار أمريكـى لمـدة خمـس سـنوات تبـدأ مـن ٢٠٠٧/٨/٢٧ بفائـدة ٢٨% تـدفع عنـد الاسـتحقاق بالمخالفـة لاستراتيجية وأهـداف الاسـتثمار فـى الصـندوق حيـث أن الصـندوق لـيس مـن أغراضـه مـنح قـروض وأن اسـتثماره يكـون فـى إدارة المـوانئ والأنشطة التشـغيلية المرتبطـة بـه ، وأن تلـك الفائـدة تـم إحتسـابها لمـدة سـنة وأثبتـت فـى البيانـات الماليـة لعـام ٢٠٠٨ وتـم إلغاؤهـا مـن الـدفاتر بالبيانـات الماليـة فـى عـام ٢٠١١ ولـم يـتم احتسـاب أيـة فوائـد بشـأن هـذا القـرض ممـا أثـر علـى إيـرادات الصـندوق ، وتـم تمديـد مـنح ذلـك القـرض لمـدة سـنتين ينتهـى فـى ٢٠١٤/٨/٢٦ ،وهـذا مخالـف لإسـتراتيجية وأهـداف الاسـتثمار ،٣- تـدنى المسـاهمات المدفوعـة فـى رأس مـال الصـندوق مقارنـة بـرأس المـال المصـرح بـه بـالرغم مـن زيـادة مساهمة بعـض الجهـات وقـرب انتهـاء عمـر الصـندوق ، ٤- عـدم اسـتغلال مـدير الصـندوق نسـبة كبيـرة مـن رأس مـال الصـندوق فـى مجـالات الاسـتثمار المحـددة فـى مـذكرة الاكتتـاب الخـاص وتضـخيم تقيـيم رأس مـال اسـتثمارات الصـندوق ممـا أثـر علـى نتـائج أعمالـه حيـث بلغـت تكلفـة الاسـتثمارات خـلال الفتـرة مـن بدايـة عمـر الصـندوق فـى عـام ٢٠٠٧ حتـى ٢٠١٨/١٢/٣١ مبلـغ ٤٣٩/٤و١٠٢ دولار أمريكـى بنسـبة ٥٧و مـال الصندوق البالـغ ٠٠٠،١٥٢و١٧٨دولار أمريكـى وتـم

٨٦

تقيـيـم تلـك الاسـتثمارات بمبلـغ ٦٢٢و٢٩٩و٢٣١ دولار أمريكـى وهـو أمـر مغـالى فيـه حيـث تبلـغ نسـبة الأربـاح الغيـر متحققـة المتراكمـة ٨و٢٢٥% ، ٥- عـدم تعييـن مـدقق حسـابات للصنـدوق فـى بلـد إنشـاء الصنـدوق وهـى جـزر كايمـان وتـم تعيينـه مـن المـدققين المسجلين بدولـة الكويـت ، وأضـاف بـأن هـذه الملاحظـات هـى مجـرد ملاحظـات لـم يتبيـن مـن خلالهـا وجـود مخالفـات ماليـة وإنـه لايمكـن التحقـق مـن ثبـوت مخالفـة ماليـة علـى مسـاهمة المؤسسـة إلا بعـد بيـع الاسـتثمار أو تخـارج المؤسسـة منـه ، وبأنـه طبقـاً للبيانـات الماليـة للصنـدوق فـى ٢٠١٢/١٢/٣١ فـإن الصنـدوق حقـق أربـاح نتيجـة إعـادة تقيـيم اسـتثماراته وتبلـغ حصـة المؤسسـة العامـة للتأمينـات الاجتماعيـة مـن هـذه الأربـاح مبلـغ ٦٤٢و٢٦٥و٥٠ دولار أمريكـى وهـى أربـاح دفتريـة وأنـه وفقـاً للسياسـات المحاسـبية المطبقـة بالمؤسسـة أنفـة البيـان لا يتـم إثبـات الأربـاح إلا عنـد البيـع أو التخـارج مـن الاسـتثمار وإنتهائـه وإنـه لـيس هنـاك ضـرر بالمـال العـام حتـى الأن طبقـاً لهـذه الأربـاح الدفتريـة وأن المؤسسـة لـم تحصـل علـى ثمـة أربـاح فعليـة وأنهـا مجـرد أربـاح دفتريـة والحصـول عليهـا يكـون عنـد بيـع الاسـتثمارات الخاصـة بالصنـدوق وتصفيتـه والتخـارج منـه وفقـاً لمـذكرة الاكتتـاب الخاصـة بـذلك الصنـدوق وبمواجهتـه بمـا أبلغـت الشـاكية / منـى عبـدالمنعم محمـود بـه ومـا شـهدت بـه بتحقيقـات النيابـة العامـة صمـم علـى مـا جـاء بأقوالـه بالتحقيقـات، وأضـاف بانـه لا يوجـد ضـرر بالمـال العـام وتحقـق الضـرر مـن عدمـه يكـون عنـد بيـع الاسـتثمارات الخاصـة بالصنـدوق وتصفيتـه والتخـارج منـه وفقـاً لمذكرة الاكتتـاب الخاصـة بذلك الصنـدوق .

ويسـؤال / حمـد عبدالمجيـد جـواد الأميـر – مـدقق بقطـاع الرقابـة علـى الجهـات الملحقـة والاسـتثمار بـديوان المحاسـبة – بتحقيقـات النيابـة العامـة – شـهد بـذات مـا شـهد بـه /طـارق فـوزى محمـود حسـين – كبيـر المـدققين بقطـاع الرقابـة علـى الجهـات الملحقـة والاسـتثمار بـديوان المحاسـبة –

وحيث إنه بتاريخ ٢٠١٤/١٢/٣٠ أصدرت النيابـة العامـة قرارهـا أولاً :-
باستبعاد شبهة جرائـم العـدوان علـى المـال العـام مـن الأوراق ، ثانيـاً :-
قيـد الأوراق بـدفتر الشكاوى الإداريـة وحفظهـا إداريـاً ، ثالثـاً :- إعـلان كـل
مـن مجلـس الـوزراء ، والمؤسسة العامة للتأمينـات الاجتماعيـة ، والمشكـو
فـى حقهـم / ماريـا لازاريفـا ، وسعيد إسماعيل دشتـى ، ومهدى إسماعيل
علـى الجـزاف ، وطـارق عـدنان إسمـاعيل ، - تأسيسـاً علـى – أنـه لـيس
هنـاك ضـرراً بالمـال العـام ومـن ثـم تنهـار أركـان جرائـم العـدوان علـى المـال
أخـذاً بمـا قـرره الشيـخ / عبدالله جابـر الأحمد الصبـاح – نائـب المدير العـام
لشـئون الاستـثمار بالمؤسسـة العامـة للتأمينـات اجتماعيـة – بتحقيقـات
النيابـة العامـة مـن أن مسـاهمة المؤسسـة فـى صـندوق المـوانئ
الاستثمارى تمـت بعـد إتخـاذ كافـة الإجـراءات حسـب اللـوائح والـنظم
المعمـول بهـا فـى المؤسسـة وأن استـثمار المؤسسـة فـى ذلـك الصـندوق
حقـق أربـاح حتـى ٢٠١٣/٩/٣٠ للمؤسسـة بعائـد سـنوى ٢٣,٣٠%
بواقـع ٥٠مليـون دولار أمريكـى وأن ذلـك ثابـت مـن خـلال البيانـات الماليـة
وأنـه سـوف يتـم استـلام الأربـاح فـى نهايـة مـدة الصـندوق والـذى تنتهـى
مدتـه فـى ٢٠١٤/١٢/٣١ وأنـه لـيس هنـاك ثمـة ضـرر لحـق بـأموال
المؤسسـة مـن جـراء المسـاهمة فـى صـندوق المـوانئ الاستثمارى ، ويعـدم
صحـة بـلاغ وأقـوال الشاكيـة ، وأخـذاً بمـا قـرره/ يوسـف عبدالله السليمـان
الأحمـد – مـدير إدارة التـدقيق الـداخلى بالإنابـة بالمؤسسـة العامـة
للتأمينـات الاجتماعيـة – بتحقيقـات النيابـة العامـة مـن أنـه ثبـت بالتـدقيق
صحـة الإجـراءات التـى اتخـذتها المؤسسـة العامـة للتأمينـات الاجتماعيـة
للمسـاهمة فـى صـندوق المـوانئ الاستثمارى ، ولا توجـد ثمـة ملاحظـات
علـى تلـك الإجـراءات وأن الاستـثمار فـى هـذا الصـندوق مسـتمر حتـى
٢٠١٤/١٢/٣١ ، وأنـه مـن واقـع التـدقيق علـى المستـندات الخاصـة بتلـك
المسـاهمة لا يوجـد الآن ضـرر لحـق بالمـال العـام وأنـه حسـب تقييم
إدارة الاستـثمار المباشـر أنـه توجـد أربـاح غيـر معلنـة مـن جـراء تلـك
المسـاهمة فـى ذلـك الصـندوق ، فضـلاً عمـا قـرره كـلاً مـن / طـارق فـوزى

٨٨

محمـــود حســـين ، وحمــد عبدالمجيـــد جـواد الأميـــر – عضـــوى ديــوان
المحاسبة – بتحقيقـــات النيابـــة العامـــة مـــن أن الفحـص أسـفر عـن وجـود
بعـض الملاحظـــات  ولـم يثبـت مـن خلالهـا وجـود مخالفـــات ماليـــة وانـه
لايمكـن التحقـق مـن ثبـوت مخالفـــة ماليـــة علـى مساهمة المؤسسـة إلا بعـد
بيـع الاسـتثمار أو تخـارج الدؤسسـة منـه ، وبأنـه طبقـاً للبيانـات الماليـة
للصندوق فـى ٣١/١٢/٢٠١٢ فـإن الصندوق حقـق أربـاح نتيجـة إعـادة
تقيـيم اسـتثماراته وتبلـغ حصـة المؤسسـة العامـة للتأمينـات الاجتماعيـة مـن
هــذه الأربـاح مبلـــغ ٦٤٢و٢٦٥و ٥٠ دولار أمريكـى وهـى أربـاح دفتريـة
وأنـه وفقـاً للسياسـات المحاسبية المطبقـة بالمؤسسـة أنفـة البيـان لا يـتم
إثبـات الأربـاح إلا عنـد البيـع أو التخـارج مـن الاستثمار وإنتهائـه وأنـه لـيس
هنـاك ضـرر بالمـال العـام حتى الأن طبقـاً لهـذه الأربـاح الدفتريـة .

<u>وحيـث</u> ورد كتـاب رئـيس <u>ديـوان المحاسبة بالإنابـة للسـيد المستشار النائـب
العـام المـؤرخ ٢٥/٧/٢٠١٦</u> والمتضـمن بـأن الـديوان يفيـد بوجـود بعـض
المستجدات بالقضـية ورغبتـه تضمينها لإفادتـه بمـا يحقـق الصـالح العـام
وذلـك بمناسبة إطـلاع الـديوان بأعمـال الفحـص علـى حسـابات وسـجلات
المؤسسـة العامـة للتأمينـات الاجتماعيـة فـأمر النائـب العـام بنـاء علـى
تأشـيرته المؤرخـة ٢٧/٧/٢٠١٦ بإسـتخراج القضـية موضـوع الواقعـة مـن
الحفـظ وإتخـاذ الـلازم قانونـاً بشـأن المعلومـات الجديـدة لـدى ديـوان
المحاسبة ، فـتم اسـتخراج القضـية مـن الحفـظ  وإجـراء التحقيقـات فـى
ضوء ما استجد .

ويسـأل/ حمـد أحمـد حمـد العليـان – مـدير إدارة المرافـق الاقتصـادية
والخدميـة بـديوان المحاسبة – بتحقيقـات النيابـة العامـة – شـهد بأنـه أطلـع
علـى وقـائع مسـاهمة المؤسسة العامـة للتأمينـات الإجتماعيـة فـى صندوق
المـوانئ الاسـتثمارى منـذ دخـول المؤسسـة فـى هـذا الاسـتثمار وحتـى انتهـاء
عمـر الصندوق وذلـك فـى ضـوء التكليـف الصـادر لـديوان المحاسبة مـن
لجنـة الميزانيـات والحسـاب الختـامى فـى مجلـس الأمـة بإعـداد تقريـر
يتضـمن رأى عـن التجـاوزات التـى شـابت الاستثمار فـى صندوق المـوانئ

٨٩

الاســتثمارى بالإضافــة إلــى تكليـف لجنـة حمايـة الأمـوال العامـة بمجلـس الأمـة ببيـان كافـة التجـاوزات والمخالفـات التــى شـابت الاسـتثمار فـى صنـدوق المـوانئ الاسـتثمارى وبنـاء علـى هـذه التكليفـات لـديوان المحاسـبة فتـم تكليقـه بفحـص كافـة التجـاوزات والمخالفـات التـى شـابت أعمـال صنـدوق المـوانئ الاسـتثمارى   فتبيـن لـه أن صنـدوق المـوانئ الاسـتثمارى تسـاهم فيـه جهتيـن عامتيـن همـا مؤسسـة المـوانئ الكويتيـة ، والمؤسسـة العامـة للتأمينـات الاجتماعيـة الكويتيـة ومـن ثـم أصبحـت أمـوال الصنـدوق أمـوالاً عامـة ،وقـد أسـفر فحصـه لمسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة ومؤسسـة المـوانئ الكويتيـة عـن وجـود مخالفـات وشـبهات جرائـم طالـت الاسـتثمار فـى صنـدوق المـوانئ فأعـد تقريـراً كامـلاً بهـذه المخالفـات الماليـة ، كمـا أعـد تقريـراً أخـر بشـأن مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى صنـدوق المـوانئ بنـاء علـى تكليـف مـن النيابـة العامـة ، أمـا عـن مسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى هـذا الصنـدوق ومـا شـابه مـن أعمـال عـدوان علـى المـال العـام فقـد تبيـن لـديوان المحاسـبة وجـود مسـتجدات حـول هـذه المسـاهمة فتـم إرسـال كتـاب للنيابـة العامـة لتوضيـح الحقـائق وهـذه المسـتجدات هـى ١ – عـدم تحصـل المؤسسـة العامـة للتأمينـات الاجتماعيـة علـى أموالهـا مـن المسـاهمة فـى الصنـدوق سـواء فـى قيمـة رأس المـال أو الأربـاح المقـررة بنـاء علـى عقـد الاكتتـاب بواقـع ٣٠% سـنوياً بعـد انتهـاء عمـر الصنـدوق ويعـد التمديـد الثـانى بمـا يشـكل شـبهة الاسـتيلاء علـى الأمـوال مـن قبـل القـائمين علـى إدارة الصنـدوق وذلـك فـى النشـاطات والأعمـال المشـبوهة التـى ذكرهـا تفصيـلاً بتقريـره المقـدم منـه للنيابـة العامـة فـى القضيـة رقـم ١٤٩٦/٢٠١٢ حصـر أمـوال عامـة والمتعلقـة بمسـاهمة مؤسسـة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاسـتثمارى حيـث أن أعمـال العـدوان علـى أمـوال الصنـدوق واحـدة وتمـس ذات الأشـخاص المـذكورين فـى تقريـره وتمـس الأمـوال التـى سـاهمت بهـا كـلاً مـن مؤسسـتى المـوانئ الكويتيـة والتأمينـات الاجتماعيـة الكويتيـة باعتبـار أن أمـوال الصنـدوق أمـوالاً عامـة وأنـه كـان لزامـاً علـى ديـوان

المحاسبـــة أن يضيـــف مـــا تبيـــن لـــه مـــن مستجـــدات إنطلاقـــاً مـــن دوره فـــى حمايـــة المـــال العـــام والقيـــام بواجباتـــه وأحـــال فـــى وقائـــع العـــدوان علـــى أمـــوال الصنـــدوق إلـــى تقريـــره السابـــق المقـــدم للنيابـــة العامـــة فـــى القضيـــة رقـــم ١٤٩٦/٢٠١٢ حصر أموال عامة .

ويســـؤال / أيمـــن بـــدر البلوشـــى – مستشـــار مالـــى ومديـــر مكتـــب المتابعـــة والتنســـيق بالمؤسســـة العامـــة للتأمينـــات الاجتماعيـــة – بتحقيقـــات النيابـــة العامـــة – شـــهد بأنـــه منـــذ انتهـــاء عمـــر صنـــدوق المـــوانئ الاستثمـــارى فـــى عـــام ٢٠١٤ لـــم تتســـلم المؤسســـة أموالهـــا ســـواء فـــى قيمـــة رأس المـــال أو الأربـــاح المقـــررة بنـــاء علـــى عقـــد الاكتتـــاب، وأن المؤسســـة خاطبـــت شركـــة كـــى جـــى إل للاستثمـــار مديـــر الصنـــدوق فأفـــادت بـــأن الصنـــدوق مـــا زال فـــى مرحلـــة التخـــارج نظـــراً لطبيعـــة الأصـــول التـــى يملكهـــا الصنـــدوق ، وأن مســـاهمة المؤسســـة فـــى الصنـــدوق مضافـــاً إليهـــا أرباحهـــا حتـــى ٣١/١٢/٢٠١٥ مبلـــغ ١٠٠٧٤٨١٨٧ دولار أمريكـــى ويمثـــل هـــذا المبلـــغ قيمـــة مساهمة المؤسســـة بمبلـــغ أربعـــين مليـــون دولار امريكـــى مضافـــاً إليهـــا عائـــد الاستثمـــار بمبلـــغ ٦٠٧٤٨١٨٧دولار أمريكـــى وسنـــد ذلـــك البيانـــات الماليـــة للصنـــدوق المرسلـــة مـــن المتهمـــة الأولـــى مديـــر الصنـــدوق فـــى ٣٠/٣/٢٠١٦ .

ويتـــاريخ ٣/١/٢٠١٧ صـــدر قـــرار النيابـــة العامـــة بتكليـــف عضـــو ديـــوان المحاسبـــة /حمـــد أحمـــد حمـــد العليـــان بفحـــص كافـــة التجـــاوزات والشبهـــات الماليـــة فيمـــا يخـــص مساهمـــة المؤسســـة العامـــة للتأمينـــات الاجتماعيـــة وتحديـــد المسئـــول عـــن تلـــك التجـــاوزات والأضـــرار التـــى حاقـــت بالمـــال العـــام نتيجـــة تلـــك المسـاهمة مـــع بيـــان تلـــك الأضـــرار ومـــا إذا كانـــت ناشئـــة عـــن إهمـــال أو خطـــأ أو تفريـــط أم كانـــت عمديـــة علـــى أن يشـــمل الفحـــص جميـــع استثمـــارات الصنـــدوق وعلـــى ضـــوء صـــور المستنـــدات المسلمـــة لـــه وهـــى تلـــك المقدمـــة رفـــق التقريـــر المقـــدم منـــه فـــى القضيـــة رقـــم ١٤٩٦/٢٠١٢ حصـــر أمـــوال عامـــة عـــدد ستـــة مجلـــدات ، وبـــذات جلسـة تحقيـــق ٣/٢/٢٠١٧ تـــم بتحليـــف /حمـــد أحمـــد حمـــد العليـــان – مديـــر إدارة المرافـــق الاقتصاديـــة

٩١

والخدميــة بـديـوان المحاسـبـة اليمــين القانونيــة أمــام النيابـة العامـة لأداء المأموريـة سالفة البيان المكلف بها من النيابة العامة  .

وحيـث ورد تقريـــر ديـــوان المحاسبـة عـــن التجـــاوزات والمخالفــــات الماليـــة التـى شـابت اسـتثمار المؤسسـة العامـة للتأمينـات الإجتماعيـة فـى صنـدوق الموانئ الاستثمارى تنفيذاً لقرار النيابة العامة  .

ويسـؤال / حمـد أحمـد حمـد العليـان – مـدير إدارة المرافـق الاقتصاديـة والخدميـة بـديـوان المحاسـبـة – بتحقيقـات النيابـة العامـة– شـهد  إنـه بنـاء علـى التكليـف الصـادر إليـه مـن النيابـة العامـة بإعـداد تقريـر حـول الواقعـة موضـوع البـلاغ أعـد التقريـر المـؤرخ ٢٠١٧/٢/١٥ المرفـق بالتحقيقـات ، وإنـه اسـتقى معلومـات التقريـر مـن واقـع مطالعتـه لتقاريـر ديـوان المحاسبـة الصـادرة فـى هـذا الشـأن ، وكـذا التكـاليف الصـادرة لـديوان المحاسبـة مـن مجلـس الأمـة حـول واقعـة فحـص مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى صنـدوق المـوانئ الاسـتثمارى ، وكـذا مـا زودتـه بـه النيابـة العامـة مـن مسـتندات وكشـوف بنكيـة ، ومـن مراجعتـه لتقريـره المقـدم للنيابـة العامـة فـى القضيـة رقـم ٢٠١٢/١٤٩٦ حصـر أمـوال بشـأن مسـاهمة مؤسسـة المـوانئ الكويتيـة فـى صنـدوق المـوانئ ، ومـا زودتـه بـه المؤسسـة العامـة للتأمينـات الاجتماعيـة مـن مسـتندات فتبيـن لـه أنـه وفـى الفتـرة مـن عـام ٢٠٠٧ أسسـت شـركة كـى جـى أل للاسـتثمار ( شـركة مسـاهمة كويتيـة مقفلـة ) صنـدوق المـوانئ الاسـتثمارى فـى جـزر الكايمـن ، وتقدمـت بعـد ذلـك إلـى الجهـات المعنيـة بدولـة الكويـت ( وزارة التجـارة والصنـاعة ، وينـك الكويـت المركـزى) بطلـب الموافقـة علـى تسـويق وحداتـه بـداخل الكويـت وجـاء فـى نشـرة الاكتتـاب التـى اعتمدتها الشـركة المسـوقة أن الصنـدوق يهـدف إلـى تحقيـق عائـد سـنوى بنسـبة ٣٠% علـى إجمـالى اسـتثمارات الصنـدوق عبـر منـح فرصـة للمسـتثمرين فـى الاكتتـاب بأسـهمه للعمـل علـى تطـويـر المـوانئ العالميـة والاسـتثمارات المتصلـة بهـذا المرفـق فصـدرت موافقـة البنـك المركـزى بتاريـخ ٢٠١٧/٤/٢٤ وتبعهـا القـرار الـوزارى رقـم بالسـماح للشـركة بتسـويق خـاص لوحـدات الصنـدوق فـى

٩٢

الكويـت بنـاء علـى تــرخيص وزارة التجـارة والصـناعة رقـم ٢٠٠٧/٢٤ الصـادر بتـاريخ ٢٠٠٧/٥/١٢ بـرأس مـال مصـرح فيـه ٥٠٠مليـون دولار أمريكـى ، وينـاء علـى ذلـك أوكلـت شـركة كـى جـى ال للاسـتثمار إحـدى الشـركات التـى تملكهـا بالكامـل وهـى شـركة كـى جـى أل للاسـتثمار كـايمن لتكـون مـديرة الاسـتثمار للصـندوق مـع تسـويق وحداتـه فـى الكويـت ، وجـاء نصـيب مؤسسـة المـوانئ الكويتيـة والتأمينـات الاجتماعيـة الكويتيـة بقيمـة ٨٥مليـون دولار أمريكـى للأولـى و(٤٠٠٠٠٠٠دولار أمريكـى ) للثانيـة بإجمـالى مبلـغ ١٢٥٤٠٠٠٠٠دولار أمريكـى مـن قيمـة رأس المـال المـدفوع فعـلاً بقيمـة (١٦٦٠٠٩٧٥٦دولار أمريكـى ) شـكلت مسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى رأس مـال الصـندق منـذ إنشـائه فـى عـام ٢٠٠٧ نسـبة ٥٦% زيـدت عليهـا فـى عـام ٢٠١٠ نسـبة مسـاهمة مؤسسـة المـوانئ الكويتيـة ليصـل حجـم الأمـوال العامـة فـى الصـندوق ٧٤%، أودعـت مبالـغ المسـاهمين فـى حسـاب الصـندوق لـدى بنـك HSBCفـرع الكويـت حسـاب رقـم ٠٠١٠٠٤٠٠١١٦٠ ولـدى البنـك الأهلـى الكويتـى حسـاب رقـم ٠٦٠٣٤٩٣٢٨٣٠٠١ ، وتبلـغ نسـبة المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى رأس مـال الصـندوق ٧٤و٢١% مـن إجمـالى المسـاهمات ، ونسـبة مسـاهمة مؤسسـة المـوانئ الكويتيـة ١٨و٤٥% مـن إجمـال المسـاهمات ، وقـد أسـفر الفحـص بالنسـبة لمسـاهمة المؤسسـة العامـة للتأمينـات الاجتماعيـة فـى صـندوق المـوانئ الاسـتثمارى عـن ارتكـاب المخالفـات الآتيـة :- المخالفـة الأولـى -عـدم التـزام شـركة كـى جـى إل للاسـتثمار منـذ نشـأة الصـندوق وحتـى بعـد انتهـاء عمـر الصـندوق فـى ٢٠١٤/٧/٢٨ بسـداد مسـاهمتها فـى رأس مـال الصـندوق والبالغـة ٢٠ مليـون دولار أمريكـى ، كمـا تـم إدخـال شـركة بترولينـك القابضـة كمسـاهم فـى الصـندوق بمبلـغ ثلاثـة مليـون دولار أمريكـى ، وهـى إحـدى الشـركات التابعـة لشـركة كـى جـى إل للاسـتثمار ولـم تسـدد مسـاهمتها فـى الصـندوق البالغـة ٣مليـون دولار أمريكـى ،وّمَـن تـم فلـم تكتمـل حصـص رأس مـال الصـندوق واقعيـاً وفقـاً لمـا وارد فـى البيانـات

٩٣

المالية للصندوق حيث أثبت بالبيانات المالية للصندوق على خلاف الحقيقة سداد هاتين الشركتين لحصتهما فى رأس مال الصندوق ، والمسئول عن ذلك المتهمة الأولى / لازاريفا ماريا مدير الاستثمار لصندوق الموانئ الاستثمارى بشركة كى جى إل والتى تعد وتعتمد البيانات المالية للصندوق والمفوضة بالتوقيع عن كافة حسابات الصندوق فى البنوك المحلية والأجنبية بدولة الكويت ، والمتهم الثانى / سعيد إسماعيل دشتي مدير الصندوق فى شركة كى جى إل للاستثمار حيث أظهرا البيان المالى للصندوق على غير حقيقته بإثبات سداد تلك المساهمات مضافاً إليها نسبة من الأرباح حتى ٣١/١٢/٢٠١٣ وهى أخر بيانات مالية معتمدة للصندوق ،مع علمهما بذلك بموجب صلاحيتهما المفوضة تجاه حسابات الصندوق والتى ثبت منها جميعاً عدم سداد هاتين الشركتين حصتهما فى رأس مال الصندوق ، ، وما ثبت من كشوف حسابات الصندوق لدى البنوك الكويتية والأجنبية من عدم وجود أى بيان يثبت سداد هاتين الشركتين لحصتهما فى رأس مال الصندوق منذ إنشاءه وحتى بعد انتهاء عمر الصندوق ،المخالفة الثانية :- تسهيل مدير استثمار الصندوق الاستيلاء على أموال صندوق الموانئ الاستثمارى لصالح شركة شركة كى جى إل وشركاتها التابعة والزميلة حيث قام مدير الاستثمار فى صندوق الموانئ الاستثمارى ممثلاً فى المتهمة الأولى / لازاريفا ماريا من خلال الصلاحيات والتفويضات المنفردة التى تملكها والمتعلقة بأعمال السحب والتحويل من حسابات الصندوق لدى البنوك بتسهيل الاستيلاء على أموال صندوق الموانئ الاستثمارى لصالح شركة كى جى إل للاستثمار وشركاتها التابعة والزميلة لها بالإضافة إلى صرف مبالغ مالية أخرى لصالحها شخصياً ولأخرين بأن قامت بالأتى :- أ– تحويل مبالغ مالية كبيرة بطريق غير مباشر من صندوق الموانئ الاستثمارى لصالح شركة مجموعة المرابطون الدولية المملوكة للمتهم الثانى / سعيد إسماعيل على دشتى لحساب وفائدة إسماعيل على دشتى حيث قامت المتهمة الأولى بعد قيام

٩٤

مؤسسة الموانئ الكويتية بسداد حصتها ٥٠ مليون دولار أمريكى فى حساب صندوق الموانئ الاستثمارى لدى بنك HSBC بتاريخ ٢٠١٠/٧/١٥ بتحويل مبلغ ٥٣و٤٣٧و٠٦٧و٨ دولار أمريكى مـن أمـوال صـندوق المـوانئ خـلال الفتـرة مـن ٢٠١٠/٧/٢٥ حتـى ٢٠١٠/٨/١١ إلـى حساب شـركة كـى جـى إل للاسـتثمار رقـم ٠٦٠٣٧٢٣٥٤٩٢٠١ لـدى البنـك الأهلـى الكـويتى دون وجـود مـا يبـرر ذلـك التصـرف وبمـا لا يتفـق مـع أغـراض الصندوق بهـذا الشـأن ليتم بعـد ذلـك اسـتغلال تلـك المبـالغ فـى تحويـل أجـزاء منهـا إلـى كـل مـن ١– تحويـل مبلـغ ٧١٩١٠٠ دينـار كـويتى إلـى حسـاب شـركة المرابطـون الدوليـة للتجـارة العامـة والمقـاولات ببنـك برقـان رقـم ٣١٦٠٠٠١٣١٩ والمملوكـة للمـتهم الثـانى / سـعيد إسـماعيل علـى دشـتى ، وفـؤاد إسماعيل علـى دشـتي وفقـاً لمـا هـو مبين فـى عقـد تعـديل مـلاك الشـركة وجـاءت عمليـة تحويـل هـذا المبلـغ لشـركة المرابطـون الدوليـة للتجـارة العامـة والمقـاولات علـى دفعتـين الأولـى بمبلـغ ٣٠٩و١٠٠ دينـار كـويتى بتـاريخ ٢٠١٠/٨/٢٦ ورقـم تلكـس التحويـل BR٠٧٠٠٢٠١٠٠٢٠٠٦٦، والثانيـة بمبلـغ ٤١٠٠٠٠دينـار كـويتى بتـاريخ ٢٠١٠/٨/٢٦ورقـم تلكـس التحويـل BR٠٧٠٠٢٠١٠٠٢٠٠٦٩، ٢– تحويـل مبلـغ ثلاثمائـة وخمسـين ألـف دينـار كـويتى إلـى المـتهم الثـانى / سـعيد إسـماعيل علـى دشـتي بحسـابه رقـم ٢٠٦٠١٢١٧٣١بينـك برقـان بتـاريخ ٢٠١٠/١٠/٤ ورقـم تلكـس التحويـل BR٧٠٠٢٠١٠٠٢ ٧٠٠٣ ، ولـم يـتم إرجـاع هـذه المبـالغ للصـندوق ليبلـغ حجـم الضـرر الـذى أصـاب المـال العـام مبلـغ ١٠٠و٦٩و١ دينـار كـويتى يضـاف لهـا حجـم الأربـاح المقـررة وفقـاً لنشـرة الاكتتـاب فـى صندوق الموانئ البالغـة ٣٠% سـنوياً ، وكـذا قيـام المتهمـة الأولـى بصـفتها كمفـوض وحيـد علـى جميـع حسـابات صـندوق المـوانئ الاسـتثمارى بتحويـل مبلـغ إجمـالى ١٢١٠٠٠دينـار كـويتى إلـى المـتهم سـعيد إسـماعيل دشـتى عبـر تحويـل مـالى بتـاريخ ٢٠١٠/٨/٢٦ ٢٧٠ دينـار كـويتى مـن حسـاب صـندوق المـوانئ الاسـتثمارى رقـم

١١٦٠٠٤٠٠١٠٠٠٠ لـــدى بنـــك HSBC، وإصـــدار شـــيكات ( رقـــم
٢١٤٤٥٣ بمبلــــغ ٩٠٠٠ دينـــار كـــويتى ، ورقـــم ٢١٤٤٥٨ بمبلـــغ
١٠٠٠٠ دينـــار كـــويتى ، ورقـــم ٢١٤٤٦٤ بمبلـــغ ٧٠٠٠ دينـــار كـــويتى ،
ورقـــم ٢١٤٤٦٨ بمبلـــغ ١٨٠٠٠ دينـــار كـــويتى ) مسحوبة مـــن حســاب
صـــندوق المـــوانئ الاســـتثمارى رقـــم ١١٦٠٠٤٠٠١٠٠٠٠ لـــدى بنـــك
HSBC، وكـــذلك إصـــدارها الشـــيكات رقـــم ٣ بمبلـــغ ١٨٠٠٠ دينـــار كـــويتى ،
ورقـــم ٥ بمبلـــغ ٧٠٠٠ دينـــار كـــويتى ، ورقـــم ١٨ بمبلـــغ ١٨٠٠٠ دينـــار
كـــويتى ، ورقـــم ٢٠ بمبلـــغ ٧٠٠٠ دينـــار كـــويتى ) فـــى غيـــر أغـــراض
الصـــندوق أو إدارة أموالـــه ، ويقصـــد تســـهيل الاســـتيلاء عليهـــا ، وأن جميـــع
هـــذه التحـــويلات لا تعـــد مـــن قبيـــل الاســـتثمار، المخالفـــة الثالثـــة :- اســـتغل
مـــدير الاســـتثمار فـــى صـــندوق المـــوانئ الاســـتثمارى المتهمـــة الأولـــى
الصـــلاحيات المفوضـــة والمنفـــردة لـــه بالســـحب والتحويـــل مـــن حســـابات
صـــندوق المـــوانئ الاستثمارى فـــى أعمـــال الاستيلاء علـــى أمـــوال الصـــندوق
لصـــالح شـــركة كـــى جـــى إل للاستثمار وشـــركاتها التابعـــة والزميلـــة لهـــا حيـــث
بلـــغ إجمـــالى المبـــالغ المستولى عليهـــا منـــذ تـــاريخ تأســـيس الصـــندوق وحتـــى
٣٠/٧/٢٠١٥ مبلـــغ ٨٦٤ و٦٥٢ و٤٥ دولار أمريكـــى ويمكـــن بيـــان المبـــالغ
المســـحوبة مـــن حســـابات الصـــندوق لـــدى بنـــك HSBC والبنـــك الأهلـــى
الكـــويتى والمحولـــة لصـــالح شـــركة كـــى جـــى إل للاستثمار وشـــركاتها التابعـــة
والزميلـــة لهـــا وفقـــاً للآتـــى مبلـــغ ٠٠٠ و٣٩ و١ دينـــار كـــويتى ومبلـــغ
٤١٢ و٥١٩ و٣٤ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل للاستثمار ، و
مبلـــغ ٢٠٠٠٠ دينـــار كـــويتى لصـــالح شـــركة رابطـــة الكويـــت والخليـــج للنقـــل ،
ومبلـــغ ٠٠٠ و٦٠٠ و٢٠ دولار أمريكـــى لصـــالح شـــركة كـــى جـــى إل للمـــوانئ
والتخـــزين والنقـــل ، ومبلـــغ ٧٦٣ و٧١١ و١٧ دولار أمريكـــى لصـــالح شـــركة
كـــى جـــى إل أم القابضـــة ، ومبلـــغ ٠٠٠ ١٠٠٠٠ دولار أمريكـــى لصـــالح
شـــركة بتروليـــنـــك القابضـــة ، ومبلـــغ ٠٠٠ و٧٠٠ و٦ دولار أمريكـــى لصـــالح
شـــركة كـــى جـــى إل أســـيا ROHO ، ومبلـــغ ٦٨ و٣٥٨ و١٤٣ دولار
أمريكـــى لصـــالح شـــركة كابيتـــال ليـــنـــك ، ومبلـــغ ٠٠٠ و٦٨٠ و٧ دولار

٩٦

الحكم رقم ١٤٩٦/٢٠١٢ حصر أموال عامة المقيدة برقم ٢٣/٢٠١٥ جنايات المبلغة والمنضم لها الجنايتين رقمى ٥٤٧/٢٠١٣، ١٧١٩/٢٠١٤ جلسة ١١/ ١١ /٢٠١٩ جنايات /٣

أمريكـــى لصـــالح شـــركة كـــى جـــى إل البتروليـــة ، ومبلـــغ ٢٠٠٠٠٠٠دولار أمريكـــى لصـــالح شـــركة كـــلارك جيـــت واى انفســـتمنت قـــروب ، ليصـــبح إجمـــالى المبـــالغ المســحوبة والمحولـــة لهـــذه الشـــركات مبلـــغ ١٠٥٩٠٠٠دينـــار كـــويتى ، ومبلـــغ ٦٨و٣٣و٥و٧٦٤و٨٩دولار أمريكـــى ، وتـــم اســـترجاع مبلـــغ ٦٦و٢٠٢و١٤٨و٢٠ دولار أمريكـــى مـــن أصـــل القـــرض الممنـــوح لشـــركة كـــى جـــى إل الدوليـــة للمـــوانئ والتخـــزين والنقـــل ، كمـــا تـــم إرجـــاع مبلـــغ ٥٠٠٠٠٠و٦ دولار أمريكـــى لحســـاب الصـــندوق لـــدى البنـــك الأهلـــى المتحـــد فيكـــون حجـــم المبالـــغ المســـتولى عليهـــا ٥٦و٧٦٨و٦٦ دولار أمريكـــى ، وقـــد اســـتمرت المتهمـــة الأولـــى فـــى تســـهيل الاســـتيلاء علـــى أمـــوال الصـــندوق لصـــالح شـــركة كـــى جـــى إل للاســـتثمار وشـــركاتها التابعـــة والزميلـــة حتـــى بعـــد انتهـــاء المـــدة القانونيـــة للصـــندوق فـــى ٢٠١٤/٧/٢٨ حيـــث قامـــت بتاريـــخ ٢٠١٤/٨/١٨ بتحويـــل مبلـــغ ٥٠٠٠٠٠دولار أمريكـــى لشـــركة KGL PETROLEUM CO ، وبتاريـــخ ٢٠١٤/٨/٢١ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة KGL PETROLEUM CO ، وبتـــاريخ ٢٠١٤/٩/٢ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة CLARK GATEWAY INVESTMENT GROUP LP، وبتاريـــخ ٢٠١٤/٩/٢ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة CLARK GATEWAY INVESTMENT GROUP LP ، وبتـــاريخ ٢٠١٤/١٠/١ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة KGL PETROLEUM CO، وبتـــاريخ ٢٠١٤/١٠/١ بتحويـــل مبلـــغ ١٠٠٠٠٠٠دولار أمريكـــى لشـــركة KGL PETROLEUM CO، وبتـــاريخ ٢٠١٤/١٠/١ بتحويـــل مبلـــغ ٥٧٠و٥و٧٠٥دولار أمريكـــى لشـــركة KGL INVESTMENT CO ، وبتـــاريخ ٢٠١٤/١١/٢٦ بتحويـــل مبلـــغ ٨و١٧و٥و١٠ دولار أمريكـــى لشـــركة CAPITAL LINK HOLDING CO ، وبتـــاريخ ٢٠١٤/١٢/٨ بتحويـــل مبلـــغ ٥٠٠٠٠٠ دولار أمريكـــى لشـــركةCO KGL PETROLEUM ، وبتـــاريخ ٢٠١٥/٢/٩ بتحويـــل مبلـــغ ٥٠٠٠٠دولار أمريكـــى ، وبتـــاريخ ٢٠١٥/٣/٤ بتحويـــل مبلـــغ ٤٠٠٠٠دولار أمريكـــى ليبلـــغ حجـــم المبالـــغ المســـحوبة والمحولـــة مـــن حســـاب الصـــندوق لـــدى البنـــك الأهلـــى الكـــويتى بعـــد تـــاريخ ٢٠١٤/٧/٢٨ ولغايـــة ٢٠١٥/٣/٤ مبلـــغ ٨و٦٨٠٦٠٨٧ دولار أمريكـــى وفقـــاً لمـــا هـــو ثابـــت مـــن كشـــوف حســـابات البنـــك ، وأن مبلـــغ ٨٧و٨٠٦و٦٨٠ دولار أمريكـــى يـــدخل ضـــمن مبلـــغ ٦٨و٣٣و٧٦٤و٨٩دولار أمريكـــى المحولـــة لصـــالح شـــركات كـــى جـــى إل للاســـتثمار ، و رابطـــة الكويـــت والخلـــيج للنقـــل ، كـــى جـــى إل للمـــوانئ

٩٧

والتخــزين والنقــل ، و كــى جــى إل أن أم القابضــة ، ويترولنــك القابضــة ، وكــى جــى إل أســيا ROHO ، وكابيتــال لينــك ، و كــى جــى إل البترولــية ، وكــلارك جيــت واى انڤستمنت قــروب ، وأن جميــع هــذه التحــويلات لا تعــد مــن قبــل الاستثمــارات لأنهــا لا تتصــل بــأى عمــل استثمــارى حيــث خلــت مستنــدات صنــدوق المــوانئ وبياناتــه الماليــة مــن هــذا الأمــر بالإضافــة إلــى أن المستفيديــن مــن تلــك التحــويلات هــى كيانــات تابعــة وزميلــة لشركــة كــى جــى إل للاستثمــار وأشــخاص ذو صلــة بهــا كــالمتهم الثانــى ، المخالفــة

الرابعــة :- قــام مــدير الاستثمــار فــى صنــدوق المــوانئ الاستثمــارى ممــثلاً فــى المتهمــة الأولــى / لازاريڤــا ماريــا مــن خــلال الصــلاحيات والتفويضــات المنفــردة التــى تملكهــا والمتعلقــة بأعمــال الســحب والتحويــل مــن حســابات الصنــدوق لــدى البنــوك بتسهيــل الاستيــلاء علــى أمــوال صنــدوق المــوانئ الاستثمــارى لنفســها بــأن قامــت بصــرف مبــالغ ماليــة لصالحهــا شخصيـاً بــدون وجــه حــق حــال كونهــا مــدير الصنــدوق والمفوضــة بــالتوقيع علــى جميــع حســابات الصنــدوق وهــى مبلــغ ١٢٩٤٤٢ دينــار كــويتى ، ومبلــغ ٦٠٦٠ دولار أمريكــى بــأن تلقــت تحويــل مــن حســاب صنــدوق المــوانئ الاستثمــارى لــدى بنــك HSBC رقــم ٠٠١٠٠٤٠٠١٠٠١ بالــدينار الكــويتى فــى ٢٠١٠/١٢/١٣ بمبلــغ ٤٤٢ دينــار كــويتى علــى حســابها رقــم ٢٢١٠٢٠٠٢٥٢٣٢ ببيــت التمويــل الكــويتى ، كمــا تلقــت مــن حســاب الصنــدوق لــدى بنــك HSBC رقــم ٠٠١٠٠٤٠٠١١٦٠ بالــدولار الأمريكــى فــى ٢٠١٠/٨/٢٦ مبلــغ ٢٧ ألــف دينــار كــويتى فــى حســابها رقــم ٢٠٦٠٢٥١٣١٦ ببنــك برقــان ، وفــى ٢٠١١/١٠/٣١ مبلــغ ٦٠٦٠ دولار أمريكــى فــى حســابها رقــم ٢٢١٠٠٢٠٠٢٥٢٣٢ ببيــت التمويــل الكــويتى ، كمــا أصــدرتها لنفســها شيكــات مــن حســاب الصنــدوق لــدى بنــك HSBC بالــدينار الكــويتى ســالف البيــان وهــذه الشيكــات الشيــك رقــم ٢١٤٤٥٤ بتــاريخ ٢٠١١/١٠/٢٥ بمبلــغ خمســة آلاف دينــار كــويتى ، والشيــك رقــم ٢١٤٤٥٩ فــى ٢٠١١/١١/١ بمبلــغ عشــرة آلاف دينــار كــويتى ، والشيــك رقــم ٢١٤٤٦٥ فــى ٢٠١٢/٤/٩ بمبلــغ خمســة آلاف دينــار كــويتى ، والشيــك رقــم ٢١٤٤٦٩ فــى ٢٠١٢/٤/١١ بمبلــغ ثمانــى عشــر ألــف دينــار كــويتى ، كمــا أصــدرت لنفســها شيكــات مــن حســاب

٩٨

الصندوق رقم ٤٩٣٢٨٣٠٠٢ بالدينار الكويتى لدى البنك الأهلى
الكويتى الشيك رقم ٦ بتاريخ ٢٠١٣/٦/٢٤ بمبلغ خمسة آلاف دينار
كويتى ، والشيك رقم ٩ بتاريخ ٢٠١٣/٦/٢٦ بمبلغ ثمانية عشر ألف
دينار كويتى ، والشيك رقم ١٩ فى ٢٠١٤/٢/١٣ بمبلغ ١٨ ألف دينار
كويتى ، والشيك رقم ٢٢ فى ٢٠١٤/٢/٢٣ بمبلغ خمسة آلاف دينار
كويتى ، والشيك رقم ٣٥ فى ٢٠١٤/١٢/١٥ بمبلغ ١٨ ألف دينار
كويتى ، المخالفة الخامسة :- قيام مدير الاستثمار ( شركة كى جى
إل للاستثمار – كايمان ) لصندوق الموانئ الاستثمارى بتقديمه قروض
لأطراف ذات صلة بالمخالفة للأغراض الرئيسية للصندوق حيث أن
الصندوق ليس من ضمن اغراضه منح قروض حيث انتهج مدير
الاستثمار لصندوق الموانئ الاستثمارى مسلكاً يخالف الأغراض الرئيسية
للصندوق عندما قام بتقديم قروض لأطراف ذات صلة بالصندوق
ويمبالغ مالية كبيرة حيث قام بمنح قرض لشركة كى إل الدولية
للموانئ والتخزين والنقل ش م ك م بمبلغ عشرون مليون دولار أمريكى
بتاريخ ٢٠٠٧/٨/٢٦ بفائدة سنوية ٢٨% وهو ذات تاريخ الذى تم
تأسيس الصندوق وطرحه للاكتتاب من قبل شركة كى جى إل للاستثمار
لمدة خمس سنوات قابلة للتجديد لمدة عامين فقط كما أن منح هذا
القرض تم عقب مساهمة المؤسسة العامة للتامينات الاجتماعية فى
رأس مال الصندوق وهى مساهمة ضخمة مقارنة بباقى المساهمات
الأخرى فى الصندوق ،وتم إيداع هذا المبلغ فى حساب شركة كى إل
الدولية للموانئ والتخزين رقم ٢٤٢٦٥٩٠٣٠١.٠ لدى بنك الكويت
الوطنى ، وتم خلال السنة المالية ٢٠١٢ تعديل اتفاقية القرض من
قبل مدير الاستثمار بشكل منفرد ألغى بموجبها كافة الفوائد المقررة على
القرض وتكوين مخصص مقابلها وفقاً لما هو مثبت فى البيانات المالية
المعتمدة للصندوق عن السنة المالية المنتهية فى ٢٠١٢/١٢/٣١ وقد
تبين منح هذا القرض مخالفات تمثلت فى ١- ضخامة حجم القرض
الممنوح للشركة سالفة البيان والذى جاء مساوياً لحصة الشركة صلاحية

تــرخيص الصــندوق ( كــى جــى إل للاســتثمار ) وتبعيــة كـلاً مــن الشــركتين ( كــى جــى إل للاســتثمار ، وكــى جــى إل الدوليــة للمــوانئ والتخــزين والنقــل ) لــنفس المــلاك بمــا مفــاده اســترداد أصــحاب التــرخيص لكامــل حصــتهم فــى رأس مــال الصــندوق فــى ذات اليــوم الــذى أســس فيــه الصــندوق ٢، - ضــخامة حجــم الفوائــد المتفــق عليهــا فــى عقــد القــرض البالغــة ٢٨% ســنوياً علــى أصــل المبلــغ وفقــاً لمــا هــو مبــين فــى البيانــات الماليــة للصــندوق الماليــة ٢٠١٠ والتــى تزيــد بمراحــل عــن حجــم الفوائــد المعمــول بهــا لــدى البنــوك ممــا يثيــر الشــك فــى إمكانيــة إلتــزام الشــركة بســدادها وأكــد ذلــك أن كامــل قيمــة الفوائــد المســتحقة حتــى ٢٠٠٨/١٢/٣١ بلــغ مجموعهــا مبلــغ ٨٣٦و٥٦٣و٧ دولار أمريكــى مــع الاســتمرار فــى عــدم احتســاب أيــة فوائــد حتــى ٢٠١٢/١٢/٣١ ، ٣ - مــدة القــرض خمــس ســنوات تنتهــى فــى ٢٠١٢/٨/٢٧ وهــو ذات التــاريخ الــذى ينتهــى فيــه العمــل وتصــفية الصــندوق إلا أنــه ولأســباب إخفــاق الشــركة المقترضــة فــى ســداد أصــل القــرض والفوائــد المســتحقة عليــه تــم تمديــد فتــرة الســداد لعــامين ويمــا يتوافــق مــع تجديــد المــدة القانونيــة للصــندوق لعــامين تنتهــى فــى ٢٠١٤/٨/٢٧ ، وأن المســئول عــن تلــك المخالفــة المتهمــة الأولــى/ لازاريقــا ماريــا مــدير صــندوق المــوانئ الاســتثمارى والمخولــة بــالتوقيع علــى هــذه القــروض وإدارة الصــندوق ككــل ، والمتهــم الثــانى / ســعيد دشــتى عضــو مجلــس إدارة شــركة كــى جــى إل للاســتثمار وصــاحب التــرخيص الممنــوح لتأســيس الصــندوق عــن عمــد منهمــا وتــواطئ فيمــا بينهمــا وذلــك لرغبتهــا فــى تحقيــق منفعــة ومصــلحة لشــركة كــى جــى إل للاســتثمار والتــى تمتلــك هــذه الشــركات ، كمــا أن المــتهم هــو شــريك والممثــل القــانونى لشــركة رابطــة الكويــت والخلــيج للنقــل وشــركة ماجســتك للســياحة والســفر وهــاتين الشــركتين تســاهمان فــى شــركة كــى جــى إل للمــوانئ والنقــل والتخــزين وهــو الــذى مثــل شــركة كــى جــى إل الدوليــة للنقــل والتخــزين حــال تحصــلها علــى هــذا القــرض ، وقــد لحــق بالمــال العــام ضــرراً يقــدر بمبلــغ ٣٦٨٨٢٤٧٧ دولار أمريكــى ، وأن قيمــة المســدد مــن هــذا القــرض مبلــغ

١٠٠

٢٠١٤٨٢٠٢ دولار أمريكـــى والمتبقــى منـــه مبلـــغ ٥١٧٩٧٤ دولار أمريكـــى بعـد اسـتبعاد الفوائـد ، وأضـاف بأنـه حـال فحصـه البيانـات الماليـة لصندوق المـــوانئ الاســتثمارى عـن الســنة الماليــة المنتهيــة فــى ٣١/١٢/٢٠١٥ تبـين لـه قيـام المتهمـة الأولـى / لازاريفـا ماريـا بشـطب القـرض الممنـوح لشـركة ى جـى إل الدوليـة للمـوانئ والتخـزين والنقـل بمبلـغ ٢٠٦٠٠٠٠٠ دولار أمريكـى شـطباً نهائيـاً دون إثبـات مـا يقابلـه مـن سـداد قيمتـه فعليـاً أو استبداله بأسـهم شـركة دميـاط للمـوانئ ( ديبكـو ) وهـو مـا يعتبـر تسـهيلاً مـن مـدير الاسـتثمار للاسـتيلاء علـى هـذا المبلـغ بالكامـل وإلغـاء كافـة الفوائـد المقـررة عليـه ،المخالفـة السادسـة :- قامـت إدارة صـندوق المـوانئ الاسـتثمارى ببيـع اسـتثمارها MPC-GMO خـلال السـنة الماليـة ٢٠١٣ بقيمـة التصـفية بمبلـغ ٥٨٩و٠٥٠و٢ دولار أمريكـى محققـة بـذلك خسـائر بلغـت ٩٧٣و٢٨٠و١٥ دولار أمريكـى وفقـاً لمـا هـو مثبـت فـى البيانـات الماليـة المعتمـدة للسـنة الماليـة ٢٠١٣ ، ولـم تكتـف المتهمـة الأولـى / لازاريفـا ماريـا بتلـك الخسـائر وإنمـا عمـدت إلـى اسـتغلال صـفتها كمفـوض وحيـد علـى جميـع حسـابات صـندوق المـوانئ الاسـتثمارى بـداخل الكويـت وحولـت خـلال الفتـرة مـن ٣١/٣/٢٠١٤ حتـى ٩/٧/٢٠١٥ أمـوال مـــن حســـابى صـــندوق المـــوانئ رقمـــى ٢٤٩٣٢٨٣٠٠١، و٢٤٩٣٢٨٣٠٠٢ لـدى البنـك الأهلـى الكـويتى إلـى حسـاب شـركة MPC-GMO بعـد انتهـاء اسـتثمار الصـندوق مـع الشـركة سـالفة الـذكر حيـث تـم بيـع هـذا الاسـتثمار خـلال السـنة الماليـة المنتهيـة فـى ٣١/١٢/٢٠١٣ حيـث قامـت المتهمـة الأولـى بتحويـل مبالـغ مـن حسـاب صـندوق المـوانئ رقـم ٢٤٩٣٢٨٣٠٠١ لـدى البنـك الأهلـى الكـويتى إلـى حسـاب شـركةMPC-GMO المبلـــغ ٦٠و٨٤١و١٣٢ دولار أمريكـى بتـاريخ ٣١/٣/٢٠١٤ ورقـم تلكـس التحويـل BR07002014006629،ومبلـــغ ٩٨٦و١٣٣ دولار أمريكـــى بتـــاريخ ٢١/٤/٢٠١٤ ، ورقـــم تلكـــس التحويـــل BR07002014008437 ، ويعـد إنقضـاء أجـل صـندوق المـوانئ الاسـتثمارى فـى ٢٨/٧/٢٠١٤ مبلـــغ ٧٧و٣٠٨و٣٤١ دولار

١٠١