

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East
& Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

October 15, 2020

The Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**By CM/ECF and Email**
ALCarterNYSDChambers@nysd.uscourts.gov

*In re Application of Kuwait Ports Authority for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Case No. 20-mc-00046(ALC)

Dear Judge Carter,

We represent Applicant the Kuwait Ports Authority (the "***KPA***") in connection with the above-referenced application (the "*1782 Application*") and write with a brief update.

As the Court is aware, at the time of its application, the KPA contemplated initiating proceedings in the Cayman Islands to address the misappropriation and/or misdirection of the Port Fund's assets by the Port Fund's general partner, Port Link GP Ltd. (the "***General Partner***") and by various companies and individuals associated with the General Partner.

We write to inform the Court that yesterday, October 14, 2020, the KPA commenced proceedings (the "***Proceedings***") against the General Partner in the Cayman Islands, seeking various forms of relief, including damages and compensation for the misappropriation and/or misdirection of the Port Fund's assets, as contemplated in the 1782 Application.

A copy of the Writ of Summons and Statement of Claim filed on October 14, 2020 in the Proceedings is enclosed with this letter. As set out therein, the Proceedings address certain of the claims that the KPA is entitled to bring directly (or, in the

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
1455617-v3\NYCDMS



alternative, derivatively) against the General Partner, as discussed in the KPA's 1782 Application.[1]

We remain available at your convenience should the Court have any questions.

Respectfully yours,

/s/ Jacob Kaplan

Jacob Kaplan
Partner

+1 212 891 3896
Jacob.Kaplan@bakermckenzie.com

Cc:   Kathy Hirata Chin
      Crowell & Moring LLP
      By email: kchin@crowell.com

      Sarah M. Gilbert
      Crowell & Moring LLP
      By email: sgilbert@crowell.com

Enclosures

---

[1] *See, e.g.,* KPA Reply in Further Support of its Ex Parte Application, at pp. 10, 13 [ECF 24]; Supplemental Fox Declaration at ¶¶ 17-19 [ECF 26].  Although a just and equitable winding up proceeding has not yet been commenced, it remains within the KPA's reasonable contemplation as another avenue for redress of the scheme outlined in the 1782 Application.