

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States
Tel: + 1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

The Americas
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

July 7, 2021

The Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

By CM/ECF and email
ALCarterNYSDChambers@nysd.uscourts.gov

**In re Application of Kuwait Ports Authority for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, Case No. 20-mc-00046 (ALC) ("1782 Application")**

Dear Judge Carter:

We represent the Applicant the Kuwait Ports Authority (the "**KPA**") in relation to the above-referenced 1782 Application and write respectfully to update the Court on an imminent hearing in the Cayman Islands proceedings for which the KPA seeks 1782 discovery.

The 1782 Application was made on January 27, 2020 in support of what was then anticipated proceedings in the Cayman Islands. Since that time, the KPA has (as anticipated) issued such substantive proceedings against multiple defendants in the Cayman Islands, including for claims in fraud worth over $100 million (the "**Cayman Islands Proceedings**").

A substantial five-day interlocutory hearing has now been listed in the Cayman Islands Proceedings, to be heard in October 2021 in respect of various applications made by the defendants, including by those who have opposed the 1782 Application, namely the Port Fund.

The materials sought in the 1782 Application will be relevant to those applications. Accordingly, it would considerably assist the KPA in its preparation for the October applications for this Court to grant the 1782 Application and issue the discovery requests sought in the 1782 Application at the Court's earliest convenience, so that any attendant disclosure can be made before the October 2021 hearing.

Baker & McKenzie LLP is a member of Baker & McKenzie International.
402934150-v1\EMEA_DMS



We appreciate the constraints on the Court's time and intrude on it only in light of the imminence of the applications in the now extant Cayman Islands Proceedings and the relevance of this 1782 Application to those proceedings.

We remain available should the Court have any questions.

Respectfully submitted,

Jacob M. Kaplan
Partner
+1 212 891 3896
jacob.kaplan@bakermckenzie.com

Cc:     Kathy Hirata Chin
Crowell & Moring LLP
By email: kchin@crowell.com

Sarah M. Gilbert
Crowell & Moring LLP
By email: sgilbert@crowell.com