**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

| | |
|---|---|
| **In re Application of KUWAIT PORTS AUTHORITY, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding** | 1:20-MC-00046-ALC <br><br> <u>Order</u> |

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

By **November 20, 2025**, Applicant should submit a letter to the Court indicating whether they intend to seek further relief through this suit, or if the Court may close this matter. Failure to respond by the above deadline may result in the Court closing this matter.

**Date:** November 17, 2025

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE