**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
:
:
:
:
**In re Letter Rogatory For International Judicial**     :     **1:20-MC-00046-ALC**
**Assistance From The National Civil Court Of First**    :
**Instance No. 75, Buenos Aires, Argentina, In The**     :     <u>Order</u>
**Matter Of Diana Carolina Wahrlich, Et. Al. V. Diego**  :
**Fernan**                                                :
:
:
:
:
x
----------------------------------------------------------------
**ANDREW L. CARTER, JR., District Judge:**

By **November 24, 2025**, Applicant should submit a letter to the Court indicating

whether they intend to seek further relief through this suit, or if the Court may close this matter.

Failure to respond by the above deadline may result in the Court closing this matter.

**Date:** November 20, 2025

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE